1  RHONDA R. TROTTER, Bar Number 169241
   rtrotter@kayescholer.com
2  OSCAR RAMALLO, Bar Number 241487
   oramallo@kayescholer.com
3  KAYE SCHOLER LLP
   1999 Avenue of the Stars, Suite 1700
4  Los Angeles, California  90067
   Telephone:   (310) 788-1000
5  Facsimile:   (310) 788-1200

6  Attorneys for Plaintiff
   CONSUMERINFO.COM, INC.

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11  CONSUMERINFO.COM, INC.,        CASE NO. CV09-03783  VBF (MANx)
    a California corporation,
12                                 COMPLAINT FOR:
                Plaintiff,
13                                 (1) LANHAM ACT TRADEMARK AND
          v.                           TRADE DRESS INFRINGEMENT;
14                                 (2) LANHAM ACT DILUTION;
    ALEX CHANG, an individual;     (3) TRADEMARK
15  ONE TECHNOLOGIES                   COUNTERFEITING;
    MANAGEMENT LLC, a Texas        (4) CYBERSQUATTING;
16  Corporation; ONE               (5) CYBERSQUATTING OF A
    TECHNOLOGIES LP, a Delaware        FAMOUS MARK;
17  Limited Partnership; ADAPTIVE  (6) COMMON LAW TRADEMARK
    MARKETING LLC, a Delaware          INFRINGEMENT;
18  Corporation; and DOES 1-10,    (7) LANHAM ACT UNFAIR
    inclusive,                         COMPETITION;
19                                 (8) LANHAM ACT VICARIOUS
                Defendants.            LIABILITY;
20                                 (9) LANHAM ACT CONTRIBUTORY
                                       LIABILITY;
21                                 (10) COPYRIGHT INFRINGEMENT;
                                   (11) VICARIOUS COPYRIGHT
22                                     INFRINGEMENT;
                                   (12) CONTRIBUTORY COPYRIGHT
23                                     INFRINGEMENT
24
                                   DEMAND FOR JURY TRIAL
25

26

27

28

23265225.DOC                COMPLAINT

Plaintiff ConsumerInfo.com, Inc. ("ConsumerInfo" or "Plaintiff") alleges as follows:

1.    Plaintiff ConsumerInfo brings this action against Defendants Alex Chang ("Chang"), One Technologies Management LLC, One Technologies LP (collectively the "One Tech Defendants"), Adaptive Marketing LLC ("Adaptive") and various Doe Defendant affiliates ("Affiliates") (collectively "Defendants"). ConsumerInfo is the leading online provider of credit reports, and Defendants are all competitors of ConsumerInfo and are all acting in concert with each other. Defendants' advertising campaign relies on copying of ConsumerInfo's highly successful television ads and internet landing pages, trading on the goodwill of its famous FREECREDITREPORT.COM mark, and blatant infringement of ConsumerInfo's internet banner advertising. Defendants are willfully deceiving consumers into believing their goods and services are associated with ConsumerInfo, and they are willfully stealing ConsumerInfo's original creative work so that they can profit at ConsumerInfo's expense.

2.    The One Tech Defendants have made theft of ConsumerInfo's and other's intellectual property a principal component of their business strategy. For example, One Technologies LP has competed against ConsumerInfo's sister company, LowerMyBills, Inc. by blatantly copying its online banner ads by merely removing LowerMyBill's logo and copyright notice from the ads. Despite the $96,000 stipulated judgment entered against One Technologies LP for infringing the rights of LowerMyBills, *see* LowerMyBills, Inc. v. One Technologies LP, et al., C.D. Cal. No. CV06-0296. The One Tech Defendants continue to infringe ConsumerInfo's intellectual property rights in the same manner as they infringed LowerMyBills' rights and in numerous other ways as alleged in detail below.

3.    Adaptive, part of a corporate family that earns hundreds of millions of dollars a year in revenue, and the One Tech Defendants have now joined forces. By combining Adaptive's massive resources with the willingness of both the One Tech

1

1    Defendants and Adaptive to engage in the most blatant forms of infringement,

2    Defendants have now diverted millions of dollars worth of business from

3    ConsumerInfo.

4         4.    ConsumerInfo now seeks relief from Defendants' unfair and infringing

5    activities.

6                                    **PARTIES**

7         5.    ConsumerInfo is now, and at all times mentioned in the Complaint was, a

8    California corporation with its principal place of business located in this Judicial

9    District at 18500 Von Karman Ave., Suite 900, Irvine, California 92612.

10        6.    Upon information and belief, Defendant Chang is now, and at all times

11   mentioned in the Complaint was, an individual residing in Texas with his principal

12   place of business in Dallas, Texas.

13        7.    Upon information and belief, Defendant Chang is the president, director,

14   and treasurer of Defendant One Technologies Management LLC, a Texas Limited

15   Liability Company, with its principal place of business in Texas.

16        8.    Upon information and belief, Defendant One Technologies Management

17   LLC is the general partner of Defendant One Technologies LP, a Delaware Limited

18   Partnership registered to do business in the state of Texas.

19        9.    Upon information and belief, Defendant Adaptive is a Delaware Limited

20   Liability Company with its principal place of business in Stamford, Connecticut.

21        10.   ConsumerInfo is uncertain of the true names and capacities of those

22   defendants sued by the fictitious names Does 1 through 10, who also are responsible

23   and liable for the injuries alleged in this Complaint and who proximately caused

24   damage to ConsumerInfo.  ConsumerInfo will amend this Complaint to add the true

25   names and capacities of the Does when they become known.

26        11.   Upon information and belief, at all times all Defendants were the

27   principals, agents, affiliates, partners, and/or co-conspirators of each other, and each

28

23265225.DOC                          COMPLAINT

1    information products, credit scores, credit reports, credit monitoring, and identity theft

2    protection.

3         17.    ConsumerInfo owns and operates the famous website

4    FreeCreditReport.com.

5         18.    ConsumerInfo owns the federally registered trademarks

6    FREECREDITREPORT.COM (U.S. Patent and Trademark Office Registration No.

7    3,426,854) and TRIPLE ADVANTAGE (Registration No. 3,526,207).  See **Exhibit A**;

8    **Exhibit B**.

9         19.    ConsumerInfo began using the FREECREDITREPORT.COM mark to

10   identify its products at least as early as January 1999.  ConsumerInfo has used this

11   mark substantially, exclusively, and continuously since then, for approximately ten

12   years.

13        20.    In addition to use of the FREECREDITREPORT.COM mark as an

14   internet domain name, ConsumerInfo uses the FREECREDITREPORT.COM mark as

15   a brand name to identify its products.

16        21.    ConsumerInfo heavily advertises the FREECREDITREPORT.COM mark

17   in a variety of media, including through television advertisements, radio

18   advertisements, print advertisements, and online advertisements.

19        22.    ConsumerInfo spends in excess of $1 million per month to advertise and

20   promote its FREECREDITREPORT.COM mark and brand.

21        23.    ConsumerInfo's advertising and promotion of its

22   FREECREDITREPORT.COM trademark and brand have been highly successful, and

23   the FreeCreditReport.com site averages well over 1 million visitors per month.

24        24.    As a result of ConsumerInfo's advertising and promotion, the

25   FREECREDITREPORT.COM trademark has become famous throughout the United

26   States, and is widely associated with ConsumerInfo's website and products.

27

28

KAYE SCHOLER LLP

23265225.DOC                                COMPLAINT

25.    ConsumerInfo uses its TRIPLE ADVANTAGE trademark to identify a product sold through the FreeCreditReport.com site, which allows consumers to monitor their credit.

26.    One of ConsumerInfo's most successful advertising campaigns involves a series of six popular "Bandguy" television commercials.  The Bandguy television commercials all feature the same music group singing about the importance of checking your credit report.  ConsumerInfo owns the copyright in all of these commercials.

27.    Due to the heavy rotation of these commercials on television, their appeal to internet savvy consumers who have made them a pop-culture phenomenon, and ConsumerInfo's use of images from these commercials on their landing pages, the commercials and images from them have come to be associated with ConsumerInfo and the FREECREDITREPORT.COM brand.  As such, the Bandguy commercials and images from them are ConsumerInfo's trade dress (the "Trade Dress").

28.    Finally, ConsumerInfo creates banner ads, which when placed in strategic online locations, drive traffic to ConsumerInfo's websites.  ConsumerInfo owns the copyrights to its banner ads.

### Defendants' Actions

29.    Defendants compete directly with ConsumerInfo by marketing and operating websites that sell credit reports, credit scores, credit monitoring, and/or identity theft monitoring (the "Competing Products or Services").

### Adaptive

30.    Adaptive operates a website that sells the Competing Products or Services under the brand FREETRIPLECREDITREPORT.COM.  Adaptive registered, trafficked in and uses the domain <freetriplecreditreport.com>, among other domains, to market the Competing Products or Services under its brand.

31.    FREETRIPLECREDITREPORT.COM is confusingly similar to ConsumerInfo's trademark FREECREDITREPORT.COM.

32.    Indeed, on January 7, 2009, the United States Patent and Trademark Office ("USPTO") refused registration of the FREETRIPLECREDITREPORT.COM mark to Adaptive because of the likelihood of confusion with ConsumerInfo's FREECREDITREPORT.COM mark.  A copy of the USPTO's January 7, 2009, office action is attached hereto as **Exhibit C**.

33.    Notwithstanding this rejection, Adaptive promotes FREETRIPLECREDITREPORT.COM as a registered mark.  For example, attached hereto as **Exhibit D** is a sponsored Google search result in which the first ad is entitled "FreeTripleCreditReport®."  This sponsored ad links directly to <FreeTripleCreditReport.com>.  On information and belief, Adaptive's misuse of the ® symbol is intentional and calculated to cause consumer confusion with ConsumerInfo's well-known and registered FREECREDITREPORT.COM trademark.

34.    Adaptive has also registered, trafficked in, and/or used the confusingly similar domain name <freecreditreport2009.com>, and Adaptive and/or its Affiliates have registered and market the Competing Products or Services through use of the confusingly similar domain <freecreditreport-online.com>.  Upon information and belief, Adaptive and/or its Affiliates have registered, trafficked in, and/or used numerous other confusingly similar domains.

35.    Adaptive purchases and uses, without ConsumerInfo's permission, the term FREECREDITREPORT.COM and TRIPLE ADVANTAGE, or confusingly similar variations thereof, as keywords ("Search Engine Keywords") through keyword-triggered advertising programs offered by internet search engines, such as Google's AdWords program.  As a result, when consumers type the term FREECREDITREPORT.COM, or similar terms such as "freecreditreport com" or "freecreditreportcom," or "TRIPLE ADVANTAGE" into internet search engines, they are presented with Sponsored Link Advertisements for Adaptive's competing websites.  Attached hereto as **Exhibit E** is an example of Adaptive bidding on the

23265225.DOC
COMPLAINT

keyword "freecreditreport.com" in the Google search engine to drive consumers to its <freetriplecreditreport.com> site.

36.    Adaptive uses, without ConsumerInfo's permission, terms that are confusingly similar to ConsumerInfo's trademarks in the headings and text of paid, keyword-triggered advertisements ("Sponsored Link Advertisements"), including, the term FREETRIPLECREDITREPORT.COM.

37.    Upon information and belief, Adaptive employs one or more Affiliates, who, in turn, operate various websites, bid on various Search Engine Keywords, and post various Sponsored Link Advertisements to direct online consumers to Adaptive's websites and sell Competing Products and Services.   For example, a screenshot showing bidding on Google for the term "triple advantag" [sic] is attached hereto as **Exhibit F**.  The second sponsored result for <Free3BureauCreditReport.com> links to an Adaptive or Affiliate website, a screenshot of which is attached hereto as **Exhibit G**.

### One Tech Defendants

38.    Upon information and belief, the One Tech Defendants market and sell Competing Products or Services furnished by Adaptive and are backed financially by Adaptive.  Upon information and belief, the One Tech Defendants are a vehicle to outsource further infringement of ConsumerInfo's intellectual property rights in a manner that confers a direct financial benefit to Adaptive.

39.    Upon information and belief, the One Tech Defendants employ one or more Affiliates, who, in turn, operate various websites, bid on various Search Engine Keywords, and post various Sponsored Link Advertisements to direct online consumers to One Tech Defendants' websites and sell Competing Products and Services.

40.    One of the One Tech Defendants' primary brands and domains in which they register, traffic in, and/or use is FreeCreditReports360.com.  This brand and domain is confusingly similar to ConsumerInfo's FREECREDITREPORT.COM

mark. Another primary brand and domain for the One Tech Defendants is FreeCreditReportsInstantly.com.

41.    In addition to its principal domains, the One Tech Defendants register, traffic in, and/or use other domains that are confusingly similar to ConsumerInfo's FREECREDITREPORT.COM mark and domain, including <freecreditreportplusscore.com>, <freecreditreportwebsite.com>, <2009freecreditreport.com>, and <2010freecreditreport.com>.

42.    The One Tech Defendants and/or their Affiliates register, traffic in, and/or use other domains that are confusingly similar to ConsumerInfo's FREECREDITREPORT.COM domain, including <www-freecreditreport-com.blogspot.com>.

43.    The One Tech Defendants and/or their Affiliates purchase and use, without ConsumerInfo's permission, the term FREECREDITREPORT.COM and TRIPLE ADVANTAGE, or confusingly similar variations thereof, as Search Engine Keywords through keyword-triggered advertising programs offered by internet search engines, such as Google's AdWords program. As a result, when consumers type the term FREECREDITREPORT.COM, or similar terms such as "freecreditreport com" or "freecreditreportcom," or "TRIPLE ADVANTAGE" into internet search engines, they are presented with Sponsored Link Advertisements for the One Tech Defendants' competing websites.

44.    The One Tech Defendants and/or their Affiliates use, without ConsumerInfo's permission, terms that are confusingly similar to ConsumerInfo's trademarks in Sponsored Link Advertisements.

45.    For example, attached hereto as **Exhibit H** is a screenshot taken on February 12, 2009, for a search of the term "freecreditreport.com" on Google. One Sponsored Link, entitled "Free 3-in-1 Credit Report" resolved directly to <FreeCreditReportsInstantly.com>. Another Sponsored Link is entitled

"Freecreditreport Com?" and resolved to a page marketing the FreeCreditReports360.com brand.

46.    The One Tech Defendants and/or their Affiliates have also copied the Trade Dress and copyrighted Bandguy commercials.

47.    For example, attached hereto as **Exhibit I** is a screenshot containing a banner ad that is a blatant copy of ConsumerInfo's landing page, which in turn contains an image from the copyrighted Bandguy commercials. While the text of the banner claims to link to <FreeCreditReports.com> (a domain which is owned by ConsumerInfo and which is nearly identical to ConsumerInfo's FREECREDITREPORT.COM mark) the banner ultimately resolved to a website offering the One Tech Defendants' Competing Products and Services.

48.    Similarly, attached hereto as **Exhibit J** is a screenshot of a banner ad on Facebook that consists solely of a scene from one of the copyrighted Bandguy commercials. The banner ad resolved to <FreeCreditReports360.com>.

49.    Likewise, attached hereto as **Exhibit K** is a screenshot of <www-freecreditreport.blogspot.com>, which contains snapshots of several of the Bandguy commercials. The page also contains a FreeCreditReports360.com banner and links on that page at that time resolved to <FreeCreditReports360.com>.

50.    In addition, the One Tech Defendants and/or their affiliates have copied ConsumerInfo's copyrighted banner ads.

### FIRST CLAIM FOR RELIEF

### (Trademark and Trade Dress Infringement Under the Lanham Act, 15 U.S.C. §§ 1114, 1125)

51.    ConsumerInfo incorporates all preceding paragraphs here.

52.    Defendants' actions alleged above constitute the knowing use of an infringing mark and false designation of origin, false and misleading description of fact, false and misleading representation of fact, false advertising, and unfair competition, all in violation of 15 U.S.C. § 1125(a).

KAYE SCHOLER LLP

1    53.    ConsumerInfo owns the FREECREDITREPORT.COM and TRIPLE

2  ADVANTAGE trademarks.

3    54.    Defendants' unauthorized and repeated uses of ConsumerInfo's

4  FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks, and

5  confusingly similar terms, in commerce to falsely represent, describe, and/or designate

6  the origin of Defendants' Competing Products or Services is likely to cause confusion

7  as to: (a) the source of the Competing Products or Services, (b) an affiliation or

8  connection between Defendants and ConsumerInfo, and/or (c) the origin, sponsorship,

9  or approval of the Competing Products or Services.

10    55.    ConsumerInfo owns its Trade Dress.

11    56.    ConsumerInfo's Trade Dress is distinctive and non-functional.

12    57.    Through long and continuous use, the Trade Dress has come to be

13  associated with ConsumerInfo and the FREECREDITREPORT.COM brand.

14    58.    Defendants' conduct has damaged and continues to damage

15  ConsumerInfo's business, reputation, and goodwill.

16    59.    Defendants at all times were aware of ConsumerInfo's

17  FREECREDITREPORT.COM trademark, TRIPLE ADVANTAGE trademark, and

18  Trade Dress and purposely copied those marks and the Trade Dress, purchased

19  infringing Search Engine Keywords, and used the trademarks in the text of Sponsored

20  Link Advertisements.  Defendants' conduct has been willful and intentional, and

21  Defendants engaged in the actions alleged herein with the purpose of confusing

22  consumers and trading on the goodwill associated with ConsumerInfo's trademarks

23  and Trade Dress.  Accordingly, ConsumerInfo respectfully request damages in an

24  amount three times actual damages, and an award of attorney fees and costs pursuant

25  to 15 U.S.C. § 1117.

26    60.    Defendants' conduct will continue unless enjoined by this Court.

27    61.    As a direct result of Defendants' willful and unlawful actions,

28  ConsumerInfo has suffered and continues to suffer irreparable harm, including

1    damage to and diminution in value of ConsumerInfo's FREECREDITREPORT.COM

2    and TRIPLE ADVANTAGE trademarks, and ConsumerInfo's Trade Dress, for which

3    there is no adequate remedy at law. Accordingly, ConsumerInfo is entitled to

4    injunctive and equitable relief.

5                          **SECOND CLAIM FOR RELIEF**

6              **(Dilution Under the Lanham Act, 15 U.S.C. § 1125(c))**

7        62.    ConsumerInfo incorporates all preceding paragraphs here.

8        63.    This claim is for Defendants' unlawful dilution of ConsumerInfo's

9    FREECREDITREPORT.COM trademark in violation of the Lanham Act, 15 U.S.C.

10   § 1125(c).

11       64.    ConsumerInfo's FREECREDITREPORT.COM trademark is famous, and

12   widely recognized by the general consuming public of the United States as a

13   designation of the source of ConsumerInfo's products.

14       65.    Defendants' actions alleged herein commenced after ConsumerInfo's

15   FREECREDITREPORT.COM trademark became famous.

16       66.    Defendants' actions have lessened the capacity of ConsumerInfo's

17   FREECREDITREPORT.COM trademark to identify and distinguish ConsumerInfo's

18   products.

19       67.    Defendants' conduct has caused or is likely to cause dilution by blurring

20   the distinctive quality of ConsumerInfo's famous FREECREDITREPORT.COM

21   trademark, to ConsumerInfo's irreparable injury and damage.

22       68.    Defendants' conduct has caused or is likely to cause dilution by

23   tarnishing the reputation of ConsumerInfo's FREECREDITREPORT.COM brand and

24   the products sold under that famous trademark, to ConsumerInfo's irreparable injury

25   and damage.

26       69.    Defendants' conduct has damaged and continues to damage

27   ConsumerInfo's business, reputation, and goodwill.

28

KAYE SCHOLER LLP

23265225.DOC                          COMPLAINT

KAYE SCHOLER LLP

70.   On information and belief, Defendants' conduct has been willful and intentional, and Defendants engaged in the actions alleged herein with the purpose of confusing consumers and trading on the goodwill associated with ConsumerInfo's FREECREDITREPORT.COM trademark.  Accordingly, ConsumerInfo respectfully requests damages in an amount three times actual damages, and an award of attorney fees and costs pursuant to 15 U.S.C. § 1117.

71.   Defendants' conduct will continue unless enjoined by this Court.

72.   As a direct result of Defendants' willful and unlawful actions, ConsumerInfo has suffered and continues to suffer irreparable harm, including damage to and diminution in value of ConsumerInfo's FREECREDITREPORT.COM trademark, for which there is no adequate remedy at law.  Accordingly, ConsumerInfo is entitled to injunctive and equitable relief.

### THIRD CLAIM FOR RELIEF

### (Counterfeiting under the Lanham Act, 15 U.S.C. § 1117(c))

73.   ConsumerInfo incorporates all preceding paragraphs here.

74.   This claim is for counterfeiting of ConsumerInfo's FREECREDITREPORT.COM and TRIPLE ADVANTAGES marks in violation of 15 U.S.C. § 1117(c).

75.   Defendants are intentionally using in commerce counterfeit marks.

76.   Defendants have knowledge that their marks are counterfeits.

77.   Defendants' use of counterfeit marks is in connection with the sale, offering for sale, and/or distribution of goods or services.

78.   Defendants' use is likely to cause confusion, mistake, or to deceive.

79.   As a result of Defendants' willful actions, ConsumerInfo is entitled to an award of $1 million per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as the Court considers just.

## FOURTH CLAIM FOR RELIEF

### (Cybersquatting under the Lanham Act, 15 U.S.C. § 1125(d))

80.    ConsumerInfo incorporates all preceding paragraphs here.

81.    Defendants have registered, trafficked in or used domain names as that are confusingly similar to ConsumerInfo's FREECREDITREPORT.COM mark, including <freetriplecreditreport.com>, <freecreditreport2009.com>, <freecreditreport-online.com>, <freecreditreports360.com>, <freecreditreportplusscore.com>, <freecreditreportwebsite.com>, <2009freecreditreport.com>, <2010freecreditreport.com>, and numerous other domains that will be revealed during discovery (the "Domain Names").

82.    ConsumerInfo's FREECREDITREPORT.COM mark was distinctive at the time of Defendants' registration of each of the Domain Names.

83.    Defendants have committed these acts with a bad faith intent to profit from ConsumerInfo's marks.

84.    Accordingly, ConsumerInfo respectfully request damages in an amount three times actual damages, statutory damages, and an award of attorney fees and costs pursuant to 15 U.S.C. § 1117.

85.    ConsumerInfo further requests an order of forfeiture or cancellation of the Domain Names or the transfer of the Domain Names to ConsumerInfo.

86.    Defendants' conduct will continue unless enjoined by this Court.

87.    As a direct result of Defendants' willful and unlawful actions, ConsumerInfo has suffered and continues to suffer irreparable harm, including damage to and diminution in value of ConsumerInfo's FREECREDITREPORT.COM mark, for which there is no adequate remedy at law. Accordingly, ConsumerInfo is entitled to injunctive and equitable relief.

## FIFTH CLAIM FOR RELIEF

### (Cybersquatting of a Famous Trademark, 15 U.S.C. 1125(d))

88.    ConsumerInfo incorporates all preceding paragraphs here.

89.    Defendants have registered, trafficked in or used domain names as alleged herein that are confusingly similar to ConsumerInfo's FREECREDITREPORT.COM mark.

90.    The Domain Names are confusingly similar to or dilutive of FREECREDITREPORT.COM, a famous mark.

91.    FREECREDITREPORT.COM was famous at the time of Defendants' registration of the domain names.

92.    Defendants have committed the acts with a bad faith intent to profit from ConsumerInfo's mark.

93.    Accordingly, ConsumerInfo respectfully request damages in an amount three times actual damages, statutory damages, and an award of attorney fees and costs pursuant to 15 U.S.C. § 1117.

94.    ConsumerInfo further requests an order of forfeiture or cancellation of the Domain Names or the transfer of the Domain Names to ConsumerInfo.

95.    Defendants' conduct will continue unless enjoined by this Court.

96.    As a direct result of Defendants' willful and unlawful actions, ConsumerInfo has suffered and continues to suffer irreparable harm, including damage to and diminution in value of ConsumerInfo's FREECREDITREPORT.COM, for which there is no adequate remedy at law. Accordingly, ConsumerInfo is entitled to injunctive and equitable relief.

## SIXTH CLAIM FOR RELIEF
### (Common Law Trademark Infringement)

97.    ConsumerInfo incorporates all preceding paragraphs here.

98.    This claim is for trademark infringement in violation of the common law of the State of California.

99.    Defendants' uses of ConsumerInfo's FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks, and Trade Dress, as alleged herein, constitute trademark infringement and passing off in violation of common law.

100.   On information and belief, Defendants' acts of common law unfair competition and passing off have been done willfully and deliberately, and Defendants have profited from and been unjustly enriched by sales that Defendants would not otherwise have made but for their unlawful conduct.

101.   Defendants' conduct has damaged and continues to damage ConsumerInfo's business, reputation, and goodwill.

102.   Defendants' conduct will continue unless enjoined by this Court.

103.   As a direct result of Defendants' willful and unlawful actions, ConsumerInfo has suffered and continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, ConsumerInfo is entitled to injunctive and equitable relief.

## SEVENTH CLAIM FOR RELIEF

## (Unfair Competition Under the Lanham Act, 15 U.S.C. § 1125)

104.   ConsumerInfo incorporates all preceding paragraphs here.

105.   Defendants' infringement and false advertising, as alleged herein, constitutes unfair competition in violation of the Lanham Act, 15 U.S.C. § 1125(a).

106.   Defendants' conduct has damaged and continues to damage ConsumerInfo's business, reputation, and goodwill.

107.   On information and belief, Defendants' conduct has been willful and intentional, and Defendants engaged in the actions alleged herein with the purpose of confusing consumers and trading on the goodwill associated with ConsumerInfo's FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks and Trade Dress.  Accordingly, ConsumerInfo respectfully requests damages in an amount three times actual damages, and an award of attorney fees and costs pursuant to 15 U.S.C. § 1117.

108.   Defendants' conduct will continue unless enjoined by this Court.

109.   As a direct result of Defendants' willful and unlawful actions, ConsumerInfo has suffered and continues to suffer irreparable harm, including

1   damage to and diminution in value of ConsumerInfo's FREECREDITREPORT.COM

2   and TRIPLE ADVANTAGE trademarks, and/or ConsumerInfo's Trade Dress, for

3   which there is no adequate remedy at law.  Accordingly, ConsumerInfo is entitled to

4   injunctive and equitable relief.

5   <div align="center">**EIGHTH CLAIM FOR RELIEF**</div>

6   <div align="center">**(Vicarious Liability Under the Lanham Act, 15 U.S.C. §§ 1114, 1125)**</div>

7       110.   ConsumerInfo incorporates all preceding paragraphs here.

8       111.   On information and belief, Defendants have an apparent or actual

9   partnership with the direct infringers and have authority to bind one another in

10  transactions or exercise joint ownership or control over the infringing product.  Upon

11  information and belief, the One Tech Defendants have actual and/or apparent authority

12  to enter into transactions with consumers that bind Adaptive to providing consumers

13  the Competing Products or Services.  Further, through the foreseeable infringing

14  activities described herein conducted by the One Tech Defendants, the One Tech

15  Defendants' Affiliates, and Adaptive's Affiliates (collectively the "Primary

16  Infringers"), the Primary Infringers conduct and conclude transactions upon the One

17  Tech Defendants' and/or Adaptive's behalf (collectively the "Secondary Infringers"),

18  which financially benefit the Secondary Infringers by driving traffic to their

19  competing websites from consumers who reasonably rely on the Primary Infringer's

20  infringing actions and who have no notice that the Primary Infringer's actions are

21  unauthorized.

22      112.   On information and belief, Defendants' conduct has been willful and

23  intentional, and Defendants engaged in the actions alleged herein with the purpose of

24  confusing consumers and trading on the goodwill associated with ConsumerInfo's

25  FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks and Trade

26  Dress.  Accordingly, ConsumerInfo respectfully requests damages in an amount three

27  times actual damages, and an award of attorney fees and costs pursuant to 15 U.S.C.

28  § 1117.

<div align="center">16</div>

113.   Defendants' conduct will continue unless enjoined by this Court.

114.   As a direct result of Defendants' willful and unlawful actions, ConsumerInfo has suffered and continues to suffer irreparable harm, including damage to and diminution in value of ConsumerInfo's FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks, and/or ConsumerInfo's Trade Dress, for which there is no adequate remedy at law.  Accordingly, ConsumerInfo is entitled to injunctive and equitable relief.

### NINTH CLAIM FOR RELIEF

### (Contributory Liability Under the Lanham Act, 15 U.S.C. §§ 1114, 1125)

115.   ConsumerInfo incorporates all preceding paragraphs here.

116.   On information and belief, Defendants have intentionally induced others to infringe ConsumerInfo's marks FREECREDITREPORT.COM, TRIPLE ADVANTAGE, and/or ConsumerInfo's Trade Dress.

117.   On information and belief, Adaptive continues to supply the One Tech Defendants with the Competing Products or Services with actual or constructive knowledge of the infringing activities described herein.

118.   The Secondary Infringers directly control and monitor the Primary Infringers with actual or constructive knowledge that they are infringing ConsumerInfo's marks and Trade Dress.

119.   On information and belief, Defendants' conduct has been willful and intentional, and Defendants engaged in the actions alleged herein with the purpose of confusing consumers and trading on the goodwill associated with ConsumerInfo's trademarks and Trade Dress.  Accordingly, ConsumerInfo respectfully requests damages in an amount three times actual damages, and an award of attorney fees and costs pursuant to 15 U.S.C. § 1117.

120.   Defendants' conduct will continue unless enjoined by this Court.

121.   As a direct result of Defendants' willful and unlawful actions, ConsumerInfo has suffered and continues to suffer irreparable harm, including

17

damage to and diminution in value of ConsumerInfo's FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks, and/or ConsumerInfo's Trade Dress, for which there is no adequate remedy at law.  Accordingly, ConsumerInfo is entitled to injunctive and equitable relief.

## TENTH CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

122.   ConsumerInfo incorporates all preceding paragraphs here.

123.   Defendants have engaged in a pattern of copying internet banner advertisements and television commercials created and used by ConsumerInfo to publicize ConsumerInfo's credit-related websites, including FreeCreditReport.com.

124.   The ConsumerInfo banner advertisements and television commercials that Defendants copied are original, creative works in which ConsumerInfo owns protectable copyright interests.

125.   Defendants' copying of ConsumerInfo's banner advertisements and television commercials constitutes copyright infringement.

126.   One example of Defendants' infringement of ConsumerInfo's banner advertisements is One Tech Defendants' unauthorized use of ConsumerInfo's "IBSYS_Smiley" banner.

127.   ConsumerInfo owns the copyright for its IBSYS_Smiley banner.  The timely registration certificate for the IBSYS_Smiley banner is attached hereto as **Exhibit L**.

128.   ConsumerInfo's IBSYS_Smiley banner includes a prominent copyright notice stating "© 2006 ConsumerInfo.com, Inc."

129.   ConsumerInfo has not licensed Defendants to use its IBSYS_Smiley banner, nor has ConsumerInfo assigned any of its exclusive rights in that copyright to Defendants.

130.   ConsumerInfo published its IBSYS_Smiley banner on the Internet at various websites beginning in December 2006.  Once published, the banner advertisement was accessible to anyone viewing it, including Defendants.

131.   Without permission or authorization from ConsumerInfo, and in willful violation of ConsumerInfo's rights under 17 U.S.C. § 106, One Tech Defendants copied the IBSYS_Smiley banner, and published it on the Internet, using it to lead consumers to FreeCreditReports360.com instead of to ConsumerInfo.  Printouts from the Nielsen AdRelevance service evincing Defendants' infringement are attached hereto as **Exhibit M**.

132.   ConsumerInfo also has published and used its "Dream Girl" and "New Job" television commercials, which are part of the Bandguy series of television commercials.

133.   ConsumerInfo owns the copyright for its Dream Girl commercial.  The registration certificate for the Dream Girl commercial is attached hereto as **Exhibit N**.

134.   ConsumerInfo owns the copyright for its New Job television commercial. The registration certificate for the New Job commercial is attached hereto as **Exhibit O**.

135.   ConsumerInfo began airing the New Job and Dream Girl commercials in Fall 2007.  ConsumerInfo has also used images derived from its New Job and Dream Girl commercials on its landing pages for FreeCreditReport.com.  Once published, the commercials and landing pages were accessible to anyone viewing them, including Defendants.

136.   Without permission or authorization from ConsumerInfo, and in willful violation of ConsumerInfo's rights under 17 U.S.C. § 106, the One Tech Defendants and/or their Affiliates began using images from the Dream Girl and New Job commercial as banner ads that ultimately directed consumers to the One Tech Defendants' websites.

137.   For example, attached hereto as **Exhibit P** is a page containing a banner ad that is a blatant copy of a ConsumerInfo landing page that uses an image from the Dream Girl commercial and whose text claims it links to "www.FreeCreditReports.com." However, the banner actually resolved to One Tech Defendants' website FreeCreditReports360.com.  See **Exhibit Q**.

138.   Similarly, attached hereto as **Exhibit R** is a screenshot of a Facebook page, which contains a banner ad consisting of a blatant copy of the New Job commercial.  This banner linked to FreeCreditReports360.com.

139.   Attached hereto as **Exhibit S** is another example of infringement on the website <www-freecreditreport-com.blogspot.com>.  The screenshot shows a blatant copy of a snapshot of ConsumerInfo's Dream Girl commercial.  Links on this page also resolved to FreeCreditReports360.com.

140.   Defendants' copyright infringement has damaged ConsumerInfo in an amount to be proven at trial.

141.   Upon information and belief, Defendants have profited from their infringing conduct.

142.   Also as a result of Defendants infringing conduct, ConsumerInfo has suffered injury of an irreparable nature.

143.   Defendants' copyright infringement has damaged ConsumerInfo in an amount to be proven at trial.

144.   Upon information and belief, Defendants have profited from their infringing conduct.

145.   Also as a result of Defendants infringing conduct, ConsumerInfo has suffered injury of an irreparable nature.

### ELEVENTH CLAIM FOR RELIEF

### (Vicarious Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

146.   ConsumerInfo incorporates all preceding paragraphs here.

147.   Defendants have knowledge of the infringement alleged herein.  Adaptive

23265225.DOC                                    COMPLAINT

has knowledge of the infringements alleged herein done directly by the One Tech Defendants, as well as Adaptive's and One Tech's Affiliates.  The One Tech Defendants have knowledge of the infringement alleged herein done directly by One Tech Defendants' Affiliates.

148.   Defendants directly profit from the infringement alleged herein.

149.   Defendants have the right and ability, but choose not, to stop the infringement alleged herein.

150.   Defendants' conduct has damaged and continues to damage ConsumerInfo's business, reputation, and goodwill.

151.   Defendants' copyright infringement has damaged ConsumerInfo in an amount to be proven at trial.

152.   Upon information and belief, Defendants have profited from their infringing conduct.

153.   Also as a result of Defendants infringing conduct, ConsumerInfo has suffered injury of an irreparable nature.

154.   Defendants' copyright infringement has damaged ConsumerInfo in an amount to be proven at trial.

155.   Upon information and belief, Defendants have profited from their infringing conduct.

156.   Also as a result of Defendants infringing conduct, ConsumerInfo has suffered injury of an irreparable nature.

## TWELFTH CLAIM FOR RELIEF

### (Contributory Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

157.   ConsumerInfo incorporates all preceding paragraphs here.

158.   Defendants have knowledge of the infringement alleged herein.  Adaptive has knowledge of the infringements alleged herein done directly by the One Tech Defendants, as well as by Adaptive's and One Tech's Affiliates. The One Tech Defendants have knowledge of the infringement alleged herein done directly by One

Tech Defendants' Affiliates.

159. Defendants could take simple measures to prevent the infringements alleged herein. Adaptive could take simple measures to prevent the infringements done directly by the One Tech Defendants, as well as Adaptive's and One Tech's Affiliates. The One Tech Defendants could take simple measures to prevent the infringements done directly by One Tech Defendants' Affiliates.

160. Defendants do not prevent the infringement alleged herein, but instead encourage that infringement by (a) refusing to take simple measures to prevent it, (b) paying the Affiliates, and (c) other actions as may be revealed by discovery. Upon information and belief, Adaptive also encourages infringement by providing financial backing to the One Tech Defendants and the Competing Products or Services with full knowledge that a significant portion of One Tech Defendants' business relies on directly infringing ConsumerInfo's copyrights and contracting with Affiliates to do the same.

161. Defendants' conduct has damaged and continues to damage ConsumerInfo's business, reputation, and goodwill.

162. Defendants' copyright infringement has damaged ConsumerInfo in an amount to be proven at trial.

163. Upon information and belief, Defendants have profited from their infringing conduct.

164. Also as a result of Defendants infringing conduct, ConsumerInfo has suffered injury of an irreparable nature.

165. Defendants' copyright infringement has damaged ConsumerInfo in an amount to be proven at trial.

166. Upon information and belief, Defendants have profited from their infringing conduct.

167. Also as a result of Defendants infringing conduct, ConsumerInfo has suffered injury of an irreparable nature.

# PRAYER FOR RELIEF

WHEREFORE, ConsumerInfo prays for judgment as follows:

A.      An accounting of all gains, profits, savings and advantages realized by Defendants from their acts of trademark infringement, unfair competition, false designation of origin, and copyright infringement.

B.      Damages in an amount to be determined at trial, together with appropriate interest thereon, including three times the amount found as actual damages by the trier of fact to properly compensate ConsumerInfo for its damages, pursuant to 15 U.S.C. § 1117(a).

C.      An award of statutory damages pursuant to 15 U.S.C. § 1117(c) - (d).

D.      Actual damages, profits, and/or statutory damages pursuant to 17 U.S.C. § 504.

E.      A preliminary and permanent injunction restraining Defendants, their Affiliates, and any of their officers, directors, agents, employees, servants, attorneys, successors, assigns and others controlling, controlled by or affiliated with them and all those in privity or in active concert or participation with any of the foregoing, and all those who receive actual notice by personal service or otherwise:

(i)      from using the FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks, or any confusingly similar terms, as Search Engine Keywords;

(ii)     from using the FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks, or any confusingly similar terms, in the headings or text of Sponsored Link Advertisements;

(iii)    from registering, trafficking in and/or using any domains that are confusingly similar to FREECREDITREPORT.COM

(iv)     from using the FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks, or any confusingly similar terms, in any manner in any website without permission from ConsumerInfo;

(v)     from copying ConsumerInfo's Trade Dress;

(vi)    from copying ConsumerInfo's banner advertisements and other copyrighted works;

(vii)   from copying ConsumerInfo's landing pages; and

(viii)  from otherwise competing unfairly with ConsumerInfo.

F.      An order of forfeiture or cancellation or transfer to ConsumerInfo of any domain name that is confusingly similar to FREECREDITREPORT.COM, including, but not limited to, <freetriplecreditreport.com>, <freecreditreportwebsite.com>, and <freecreditreports360.com>.

G.      The costs of this action.

H.      A declaration that this is an exceptional case pursuant to 15 U.S.C. § 1117, and an award to ConsumerInfo of its reasonable attorneys' fees.

I.      An award of reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

J.      Any such further relief as this Court may deem just and proper.


DATED:  May 27, 2009                  Respectfully submitted,

                                      KAYE SCHOLER LLP


                                      By: _____
                                      Oscar Ramallo
                                      Attorneys for Plaintiff
                                      CONSUMERINFO.COM, INC.

1

## JURY DEMAND

2

3        Plaintiff hereby demands a trial by jury.

4    DATED:  May 27, 2009                    Respectfully submitted,

5                                            KAYE SCHOLER LLP

6                                            By: _____

7                                                Oscar Ramallo
8                                            Attorneys for Plaintiff
                                             CONSUMERINFO.COM, INC.
9

10

11

12

13

14

15

16

17        .

18

19

20

21

22

23

24

25

26

27

28

23265225.DOC                        COMPLAINT

# Exhibit A

Int. Cls.: 35, 36 and 45

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,426,854

## United States Patent and Trademark Office

Registered May 13, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

## FREECREDITREPORT.COM

CONSUMERINFO.COM, INC. (CALIFORNIA CORPORATION)
18500 VON KARMAN AVENUE, SUITE 900
IRVINE, CA 92612

FOR: MONITORING CONSUMER CREDIT RE-PORTS AND PROVIDING AN ALERT AS TO ANY CHANGES THEREIN, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-11-1999; IN COMMERCE 1-11-1999.

FOR: FINANCIAL AND CREDIT INFORMATION PROVIDED BY ELECTRONIC MEANS; PROVIDING INFORMATION IN THE FINANCIAL AND CREDIT FIELDS; PROVIDING ON-LINE FINANCIAL CAL-CULATORS, CREDIT SCORE ANALYZER AND PROVIDING AN ON-LINE COMPUTER DATABASE IN THE FIELD OF CREDIT REPORTING, CREDIT RATING, CREDIT SCORES AND CREDIT DIS-PUTES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-11-1999; IN COMMERCE 1-11-1999.

FOR: CONSULTATION IN THE FIELD OF DATA THEFT AND IDENTITY THEFT; FINANCIAL IDEN-TITY MONITORING SERVICE; AND PROVIDING AN ON-LINE COMPUTER DATABASE IN THE FIELD OF DATA AND IDENTITY THEFT, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-11-1999; IN COMMERCE 1-11-1999.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-819,076, FILED 2-20-2006.

DOMINIC FATHY, EXAMINING ATTORNEY

Int. Cls.: 35, 36 and 45

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,526,207
Registered Nov. 4, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# TRIPLE ADVANTAGE

CONSUMERINFO.COM, INC. (CALIFORNIA CORPORATION)
18500 VON KARMAN AVENUE, SUITE 900
IRVINE, CA 92612

FOR: MONITORING OF CONSUMER CREDIT REPORTS, CONSUMER CREDIT REPORT HISTORY AND CONSUMER CREDIT SCORE PROVIDED BY ELECTRONIC MEANS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-2004; IN COMMERCE 12-0-2004.

FOR: CONSUMER CREDIT INFORMATION SERVICES, NAMELY, CONSUMER CREDIT CONSULTATION PROVIDED BY COMPUTER, ON-LINE, ELECTRONIC AND WIRELESS MEANS IN THE FIELD OF CONSUMER CREDIT AND CREDIT REPORTING; CREDIT REPORTING SERVICES, NAMELY, PROVIDING CONSUMER INFORMATION IN THE FIELD OF CONSUMER CREDIT AND CREDIT REPORTING; INSURANCE AGENCY IN THE FIELD OF IDENTITY THEFT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-2004; IN COMMERCE 12-0-2004.

FOR: IDENTITY THEFT PREVENTION AND RESOLUTION SERVICES, NAMELY, FINANCIAL IDENTITY MONITORING SERVICES, CONSULTATION IN THE FIELD OF IDENTITY THEFT AND PROVIDING ADVICE IN THE FIELD OF IDENTITY THEFT; FRAUD PREVENTION AND RESOLUTION SERVICES, NAMELY, FRAUD DETECTION SERVICES IN THE FIELD OF CREDIT AND IN THE FIELD OF IDENTITY THEFT, PROVIDING ADVICE AND CONSULTATION TO CONSUMERS IN THE FIELD OF IDENTITY THEFT AND FRAUD RESOLUTION SERVICES, NAMELY, FINANCIAL IDENTITY MONITORING SERVICES PROVIDING ADVICE AND CONSULTATION TO CONSUMERS IN THE EVENT A PERSON'S IDENTITY HAS BEEN USED WITHOUT CONSENT TO OPEN CREDIT AND/OR BANK ACCOUNTS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-0-2004; IN COMMERCE 12-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-033,806, FILED 10-31-2006.

KIM SAITO, EXAMINING ATTORNEY

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO:    77/604242

MARK: FREETRIPLECREDITREPO

## *77604242*

CORRESPONDENT ADDRESS:
    JAMES H. DONOIAN
    GREENBERG TRAURIG, LLP
    200 PARK AVE FL 34
    NEW YORK, NY 10166-0005

RESPOND TO THIS ACTION:
http://www.uspto.gov/teas/eTEASpageD.htm

GENERAL TRADEMARK INFORMATION:
http://www.uspto.gov/main/trademarks.htm

APPLICANT:    Adaptive Marketing LLC

CORRESPONDENT'S
REFERENCE/DOCKET NO:
    042054.01260
CORRESPONDENT E-MAIL ADDRESS:

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

ISSUE/MAILING DATE:

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62, 2.65(a); TMEP §§711, 718.03.

### SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 3426854. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the enclosed registration.

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely that a potential consumer would be confused or mistaken or deceived as to the source of the goods and/or services of the applicant and registrant. *See* 15 U.S.C. §1052(d). The court in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) listed the principal factors to be considered when determining whether there is a likelihood of confusion under Section

2(d). *See* TMEP §1207.01. However, not all of the factors are necessarily relevant or of equal weight, and any one factor may be dominant in a given case, depending upon the evidence of record. *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity of the goods and/or services, and similarity of trade channels of the goods and/or services. *See In re Opus One, Inc.*, 60 USPQ2d 1812 (TTAB 2001); *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593 (TTAB 1999); *In re Azteca Rest. Enters., Inc.*, 50 USPQ2d 1209 (TTAB 1999); TMEP §§1207.01 *et seq.*

<u>Comparison of Marks</u>

In a likelihood of confusion determination, the marks are compared for similarities in their appearance, sound, meaning or connotation and commercial impression. *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b). Similarity in any one of these elements may be sufficient to find a likelihood of confusion. *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re Lamson Oil Co.*, 6 USPQ2d 1041, 1043 (TTAB 1987); *see* TMEP §1207.01(b).

Applicant's mark is FREETRIPLECREDITREPORT.COM. The cited registered mark is FREECREDITREPORT.COM.

The marks differ in only one word, the term "TRIPLE." Otherwise, the marks are identical, both in the form of a ".com" web address, both beginning with the word "FREE" and ending with "CREDITREPORT.COM." The marks create similar commercial impressions.

The question is not whether people will confuse the marks, but whether the marks will confuse people into believing that the goods and/or services they identify come from the same source. *In re West Point-Pepperell, Inc.*, 468 F.2d 200, 201, 175 USPQ 558, 558-59 (C.C.P.A. 1972); TMEP §1207.01(b). For that reason, the test of likelihood of confusion is not whether the marks can be distinguished when subjected to a side-by-side comparison. The question is whether the marks create the same overall impression. *See Recot, Inc. v. M.C. Becton*, 214 F.2d 1322, 1329-30, 54 USPQ2d 1894, 1899 (Fed. Cir. 2000); *Visual Info. Inst., Inc. v. Vicon Indus. Inc.*, 209 USPQ 179, 189 (TTAB 1980). The focus is on the recollection of the average purchaser who normally retains a general rather than specific impression of trademarks. *Chemetron Corp. v. Morris Coupling & Clamp Co.*, 203 USPQ 537, 540-41 (TTAB 1979); *Sealed Air Corp. v. Scott Paper Co.*, 190 USPQ 106, 108 (TTAB 1975); TMEP §1207.01(b).

<u>Comparison of the Services</u>

Applicant's services are administration of a membership program enabling the participants to check and monitor their credit reports and scores, through membership enrollment. Registrant's services include monitoring consumer credit reports and providing an alert as to any changes therein. Applicant's and registrant's services overlap.

The goods and/or services of the parties need not be identical or directly competitive to find a likelihood of confusion. *See Safety-Kleen Corp. v. Dresser Indus., Inc.*, 518 F.2d 1399, 1404, 186 USPQ 476, 480 (C.C.P.A. 1975); TMEP §1207.01(a)(i). Rather, they need only be related in some manner, or the

conditions surrounding their marketing are such that they would be encountered by the same purchasers under circumstances that would give rise to the mistaken belief that the goods and/or services come from a common source. *In re Total Quality Group, Inc.*, 51 USPQ2d 1474, 1476 (TTAB 1999); TMEP §1207.01(a)(i); *see, e.g., On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086-87, 56 USPQ2d 1471, 1475-76 (Fed. Cir. 2000); *In re Martin's Famous Pastry Shoppe, Inc.*, 748 F.2d 1565, 1566-68, 223 USPQ 1289, 1290 (Fed. Cir. 1984).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

Applicant should note the following additional ground for refusal.

## SECTION 2(e)(1) REFUSAL – MERELY DESCRIPTIVE

Applicant seeks to register FREETRIPLECREDITREPORT.COM for administration of a membership program enabling the participants to check and monitor their credit reports and scores, through membership enrollment.

Registration is refused because the applied-for mark merely describes the subject of the services ("FREETRIPLECREDITREPORT") and their online nature (".COM"). Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the specified goods and/or services. TMEP §1209.01(b); *see In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005); *In re Gyulay*, 820 F.2d 1216, 1217-18, 3 USPQ2d 1009, 1010 (Fed. Cir. 1987). Moreover, a mark that identifies a group of users to whom an applicant directs its goods and/or services is also merely descriptive. TMEP §1209.03(i); *see In re Planalytics, Inc.*, 70 USPQ2d 1453, 1454 (TTAB 2004).

Attached are excerpts from representative websites found on the Internet, using the phrase "free triple credit score" to describe credit scores obtained without charge (www.freetriplecreditreport.com; dictionary.reference.com; ezinearticles.com; Google search engine; January 7, 2009).

The generic top-level domain (TLD) ".com" merely indicates an Internet address for use by commercial, for-profit organizations and, in general, adds no source identifying significance. *E.g., In re Oppedahl & Larsen LLP*, 373 F.3d 1171, 1175-76, 71 USPQ2d 1370, 1373-74 (Fed. Cir. 2004); *In re Martin Container, Inc.*, 65 USPQ2d 1058, 1060-61 (TTAB 2002); *see* TMEP §§1209.03(m), 1215.01.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

Please note the following two options for response to the Section 2(e)(1) mere descriptiveness refusal. Neither option, however, will obviate the Section 2(d) likelihood of confusion refusal.

## SECTION 2(f) ACQUIRED DISTINCTIVENESS

If applicant believes that its mark has acquired distinctiveness, that is, that it has become a distinctive

source-indicator for the goods and/or services, applicant may seek registration on the Principal Register under Trademark Act Section 2(f). *See* 15 U.S.C. §1052(f). The Office will decide each case on its own merits.

In determining whether the proposed mark has acquired distinctiveness, the following factors are generally considered: (1) length and exclusivity of use of the mark in the United States by applicant; (2) the type, expense and amount of advertising of the mark in the United States; and (3) applicant's efforts in the United States to associate the mark with the source of the goods and/or services, such as unsolicited media coverage and consumer studies. *See In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 USPQ2d 1420, 1424 (Fed. Cir. 2005). A showing of acquired distinctiveness need not consider all of these factors, and no single factor is determinative. *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424; *see* TMEP §§1212 *et seq.*

Evidence of acquired distinctiveness may include specific dollar sales under the mark, advertising figures, samples of advertising, consumer or dealer statements of recognition of the mark as a source identifier, affidavits, and any other evidence that establishes the distinctiveness of the mark as an indicator of source. *See* 37 C.F.R. §2.41(a); *In re Ideal Indus., Inc.*, 508 F.2d 1336, 184 USPQ 487 (C.C.P.A. 1975); *In re Instanz Transactions Corp.*, 201 USPQ 957 (TTAB 1979); TMEP §§1212.06 *et seq.*

## SUPPLEMENTAL REGISTER

The applied-for mark has been refused registration on the Principal Register. Applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091; 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s).

## RESPONSE

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney.

/Jeri Fickes/
Trademark Examining Attorney
Law Office 107
571/272-9157
571/273-9107 fax

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail. For *technical* assistance with the form, please e-mail

TEAS @uspto.gov. For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

35

Print: Jan 5, 2009                    78819076

DESIGN MARK

**Serial Number**
78819076

**Status**
REGISTERED

**Word Mark**
FREECREDITREPORT.COM

**Standard Character Mark**
Yes

**Registration Number**
3426854

**Date Registered**
2008/05/13

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
ConsumerInfo.Com, Inc. CORPORATION CALIFORNIA 18500 Von Karman Avenue, Suite 900 Irvine CALIFORNIA 92612

**Goods/Services**
Class Status -- ACTIVE. IC 035. US 100 101 102. G & S: Monitoring consumer credit reports and providing an alert as to any changes therein. First Use: 1999/01/11. First Use In Commerce: 1999/01/11.

**Goods/Services**
Class Status -- ACTIVE. IC 036. US 100 101 102. G & S: Financial and credit information provided by electronic means; providing information in the financial and credit fields; providing on-line financial calculators, credit score analyzer and providing an on-line computer database in the field of credit reporting, credit rating, credit scores and credit disputes. First Use: 1999/01/11. First Use In Commerce: 1999/01/11.

**Goods/Services**
Class Status -- ACTIVE. IC 045. US 100 101. G & S: Consultation in the field of data theft and identity theft; financial identity monitoring service; and providing an on-line computer database in the

-1-

Print: Jan 5, 2009                    78019076

field of data and identity theft.   First Use: 1999/01/11.   First Use
In Commerce: 1999/01/11.

**Section 2f Statement**
2(F) ENTIRE MARK

**Filing Date**
2006/02/20

**Examining Attorney**
FATHY, DOMINIC

**Attorney of Record**
Carol Anne Been

-2-

http://triplescore.com/        01/07/2009 10:51:13 AM



**TRIPLESCORE.com**

**FREE Triple Credit Scores**
**& FREE Triple Credit Report**
with your FREE Privacy Matters 1-2-3 Trial

☑ ....Union
☑ Experian
☑ EQUIFAX

**Get your SCORES Now!**

**You'll receive:**

* **All 3 Credit Scores** — one from each of the 3 credit bureaus (*Trans Union, Equifax* and *Experian*)
* **3-in-1 Credit Report** — information from all three credit bureaus combined into one easy-to-read report
* **3-in-1 Credit Monitoring** — with alerts of activity to your files with all three credit bureaus
* **Delivered to you online quickly and securely**

After receiving your FREE Triple Credit Report and FREE Triple Credit Score, you'll have a full 7 days to try Privacy 1-2-3 ....

 file://triplescore.com/          01/07/2009 10:51:13 AM

© triplecredit.com — All Rights Reserved

**Applying for a Loan?  Start by Reviewing Your Credit Scores**

**Why you need to review your FICO credit report and FICO credit score**

- Check for inaccuracies that could negatively affect your credit rating
- Find out if you've been denied or granted credit. This information on your credit report is the same information used by lenders in approving your loans
- Be informed and know how to get a better credit card, lower interest rate, mortgage or even your job interest
- Be aware your credit report is complete and accurate before you apply for credit
- Be informed, know how you can take control of your financial situation and change decisions on whether you qualify for credit

**Have You Seen Your Credit Report and Credit Scores?**

triplecredit.com

http://triplescore.com/          01/02/2009 10:51:13 AM

© triplescore.com   All Rights Reserved

**Applying for a Loan?   Start by Ordering Your Credit Score**

[text illegible]

[text illegible] **View your FREE 3 Bureau Credit Report and 3 FREE credit scores online now!**

**Why you need to review your FREE credit report and FREE credit score**

- [text illegible] that could affect your credit rating
- [text illegible] your credit report is the same information used by creditors concerning your credit
- [text illegible] credit score and [text illegible] of the most used factors, mortgage companies or even your [text illegible]
- Make sure your credit report is complete and accurate before you apply for credit
- [text illegible]

**Have You Seen Your Credit Report and Credit Score?**

[text illegible] FREE Triple Credit Report and FREE Triple Credit Score [text illegible]

Free Credit Report

http://ezinearticles.com/?Free-Triple-Credit-Reports&id=1709434     01/07/2009 11:48:43 AM

# Ezine @rticles

Google Search

Ads by Google    Credit Bureaus        TRW        Credit Monitor        Credit Repair

HOME :: Finance/Credit

## Free Triple Credit Reports

By Bill Pratt

Article Word Count: 854    [View Summary]  Comments (0)

Ads by Google

### My 3 Free Credit Reports
View your free credit reports and credit scores from all 3 bureaus.
FreeCreditReportsInstantly.com

### myFICO® - Official Site
Check your credit reports & FICO scores online instantly at myFICO
www.myFICO.com

- Print This Article
- EzinePublisher
- Send To Friends
- Add To Favorites
- Post A Comment
- Suggest Topic
- Report Article

Consumers can now wield control over their credit by taking advantage of the services offered by this company. The first step involves getting access to their free credit report and credit score. Customers can try those services completely free of cost with the 7 day free trial offer.

The features and benefits also include:

Daily monitoring of Experian, Equifax and TransUnion credit reports

Email reports of any type of changes and risks of identity

Ads by Google

**Business Credit Reports**
Fast Report. From Multiple Sources Fraud, Trade, Public & Media Port Co
www.commercialcreditreports.com

**$0 - Free Credit Report**
View your 2009 Credit Report today! And get All 3 Scores as of 1/7/09
FreeCreditReportingInSeconds.com

**Which Free Credit Report?**
Free Credit Report Services are not created equal. Read our reviews.
www.ConsumerCompare.org

**Credit Reports And Scores**
Free Credit Report & Score, Instant Online Delivery.
www.3BureauCreditReports.org

**Free Credit Report**
Check Your 3 Credit Reports & All

file://ezinearticles.com/?Free-Triple-Credit-Reports&id=1709434    01/07/2009 11:48:43 AM

This article has been viewed 159 time(s).

Ads by Google    Privacy Guard    TRW    Beacon Score    Credit Monitor

Please Rate This Article:    (No Ratings Yet)

- MLA Style Citation:
  Pratt, Bill "Free Triple Credit Reports." Free Triple Credit Reports. 19 Nov. 2008. EzineArticles.com. 7 Jan 2009
  <http://ezinearticles.com/?Free-Triple-Credit-Reports&id=1709434>.

- APA Style Citation:
  Pratt, B. (2008, November 19). Free Triple Credit Reports. Retrieved January 7, 2009, from
  http://ezinearticles.com/?Free-Triple-Credit-Reports&id=1709434

- Chicago Style Citation:
  Pratt, Bill "Free Triple Credit Reports." Free Triple Credit Reports EzineArticles.com. http://ezinearticles.com/?
  Free-Triple-Credit-Reports&id=1709434

Ads by Google



## Free 3-in-1 Credit Report

Plus, Credit Scores
from all 3 bureaus!

✓ ...Union
✓ EQUIFAX
✓ Experian

Find Out What's In
Your Credit Report

© 2009 EzineArticles.com - All Rights Reserved Worldwide.











http://www.[illegible]triplecreditreport.com/ 01/07/2009 11:50:55 AM

## Credit Learning Center

The Credit Learning Center can help you take the first step toward [illegible] your finances with free, instant credit reports. Your credit report can contain errors that could [illegible] — or worse, unauthorized information that could be a sign of identity theft — so you need to [illegible] before [illegible] any line of credit.

**Get your credit scores in seconds** so you can negotiate [illegible] interest rates [illegible] loan applications.

**START NOW!**

## 3 Bureau Credit Report

Your 3 Bureau Credit Report contains information about all [illegible] financial accounts, and monitoring your reports regularly — and through [illegible] — [illegible] helping prevent the massive financial damage that can be caused by identity theft.

**Take control of your credit history** with a better understanding of what credit reports contain — and why they matter.

**START NOW!**

## Our Credit FAQs

Our Credit FAQs can help you better understand how lenders, landlords and others use credit reports and credit scores to make decisions that affect you and your finances. Credit reports and credit scores have a big impact on your life — **find out how to read your credit report and understand your credit score**

**START NOW!**

---

*Privacy Matters 1-2-3 provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. Privacy Matters 1-2-3 and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law. After verification of your identity, your report is available for Secure Online Delivery in seconds.

Credit services provided by TransUnion Interactive, Inc.

Terms Of Site Use | Privacy Policy

© 2008 Privacy Matters 1-2-3. All rights reserved

Dictionary    Thesaurus    Reference    Translate    Web    Login    Register

Dictionary.com

triple-tax-free    [Search]

**Nearby Entries**

triple-nerved
triple-space
triple-spread
triple- ...
...
**triple-tax-free**
triple-tongue
triple-tongu...
triple-tonguing
tripled

## triple-tax-free

Resource Center

Vocabulary Course
2009 Credit Score
Spelling Coach





Get your FREE Subscription to
Dictionary.com Word of the Day

Subscribe

SHOOT THE

### Triple-Tax-Free

An investment (usually a municipal bond) featuring interest payments that are exempt from taxes at the municipal, state and federal levels, also known as "triple tax-exempt".

### Investopedia Commentary

Municipal bonds often offer tax-free interest payments to investors because the U.S. Constitution forbids the federal government from taxing interest on loans to municipalities and states. The state or municipality issuing the bonds also offers tax-free status to the investor at its particular level of government as a courtesy.

However, the free status of a bond depends on where you live...

http://dictionary.reference.com/browse/triple-tax-free          01/07/2009 11:53:10 AM



SHOOT THE
WATERMELON

CHANCE TO WIN
$50,000

http://dictionary.reference.com/browse/triple-tax-free    01/07/2009 11:58:10 AM

Share :

Search another word or see triple tax free on Thesaurus | Reference | Translate



Find : Triple-tax.com

www.ruth-king.com

Find Apartments and Retirement.com

www.PROTECO.com

www.TractT.net



© Lexico Publishing Group, LLC. All rights reserved.

# Exhibit D

freetriplecreditreport - Google Search                                                    Page 1 of 1

Web   Images   Maps   News   Video   Gmail   more ▼                                         Sign in

Google          freetriplecreditreport                    [ Search Sponsored Links ]
                [ Search the Web ]

Sponsored Links                          Results 1 - 8 of about 8 for freetriplecreditreport (0.043 seconds)

**FreeTripleCreditReport ®**       **Free Triple Credit Report**       **Freetriplecreditreport**
$0-Free Credit Scores From All 3   Your 2009 Triple Credit &           Get Your Free Credit Report & Free
Bureaus. As Seen on TV!            Credit Scores Are Online For $0!
FreeTripleCreditReport.com         FreeOnlineTripleCreditReport.com    Credit Score in 30 secs. Act Now.
                                                                       www.FreeCreditReportDeal.com
**Freetriplecreditreport**         **Freetriplecreditreport**
Get 3 Free Credit Reports & Scores Free Triple Credit Reports/Scores  **Free Triple Credit Report**
                                   Shop Here & Pick The Best Deal      View your Free Triple Credit Report
Fast & Easy to Read Online         Triple.FreeCreditReportDeals.com
Reports                                                                & 3 Free Credit Scores Online Now!
FreeCreditReportTrial.com/Promos   **FreeTripleScore.com**
                                   Free Triple Credit Scores & Report. My3FreeCreditReport.com
**Free Triple Credit Report**
Get a Free Triple Credit Report &  From All 3 Bureaus. 7 Day Access
3 Free Credit Scores Online Now    FreeTripleScore.com
Free3BureauCreditReport.com

Learn more about these results

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

# Exhibit E

Web   Images   Maps   News   Video   Gmail   more ▼                                          Sign in

**Google**          freecreditreport.com                          | Search Sponsored Links |
                    | Search the Web |

**Sponsored Links**                      Results 1 - 12 of about 24 for freecreditreport.com (0.03 seconds)

**FreeCreditReport.com®**
A Good Credit Score = 700 or
Above.
See Yours in 2 Easy Steps for $0!
www.FreeCreditReport.com

**Freecreditreport Com**
Enter Your Name & Email Address
Receive Free Help With Your Credit

BuildMyCreditScoreFast.com

**FreeCreditReport.com**
Free credit check and score
Apply Online Now!
www.applyforsomecards.net

**Free 3-in-1 Credit Report**
View your 2009 Credit Report and
Scores from all 3 bureaus for $0!
FreeCreditReportsInstantly.com

Learn more about these results

**Free Credit Report?**
Get Instant Online Access to Your
Credit Report - Free!
CreditRatings101.com

**Freecreditreport.com**
Get the Best Answers Faster at
Ask.com. Try It Now!
www.ask.com

**Free Credit Report**
Get Your Free Credit Report
Instant Access Online, No Fees
www.annualcreditreport.com

**"Free Credit Scores"**
7 Reasons You Need Your Free
Credit
Scores Now!
freecreditreport-com.blogspot.com

**Free 3-in-1 Credit Report**
Get a Free Credit Report Plus All
3 Credit Scores Now!
FreeTripleCreditReport.com

**Official Site - Experian®**
Get Your 2009 Credit Report &
Score Direct from Experian Today.
www.Experian.com

**Free Annual Credit Report**
See All 3 National Credit Scores &
Reports Now. As Reported On
CNN...
1FreeAnnualCreditReport.com

**Freecreditreport**
Find Freecreditreport.
Get Info & Offers.
buyfly.com

1 2   **Next**

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

triple advantag - Google Search - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

C   http://www.google.com/search?q=triple+advantage&ie=utf-8&oe=utf-8&aq=t&rls=org.mozilla:en-US:official&client   ▾   triple advantag

triple advantag - Google Search          FREE 3-Bureau Credit Report & FREE C...

Web   Images   Maps   News   Video   Gmail   more ▾                                    oscar.ramallo@gmail.com | Web History | My Account | Sign out

# Google    triple advantag          [ Search ]   Advanced Search
                                                   Preferences

Web                                                          Results 1 - 10 of about 6,020,000 for triple advantag. (0.19 seconds)

Free Credit Report                                           Sponsored Links          Sponsored Links
www.FreeCreditReport.com     A Good Credit Score = 700 or Above. See Yours in 2 Easy Steps for $0!

Free Credit Report Online                                                             Free All 3 Credit Reports
Free3BureauCreditReport.com     Free 3-in-1 Credit Report & All 3 Free Credit Scores Online!   Free for 30 Days! Safe and Secure
                                                                                      Get Reports from All 3 Bureaus Now.
Triple Advantage credit monitoring from Experian.com                                  www.TrueCredit.com/Credit_Reports
Triple Advantage credit report help and information for comprehensive credit monitoring.
www.experian.com/consumer-products/triple-advantage.html - 19k -                      Free 3-in-1 Credit Report
Cached - Similar pages                                                                View your 2009 Credit Report and
                                                                                      Scores from all 3 bureaus for $0!
Canceling CIC Triple Advantage: Get Your Money Back and Get Justice!                  FreeCreditReportsInstantly.com
Mar 11, 2009 ... Canceling CIC Triple Advantage: Get Your Money Back and Get Justice!
Step-By-Step. Discussion. 2 items. Share Your Thoughts. Feedback ...                  Which Free Credit Report?
www.knowzy.com/Personal_Finance/.../Credit_Monitoring_Is_A_Rip_Off-StepByStep-        Free Credit Report Services Are Not
Canceling_CIC_TripleAdvantage.htm - 49k - Cached - Similar pages -                    Created Equal. Read Our Reviews.
                                                                                      ConsumerCompare.org/CreditReport
CIC Triple Advantage Scam
Cancel Free Credit Report - Scam Warnings and How to Get Out Of It.                   3 Bureau Report $14.95
www.cancelcictripleadvantage.com/ - 14k - Cached - Similar pages -                    Includes Free Credit Score.
                                                                                      Fast, Secure. View Online Instantly
FreeCreditReport.com | Credit Report and Credit Score Online ...                      www.CreditReport.com
Triple Advantage credit monitoring lets you do both-it monitors all three of your credit reports
for key changes and alerts you if any are found, ...                                  2009 Credit Report
www.freecreditreport.com/ - 17k - Cached - Similar pages -                            Get Your Credit Report Free Without
                                                                                      Lowering Your Score. It's Simple!
    Credit Reports, Credit Scores, Credit Monitoring - Triple ...                     www.IdentityGuard.com/CreditReport
    Get the most out of your Triple AdvantageSM membership! As a Triple Advantage
    member, you can now actively monitor your credit reports from all THREE credit ...  All 3 Credit Reports Free
    www.freecreditreport.com/3Bureau_Credit_Report.aspx - 13k - Cached - Similar pages -  Not 1, Not 2, But Get All 3 Credit
                                                                                      Reports & Scores Absolutely Free
Ripoff Report Search Results: Triple Advantage                                        www.ThreeReportsForFree.com
Free Credit Report CIC Triple Advantage AKA Free Credit Report Set up ... CIC Triple
Advantage - Experian Free Credit Report accessed my account for a ...                 Free Credit Report-$0
www.ripoffreport.com/searchresults.asp?q1=ALL&q5=Triple+Advantage&submit2=Search!&    Totally Free Instant Credit Report
q4=&q6  - 45k - Cached - Similar pages -                                              And Scores. Faster, Easier, Better!
                                                                                      FreeScore.com
cic triple advantag Complaints Sorted by Popularity
cic triple advantag complaints sorted by popularity. Scam, unauthorized charges, rip off,   National Credit Report
defective product, poor service.                                                      Get a Free Credit Report and Score.
www.complaintsboard.com/bycompany/cic-triple-advantag-a63566/bypopularity.html - 40k -  View Your Report Online In Seconds.
Cached - Similar pages -                                                              NationalCreditReport.com

    CIC Triple Advantage Complaints - Signed up for service I never ...                    More Sponsored Links »
    Dec 19, 2006 ... CIC Triple Advantage - Charged by credit card for what was suppose to be
    a .... CIC Triple Advantage - Charged for a service I never used. ...
    www.complaintsboard.com/complaints/cic-triple-advantage-c3137 html - 74k -
    Cached - Similar pages -
    More results from www.complaintsboard.com »

CIC Triple Advantage
CIC Triple Advantage Credit Report enables one to view and monitor his credit reports and
credit score at his convenience. This beneficial service will ...
finance.mapsofworld.com/credit-report/cic-triple-advantage.html - 17k -
Cached - Similar pages -

Triple Advantage
Triple AdvantageSM Credit Monitoring monitors all 3 of your national credit reports daily for
key changes and alerts you. Try it FREE for 30 days! ...
partner.experiandirect.com/0008/Default.aspx?SiteVersionID=694&SiteID=

http://www.google.com/edk?sa=L&ai=C7o7DCkXy5Y_3LqG8NLmouOsD6enREYmil79wClsPjBAgAEAIgtKqoAICCxPfO_v___88JYihne6Ib1o5A2yAEBqgQeT9DsxSsDsd2Lky76tvMx57nwAGjbc_Mk2uV2lx8qgdadgrp...

54

# Exhibit G

FREE 3 Bureau Credit Report & FREE Credit Score Online Today! - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.free3bureaucreditreport.com/?ski=11210

triple advantag - Google Search    FREE 3-Bureau Credit Report & F...

# FREE3BureauCreditReport.com

Home          Credit Learning Center          Credit News          FAQ

## FREE 3-in-1 Credit Report & All 3 FREE Credit Scores!
as a member of Credit Adapter℠

☑ TransUnion
☑ Experian
☑ EQUIFAX

**GET IT NOW!**

• **Triple Bureau Credit Monitoring** provides automatic alerts when activity is detected to your credit files at all three credit bureaus* — *Trans Union, Equifax and Experian*

• **FREE 3-in-1 Credit Report and Triple Score** — unlimited online access to your 3-in-1 Credit Report and Triple Score

• **All 3 FREE Credit Scores** — unlimited online access to all 3 of your Credit Scores (one from each credit bureau)

• **Delivered to you online quickly and securely**

After ordering your FREE 3-in-1 Credit Report and Triple Credit Score, you'll have a full 7 days to **try *Credit Adapter*** FREE. Check your report to be sure the information from all 3 bureaus - TransUnion, Equifax & Experian - is correct.

*Credit services provided by TransUnion Interactive, Inc.
*Credit Adapter provides you with the tools you need to access and monitor your financial/credit information through the program's credit reporting and monitoring benefits. Credit Adapter and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Site Map  •  Contact Us  •  Privacy Policy
© Free3BureauCreditReport.com - All Rights Reserved

### Credit Scores vs. Reports

There are some important differences between your credit report and credit score. Your credit report is a detailed look into your current and recent credit history, while your credit score is an evaluation of your credit worthiness based on that report. To address any potential problems you may have with your credit, you need to first know what your credit worthiness has been valued at and then address any problems by looking at your detailed report.

### Free Credit Score/Report Offers

FREE 3-in-1 credit report and free credit scores from all 3 bureaus offer to your advantage. They can give you some power in the loan or credit decision process. Keep in mind that you have a legal right to receive your credit report once a year from the three major credit bureaus based on the 2003 Fair Credit Reporting Act (FCRA). This act does not apply to your credit score. The evaluation of your credit worthiness—something that most lenders use to decide whether they'll do business with your or not—is only available from credit management and identity theft protection services.

The following are examples of times in your life when it would be a good idea to look into your credit worthiness by finding out your credit score:

• When applying for a credit card
• When applying for a job
• When applying for a loan

If your score is below 650, your future finances may be significantly affected. Get a copy of your FREE 3-Bureau Credit Report & FREE Credit Score online today and begin working on improving your credit worthiness.

### FREE 3-Bureau Credit Report & FREE Credit Score Online Today!

Get your FREE 3-in-1 credit report with free credit scores from all 3 bureaus, TransUnion, Equifax and Experian, Online Today! Get information and links to credit related products and information. Learn about your credit reports, credit scores, and credit monitoring!

Done

56

# Exhibit H

freecreditreport.com - Google Search                                     Page 1 of 1

Web   Images   Maps   News   Shopping   Gmail   more ▼                          Sign in

**Google**          | freecreditreport.com                    |        Search Sponsored Links
                     | Search the Web                          |

**Sponsored Links**                    Results **1 - 12** of about **21** for **freecreditreport.com** (0.033 seconds)

**FreeCreditReport.com®**
A Good Credit Score = 700 or
Above.
See Yours in 2 Easy Steps for $0!
www.**FreeCreditReport**.com

**Free Credit Report**
Get Your Free Credit Score
& Report in Seconds!
www-FreeCredit-Report.com

**Free Credit Report**
Get Your Free Credit Report
and Score Today!
www.iditracker.com

**FreeCreditReport.com**
Get Your Free
**FreeCreditReport**.com
Simple, Safe & Private Online Form

www.creditchecktotal.com

Learn more about these results

**Free 3-in-1 Credit Report**
View your 2009 Credit Report and
Scores from all 3 bureaus for $0!
**FreeCreditReports**Instantly.com

**Freecreditreport Com**
Get Your Free Credit Report &
Score
100% Safe & Secure. Get It Free
Now
Limited-
Promotions.com/creditreport

**Freecreditreport Com**
Raise Your Credit Score To 720
In 7 Easy Steps-Repair Yours Now
Credit720.com

**Freecreditreport Com?**
Get Your Credit Report Free.
Fix Mistakes Now While You Can
FreeMortgageAid.net/CreditReport

**Free Credit Report**
Get Your Free Credit Report
Instant Access Online, No Fees
www.annualcreditreport.com

**Official Site - Experian®**
Get Your 2009 Credit Report &
Score Direct from Experian Today.
www.Experian.com

**Free Annual Credit Report**
See Your Credit Report in Seconds!

Easy To Read & Viewable Online.
1FreeAnnualCreditReport.com

**\*Free Credit Scores\***
7 Reasons You Need Your Free
Credit
Scores Now!
**freecreditreport**-com.blogspot.com

1 **2**    **Next**

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

58

# Exhibit I



# Exhibit J





# FREE CREDIT REPORTS

7 Reasons You Need Your Free Credit Reports Today

It is amazing how many people do not realize the importance of their credit score. Some people do not ever realize you have the right to reports from the three major credit bureaus every year. That's right, free reports from TransUnion, Experian, and Equifax annually.

If you think you do not need your credit reports and scores, I have 7 reasons for you to change your mind today:

1. Jobs - Most employers run credit checks on prospective employees before they get the job.
2. Identity Theft - ID theft happens to everyone. Make sure you catch suspicious activity before it gets out of hand.
3. Buying A Home - A difference of 50 credit points can mean tens of thousands of dollars over the life of a mortgage.
4. Leasing A Car - You aren't taking out a car loan, so why worry? You are wrong. Dealers still look at your credit worthiness.
5. Tax Audits - It's rumored that bad dips in credit scores may be tied to people cheating on their taxes. At least in the eyes of the feds...
6. New Cell Phones - Yes. Cellular phone companies look at your credit before they sign you up.
7. Credit Cards - Low credit scores means high interest rates. High interest rates means more debt. More debt means lower credit scores. Lower credit scores means too on higher interest rates. You get the picture. The debt death spiral. Don't lose track of your credit score.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-410-105**

EFFECTIVE DATE OF REGISTRATION

2   26   07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼
**IBSYS_Smiley**

NATURE OF THIS WORK ▼ See instructions
Computer Graphic (animated)

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
**a** Consumerinfo.com, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
OR { Citizen of ____ USA
      Domiciled in ____ }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☑ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
OR { Citizen of ____
      Domiciled in ____ }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**3** Year in Which Creation of This Work Was Completed
**a** 2005
This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Day ____ 12    Month ____ 26    Year ____ 2006

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Consumerinfo.com, Inc.
18500 Von Karman Ave., Ste 900
Irvine, CA 92612

APPLICATION RECEIVED
FEB 2 6 2007
ONE DEPOSIT RECEIVED
FEB 2 6 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE



66

AdRelevance - Report Viewer - Ad                                     Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## PA 1-623-843

Effective date of
registration:

April 10, 2009

## Title

| | |
|---|---|
| Title of Work: | TV Ad – FCR Dream Girl |
| Series Title: | Bandguy Campaign |

## Completion / Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2007 | | |
| Date of 1st Publication: | November 3, 2007 | Nation of 1st Publication: | United States |

## Author

| | | | |
|---|---|---|---|
| ■ Author: | ConsumerInfo.com, Inc. | | |
| Author Created: | entire motion picture | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | ConsumerInfo.com, Inc. |
| | 18500 Von Karman Ave, Ste. 400, Irvine, CA, 92612 |

## Certification

| | |
|---|---|
| Name: | Theodore Maya |
| Date: | April 6, 2009 |

Page 1 of 1

70

# Exhibit O

# Exhibit P



# Exhibit Q







# FREE CREDIT REPORTS

7 Reasons You Need Your Free Credit Reports Today

It is amazing how many people do not realize the importance of their [credit]. Some people do not even realize you have the right to reports from the three major credit bureaus every year. That's right, [one] from Trans Union, Experian, and Equifax annually.

If you think you do not need your credit reports and scores, I have 7 reasons for you to change your mind today:

1. Jobs - Most employers run credit checks on prospective employees before they get the job.
2. Identity Theft - ID theft happens to everyone. Make sure you catch suspicious activity before it gets out of hand.
3. Buying A Home - A difference of 30 credit points can mean tens of thousands of dollars over the life of a mortgage.
4. Leasing A Car - You aren't taking out a car loan, so why worry? You are wrong. Dealers still look at your credit worthiness.
5. Tax Audits - It's rumored that bad dips in credit scores may be tied to people cheating on their taxes. At least in the eyes of the feds...
6. New Cell Phones - Yes. Cellular phone companies look at your credit before they sign you up.
7. Credit Cards - Low credit scores means high interest rates. High interest rates means more debt. More debt means lower credit scores. Lower credit scores means even higher interest rates. You get the picture. The debt death spiral. Don't lose track of your credit score.

80

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**


This case has been assigned to District Judge Valerie Baker Fairbank and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV09- 3783 VBF (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.


All discovery related motions should be noticed on the calendar of the Magistrate Judge


===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>ALEX CHANG, an individual; ONE TECHNOLOGIES MANAGEMENT LLC, a Texas Corporation; One Technologies LP, a Delaware Limited Partnership; Adaptive Marketing LLC, a Delaware Corp; and Does 1-10, inclusive DEFENDANT(S). | CASE NUMBER<br><br>CV09-03783   VBF   (MANx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):   Alex Chang; One Technologies Management LLC; One Technologies LP; Adaptive Marketing LLC

A lawsuit has been filed against you.

Within 20 __ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [x] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Oscar Ramallo _____, whose address is Kaye Scholer LLP, 1999 Avenue of the Stars, #1700, LA, CA 90067 __. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   **MAY 28 2009**

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation, | ALEX CHANG, an individual; ONE TECHNOLOGIES MANAGEMENT LLC, a Texas Corporation; ONE TECHNOLOGIES LP, ADAPTIVE MARKETING LLC, et al. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Oscar Ramallo (SBN 241489) KAYE SCHOLER LLP 1999 Avenue of the Stars Suite 1700 Los Angeles, California 90067 310-788-1000 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Trademark Infringement 15 U.S.C. Section 1114, 1125, 1117
Copyright Infringement 17 U.S.C. Section 501 et seq

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CCD-JS44

CV09-03783

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | Chang: Texas; One Tech. Mgmt LLC: Texas; One Tech. LP: Texas; Adaptive: Connecticut |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 5/27/09

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |