ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

JUL 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1  KENT B. GOSS (State Bar No. 131499)
   kgoss@orrick.com
2  VALERIE M. GOO (State Bar No. 187334)
   vgoo@orrick.com
3  SETH E. FREILICH (State Bar No. 217321)
   sfreilich@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 S. Figueroa Street, Suite 3200
5  Los Angeles, CA  90017
   Telephone:  +1-213-629-2020
6  Facsimile:  +1-213-612-24299

7  Attorneys for Defendant and Counterclaimant ONE
   TECHNOLOGIES LP and Defendants
8  ONE TECHNOLOGIES MANAGEMENT LLC and
   ALEX CHANG

9

RECEIVED
BUT
NOT FILED

JUL 27 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

10

11            UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13                  WESTERN DIVISION

14

15  CONSUMERINFO.COM, INC., a           CASE NO. CV 09-3783-VBF(MANx)
    California corporation,
16                                      **ONE TECHNOLOGIES LP's
                  Plaintiff,            ANSWER AND
17                                      COUNTERCLAIMS**
           v.
18                                      **DEMAND FOR JURY TRIAL**
    ALEX CHANG, an individual; ONE
19  TECHNOLOGIES MANAGEMENT             Judge:  Hon. Valerie Baker Fairbank
    LLC, a Texas corporation; ONE
20  TECHNOLOGIES LP, a Delaware
    limited partnership; ADAPTIVE
21  MARKETING LLC, a Delaware
    corporation; and DOES 1-50, inclusive,
22
                  Defendants.
23
24  AND RELATED COUNTERCLAIMS
25
26
27
28

OHS West:260696397.3

1    Defendant One Technologies LP ("One Technologies" ) hereby submits its

2    Answer, including affirmative defenses, to Plaintiff's Complaint filed by

3    ConsumerInfo.com, Inc. ("ConsumerInfo" or "Plaintiff"), and One Technologies'

4    counterclaims thereto.

5                              **INTRODUCTION**

6        The instant Complaint filed by Plaintiff ConsumerInfo.com, Inc.

7    ("ConsumerInfo") is a classic example of "bullying" and using the Court system in

8    order to exclude competitors from the on-line consumer-direct credit report and

9    monitoring market through the use of a generic trade name

10   (www.freecreditreport.com) that was obtained by misleading the United States

11   Trademark Office.  At its core, this lawsuit is an attempt to prohibit competition

12   through the use of such generic terms in advertising as "free," "credit," and "report."

13   The use by consumers of two of these words when searching for on-line credit

14   monitoring services makes up approximately 90% of the internet traffic flow.  The

15   use of all three of these terms accounts for a vast majority of the same traffic.

16       Ironically, ConsumerInfo is guilty of the exact same conduct which it

17   attributes to One Technologies in the Complaint.  It trades off of, uses as keywords

18   in advertising and otherwise exploits the use of One Technologies' domain names

19   and trademarks and trade names in order to re-direct business that rightfully

20   belongs to One Technologies.  ConsumerInfo's marketplace conduct misleads and

21   confuses consumers who would otherwise use One Technologies' services.

22   Historically, it is ConsumerInfo that has a proven practice of misleading consumers

23   in the on-line credit services market.  In 2005, ConsumerInfo entered into a

24   Judgment and Consent Decree with the Federal Trade Commission related to

25   touting its services as "free."  The Complaint flies in the face of the industry's

26   custom and practice for marketing services and Google's own terms and conditions.

27   ConsumerInfo cannot have it both ways – seek to exclude competitors from using

28   generic terms and phrases in advertising, while simultaneously copying

competitor's domain names, trademarks and trade names with impunity. The Courts cannot and should not be used for this purpose.

## ANSWER AND COUNTERCLAIMS

1.      One Technologies admits that Plaintiff has brought this action against Defendants Alex Chang ("Chang"), One Technologies Management LLC ("One Tech Management"), One Technologies, Adaptive Marketing LLC ("Adaptive") and various Doe Defendant affiliates, but denies that the various Does are all affiliates of One Technologies. One Technologies further admits that ConsumerInfo is the largest online provider of credit reports. One Technologies further admits that it is a competitor of Plaintiff. One Technologies further admits that One Tech Management is the general partner of One Technologies, and that Chang is an officer of One Tech Management. Except as expressly admitted herein, One Technologies denies all other allegations of paragraph 1.

2.      One Technologies admits that it has competed against LowerMyBills, Inc. One Technologies further admits that there was a stipulated judgment entered in *LowerMyBills, Inc. v. One Technologies LP, et al.*, C.D. Cal. No. CV06-0296. Except as expressly admitted herein, One Technologies denies all other allegations of paragraph 2.

3.      One Technologies denies that it has a willingness to engage in infringement. One Technologies further denies that it has diverted millions of dollars worth of business from Plaintiff. One Technologies lacks knowledge or information sufficient to form a belief regarding the truth of all other allegations in paragraph 3 and therefore denies all other allegations of paragraph 3.

4.      One Technologies admits that ConsumerInfo purports to seek relief from Defendants. One Technologies, however, denies the merits of the claims asserted against it.

## PARTIES

5.      One Technologies lacks knowledge or information sufficient to form a

1    belief regarding the truth of the allegations in paragraph 5 and therefore denies the

2    allegations therein.

3        6.    Although the factual allegations in Paragraph 6 are not directed at One

4    Technologies, One Technologies is informed and believes, and on that basis admits

5    that Defendant Chang resides in Texas.  Except as expressly admitted, One

6    Technologies lacks knowledge or information sufficient to form a belief regarding

7    the truth of the allegations in paragraph 6 and therefore denies the allegations

8    therein.

9        7.    Although the factual allegations in Paragraph 7 are not directed at One

10   Technologies, One Technologies is informed and believes, and on that basis admits

11   that One Technologies Management is a Texas Limited Liability Company with its

12   principal place of business in Texas and that defendant Chang is an officer of One

13   Technologies Management, but not the president or treasurer.  Except as expressly

14   admitted, One Technologies lacks knowledge or information sufficient to form a

15   belief regarding the truth of the allegations in paragraph 6 and therefore denies the

16   allegations therein.

17       8.    One Technologies admits that One Tech Management is the general

18   partner of One Technologies.  One Technologies further admits that it is a Delaware

19   Limited Partnership registered to do business in the state of Texas.

20       9.    One Technologies lacks knowledge or information sufficient to form a

21   belief regarding the truth of the allegations in paragraph 9 and therefore denies the

22   allegations therein.

23       10.   One Technologies lacks knowledge or information sufficient to form a

24   belief regarding the truth of the allegations in paragraph 10 and therefore denies the

25   allegations therein.

26       11.   One Technologies denies the allegations in paragraph 11.

27                    **JURISDICTION AND VENUE**

28       12.   One Technologies admits that this Court has subject matter jurisdiction

1  pursuant to the Lanham Act, 15 U.S.C. § 1121, the Copyright Act, 17 U.S.C. § 501,

2  and 28 U.S.C. § 1338. One Technologies, however, denies the merits of the claims

3  asserted against it. The remaining allegations in paragraph 12 contain no factual

4  allegations and do not require an admission or denial.

5      13.    One Technologies admits that the parties to this action are diverse and

6  that Plaintiff alleges damages in excess of $75,000. The remaining allegations in

7  paragraph 13 contain no factual allegations and do not require an admission or

8  denial.

9      14.    One Technologies admits that California residents view its websites

10  and purchase its services. One Technologies denies that defendant Chang

11  personally directs and controls One Technologies' activities. One Technologies

12  lacks knowledge or information sufficient to form a belief regarding the truth of all

13  other allegations in paragraph 14 and therefore denies all other allegations of

14  paragraph 14.

15      15.    One Technologies admits that venue is proper in this district as to One

16  Technologies, but denies having committed any wrongful acts upon which venue is

17  allegedly based. Except as expressly admitted, One Technologies lacks information

18  sufficient to form a belief regarding the truth of the allegations in paragraph 15 and

19  therefore denies those allegations.

20                          **GENERAL ALLEGATIONS**

21        **ConsumerInfo and the Copyrights and Trademarks at Issue**

22      16.    One Technologies is informed and believes, and on that basis admits,

23  that ConsumerInfo provides online credit scores, credit reports and credit

24  monitoring directly to consumers. Except as expressly admitted, One Technologies

25  lacks knowledge or information sufficient to form a belief regarding the truth of the

26  allegations in paragraph 16 and therefore denies the allegations therein.

27      17.    One Technologies is informed and believes, and on that basis admits,

28  that ConsumerInfo operates a website using the domain name

1  FreeCreditReport.com. Except as expressly admitted, One Technologies lacks

2  knowledge or information sufficient to form a belief regarding the truth of the

3  allegations in paragraph 17 and therefore denies the allegations therein.

4        18.    One Technologies admits that U.S. Patent and Trademark Office

5  Registration Nos. 3,426,854 and 3,526,207 issued to ConsumerInfo. One

6  Technologies denies, however, the validity and enforceability of U.S. Patent and

7  Trademark Office Registration Nos. 3,426,854 and 3,526,207.

8        19.    One Technologies lacks knowledge or information sufficient to form a

9  belief regarding the truth of the allegations in paragraph 19 and therefore denies the

10  allegations therein.

11        20.    One Technologies lacks knowledge or information sufficient to form a

12  belief regarding the truth of the allegations in paragraph 20 and therefore denies the

13  allegations therein.

14        21.    One Technologies lacks knowledge or information sufficient to form a

15  belief regarding the truth of the allegations in paragraph 21 and therefore denies the

16  allegations therein.

17        22.    One Technologies lacks knowledge or information sufficient to form a

18  belief regarding the truth of the allegations in paragraph 22 and therefore denies the

19  allegations therein.

20        23.    One Technologies lacks knowledge or information sufficient to form a

21  belief regarding the truth of the allegations in paragraph 23 and therefore denies the

22  allegations therein.

23        24.    One Technologies denies the allegations in paragraph 24.

24        25.    One Technologies lacks knowledge or information sufficient to form a

25  belief regarding the truth of the allegations in paragraph 25 and therefore denies the

26  allegations therein.

27        26.    One Technologies lacks knowledge or information sufficient to form a

28  belief regarding the truth of the allegations in paragraph 26 and therefore denies the

1  allegations therein.

2      27.    One Technologies lacks knowledge or information sufficient to form a

3  belief regarding the truth of the allegations in paragraph 27 and therefore denies the

4  allegations therein.

5      28.    One Technologies lacks knowledge or information sufficient to form a

6  belief regarding the truth of the allegations in paragraph 28 and therefore denies the

7  allegations therein.

8                              **Defendants' Actions**

9      29.    One Technologies admits that it competes with Plaintiff and that it

10  markets and operates websites that sell online services related to credit reports,

11  credit scores, and credit monitoring.  One Technologies lacks information sufficient

12  to form a belief regarding the truth of the allegations in paragraph 29 with respect to

13  the other Defendants and therefore denies those allegations.

14      **Adaptive**

15      30.    One Technologies lacks knowledge or information sufficient to form a

16  belief regarding the truth of the allegations in paragraph 30 and therefore denies the

17  allegations therein.

18      31.    One Technologies denies the allegations in paragraph 31.

19      32.    One Technologies lacks knowledge or information sufficient to form a

20  belief regarding the truth of the allegations in paragraph 32 and therefore denies the

21  allegations therein.

22      33.    One Technologies lacks knowledge or information sufficient to form a

23  belief regarding the truth of the allegations in paragraph 33 and therefore denies the

24  allegations therein.

25      34.    One Technologies lacks knowledge or information sufficient to form a

26  belief regarding the truth of the allegations in paragraph 34 and therefore denies the

27  allegations therein.

28      35.    One Technologies lacks knowledge or information sufficient to form a

1    belief regarding the truth of the allegations in paragraph 35 and therefore denies the
2    allegations therein.

3        36.    One Technologies lacks knowledge or information sufficient to form a
4    belief regarding the truth of the allegations in paragraph 36 and therefore denies the
5    allegations therein.

6        37.    One Technologies lacks knowledge or information sufficient to form a
7    belief regarding the truth of the allegations in paragraph 37 and therefore denies the
8    allegations therein.

9        **One Tech Defendants**

10       38.    One Technologies admits that it markets and sells online services
11   relating to credit reports, credit scores, and credit monitoring.  One Technologies
12   further admits that it has provided marketing services to Adaptive and that it has
13   received payment for the provision of these services.  One Technologies denies all
14   other allegations in paragraph 38 with respect to One Technologies.  One
15   Technologies lacks information sufficient to form a belief regarding the truth of the
16   allegations in paragraph 38 with respect to One Tech Management and Chang and
17   therefore denies those allegations.

18       39.    One Technologies admits that it uses one or more affiliate companies
19   who provide online marketing and advertising services to promote One
20   Technologies' websites and services.  One Technologies denies all other allegations
21   in paragraph 39 with respect to One Technologies.  One Technologies lacks
22   information sufficient to form a belief regarding the truth of the allegations in
23   paragraph 39 with respect to One Tech Management and Chang and therefore
24   denies those allegations.

25       40.    One Technologies admits that it has registered and uses the domain
26   names FreeCreditReports360.com and FreeCreditReportsInstantly.com.  One
27   Technologies denies all other allegations in paragraph 40 with respect to One
28   Technologies.  One Technologies lacks information sufficient to form a belief

1  regarding the truth of the allegations in paragraph 40 with respect to One Tech

2  Management and Chang and therefore denies those allegations.

3      41.    One Technologies admits that it has registered and uses the domain

4  names freecrediterportplusscore.com, freecreditreportwebsite.com,

5  2009freecreditreport.com and 2010freecreditreport.com.  One Technologies denies

6  all other allegations in paragraph 41 with respect to One Technologies.  One

7  Technologies lacks information sufficient to form a belief regarding the truth of the

8  allegations in paragraph 41 with respect to One Tech Management and Chang and

9  therefore denies those allegations.

10      42.    One Technologies denies all the allegations in paragraph 42 with

11  respect to One Technologies.  One Technologies lacks information sufficient to

12  form a belief regarding the truth of the allegations in paragraph 42 with respect to

13  One Tech Management, Chang or any other entity and therefore denies those

14  allegations.

15      43.    One Technologies admits that it uses affiliates to provide online

16  marketing and advertising services to promote One Technologies' websites and

17  services.  One Technologies further admits that it has used as keywords variations

18  of the term FREECREDITREPORT.COM.  One Technologies denies all other

19  allegations in paragraph 43 with respect to One Technologies.  One Technologies

20  lacks information sufficient to form a belief regarding the truth of the allegations in

21  paragraph 43 with respect to One Tech Management and Chang and therefore

22  denies those allegations.

23      44.    One Technologies denies the allegations in paragraph 44 with respect

24  to One Technologies.  One Technologies lacks information sufficient to form a

25  belief regarding the truth of the allegations in paragraph 44 with respect to One

26  Tech Management, Chang or any other entity and therefore denies those

27  allegations.

28      45.    Exhibit H to the Complaint speaks for itself.  One Technologies lacks

1  knowledge or information sufficient to form a belief regarding the truth of all other

2  allegations in paragraph 45 and therefore denies all other allegations of paragraph

3  45.

4      46.    One Technologies denies the allegations in paragraph 46 with respect

5  to One Technologies.  One Technologies lacks information sufficient to form a

6  belief regarding the truth of the allegations in paragraph 46 with respect to One

7  Tech Management, Chang or any other entity and therefore denies those

8  allegations.

9      47.    Exhibit I to the Complaint speaks for itself.  One Technologies lacks

10  knowledge or information sufficient to form a belief regarding the truth of all other

11  allegations in paragraph 47 and therefore denies all other allegations of paragraph

12  47.

13      48.    Exhibit J to the Complaint speaks for itself.  One Technologies lacks

14  knowledge or information sufficient to form a belief regarding the truth of all other

15  allegations in paragraph 48 and therefore denies all other allegations of paragraph

16  48.

17      49.    Exhibit K to the Complaint speaks for itself.  One Technologies lacks

18  knowledge or information sufficient to form a belief regarding the truth of all other

19  allegations in paragraph 49 and therefore denies all other allegations of paragraph

20  49.

21      50.    One Technologies denies the allegations in paragraph 50 with respect

22  to One Technologies.  One Technologies lacks information sufficient to form a

23  belief regarding the truth of the allegations in paragraph 50 with respect to One

24  Tech Management, Chang or any other entity and therefore denies those

25  allegations.

26

27

28

## FIRST CLAIM FOR RELIEF

### (Trademark and Trade Dress Infringement Under the Lanham Act, 15 U.S.C.
### §§ 1114, 1125)

51.    One Technologies restates and incorporates by reference the replies set forth in paragraphs 1 through 50 of this Answer.

52.    One Technologies denies the allegations in paragraph 52 with respect to One Technologies. One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 52 with respect to the other Defendants and therefore denies those allegations.

53.    One Technologies admits that federal trademark registrations for FREECREDITREPORT.COM and TRIPLE ADVANTAGE have issued to ConsumerInfo. One Technologies denies, however, the validity and enforceability of trademark rights in the those marks, including any federal registrations for those marks. Except as expressly admitted, One Technologies denies the allegations in Paragraph 53.

54.    One Technologies denies the allegations in paragraph 54 with respect to One Technologies. One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 54 with respect to the other Defendants and therefore denies those allegations.

55.    One Technologies lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 55 and therefore denies the allegations therein.

56.    One Technologies lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 56 and therefore denies the allegations therein.

57.    One Technologies lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 57 and therefore denies the allegations therein.

58.    One Technologies denies the allegations in paragraph 58 with respect to One Technologies.  One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 58 with respect to the other Defendants and therefore denies those allegations.

59.    One Technologies denies the allegations in paragraph 59 with respect to One Technologies.  One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 59 with respect to the other Defendants and therefore denies those allegations.

60.    One Technologies denies the allegations in paragraph 60 with respect to One Technologies.  One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 60 with respect to the other Defendants and therefore denies those allegations.

61.    One Technologies denies the allegations in paragraph 61 with respect to One Technologies.  One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 61 with respect to the other Defendants and therefore denies those allegations.

## SECOND CLAIM FOR RELIEF

### (Dilution Under the Lanham Act, 15 U.S.C. § 1125(c))

62.    One Technologies restates and incorporates by reference the replies set forth in paragraphs 1 through 61 of this Answer.

63.    One Technologies admits that ConsumerInfo purports to allege a claim for trademark dilution.  One Technologies, however, denies the merits of the claims asserted against it.

64.    One Technologies lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 64 and therefore denies the allegations therein.

65.    One Technologies denies the allegations in paragraph 65 with respect to One Technologies.  One Technologies lacks information sufficient to form a

1   belief regarding the truth of the allegations in paragraph 65 with respect to the other

2   Defendants and therefore denies those allegations.

3       66.    One Technologies denies the allegations in paragraph 66 with respect

4   to One Technologies.  One Technologies lacks information sufficient to form a

5   belief regarding the truth of the allegations in paragraph 66 with respect to the other

6   Defendants and therefore denies those allegations.

7       67.    One Technologies denies the allegations in paragraph 67 with respect

8   to One Technologies.  One Technologies lacks information sufficient to form a

9   belief regarding the truth of the allegations in paragraph 67 with respect to the other

10  Defendants and therefore denies those allegations.

11      68.    One Technologies denies the allegations in paragraph 68 with respect

12  to One Technologies.  One Technologies lacks information sufficient to form a

13  belief regarding the truth of the allegations in paragraph 68 with respect to the other

14  Defendants and therefore denies those allegations.

15      69.    One Technologies denies the allegations in paragraph 69 with respect

16  to One Technologies.  One Technologies lacks information sufficient to form a

17  belief regarding the truth of the allegations in paragraph 69 with respect to the other

18  Defendants and therefore denies those allegations.

19      70.    One Technologies denies the allegations in paragraph 70 with respect

20  to One Technologies.  One Technologies lacks information sufficient to form a

21  belief regarding the truth of the allegations in paragraph 70 with respect to the other

22  Defendants and therefore denies those allegations.

23      71.    One Technologies denies the allegations in paragraph 71 with respect

24  to One Technologies.  One Technologies lacks information sufficient to form a

25  belief regarding the truth of the allegations in paragraph 71 with respect to the other

26  Defendants and therefore denies those allegations.

27      72.    One Technologies denies the allegations in paragraph 72 with respect

28  to One Technologies.  One Technologies lacks information sufficient to form a

1    belief regarding the truth of the allegations in paragraph 72 with respect to the other

2    Defendants and therefore denies those allegations.

<div align="center">

**THIRD CLAIM FOR RELIEF**

**(Counterfeiting under the Lanham Act, 15 U.S.C. § 1117(c))**

</div>

5    73.    One Technologies restates and incorporates by reference the replies set

6    forth in paragraphs 1 through 72 of this Answer.

7    74.    One Technologies admits that ConsumerInfo purports to allege a claim

8    for trademark counterfeiting. One Technologies, however, denies the merits of the

9    claims asserted against it.

10    75.    One Technologies denies the allegations in paragraph 75 with respect

11    to One Technologies. One Technologies lacks information sufficient to form a

12    belief regarding the truth of the allegations in paragraph 75 with respect to the other

13    Defendants and therefore denies those allegations.

14    76.    One Technologies denies the allegations in paragraph 76 with respect

15    to One Technologies. One Technologies lacks information sufficient to form a

16    belief regarding the truth of the allegations in paragraph 76 with respect to the other

17    Defendants and therefore denies those allegations.

18    77.    One Technologies denies the allegations in paragraph 77 with respect

19    to One Technologies. One Technologies lacks information sufficient to form a

20    belief regarding the truth of the allegations in paragraph 77 with respect to the other

21    Defendants and therefore denies those allegations.

22    78.    One Technologies denies the allegations in paragraph 78 with respect

23    to One Technologies. One Technologies lacks information sufficient to form a

24    belief regarding the truth of the allegations in paragraph 78 with respect to the other

25    Defendants and therefore denies those allegations.

26    79.    One Technologies denies the allegations in paragraph 79 with respect

27    to One Technologies. One Technologies lacks information sufficient to form a

28    belief regarding the truth of the allegations in paragraph 79 with respect to the other

1  Defendants and therefore denies those allegations.

2  **FOURTH CLAIM FOR RELIEF**

3  **(Cybersquatting under the Lanham Act, 15 U.S.C. § 1125(d))**

4      80.    One Technologies restates and incorporates by reference the replies set

5  forth in paragraphs 1 through 79 of this Answer.

6      81.    One Technologies admits that it has registered or used the following

7  domain names: <freecreditreports360.com>, <freecreditreportplusscore.com>,

8  <freecreditreportwebsite.com>, <2009freecreditreport.com>, and

9  <2010freecreditreport.com>. One Technologies denies that they are confusingly

10  similar to freecreditreport.com or that ConsumerInfo has trademark rights to

11  freecreditreport.com. One Technologies lacks knowledge or information sufficient

12  to form a belief regarding the truth of the remaining allegations in paragraph 81 and

13  therefore denies the allegations therein.

14      82.    One Technologies denies the allegations in paragraph 82 with respect

15  to One Technologies. One Technologies lacks information sufficient to form a

16  belief regarding the truth of the allegations in paragraph 82 with respect to the other

17  Defendants and therefore denies those allegations.

18      83.    One Technologies denies the allegations in paragraph 83 with respect

19  to One Technologies. One Technologies lacks information sufficient to form a

20  belief regarding the truth of the allegations in paragraph 83 with respect to the other

21  Defendants and therefore denies those allegations.

22      84.    One Technologies admits that ConsumerInfo purports to seek damages

23  pursuant to 15 U.S.C. § 1117. One Technologies, however, denies the merits of the

24  claims asserted against it.

25      85.    One Technologies admits that ConsumerInfo purports to seek an order

26  of forfeiture or cancellation. One Technologies, however, denies the merits of the

27  claims asserted against it.

28      86.    One Technologies denies the allegations in paragraph 86 with respect

1  to One Technologies.  One Technologies lacks information sufficient to form a

2  belief regarding the truth of the allegations in paragraph 86 with respect to the other

3  Defendants and therefore denies those allegations.

4      87.    One Technologies denies the allegations in paragraph 87 with respect

5  to One Technologies.  One Technologies lacks information sufficient to form a

6  belief regarding the truth of the allegations in paragraph 87 with respect to the other

7  Defendants and therefore denies those allegations.

8  <div align="center">**FIFTH CLAIM FOR RELIEF**</div>

9  <div align="center">**(Cybersquatting of a Famous Trademark, 15 U.S.C. 1125(d))**</div>

10     88.    One Technologies restates and incorporates by reference the replies set

11  forth in paragraphs 1 through 87 of this Answer.

12     89.    One Technologies denies the allegations in paragraph 89 with respect

13  to One Technologies.  One Technologies lacks information sufficient to form a

14  belief regarding the truth of the allegations in paragraph 89 with respect to the other

15  Defendants and therefore denies those allegations.

16     90.    One Technologies denies the allegations in paragraph 90 with respect

17  to One Technologies.  One Technologies lacks information sufficient to form a

18  belief regarding the truth of the allegations in paragraph 90 with respect to the other

19  Defendants and therefore denies those allegations.

20     91.    One Technologies denies the allegations in paragraph 91 with respect

21  to One Technologies.  One Technologies lacks information sufficient to form a

22  belief regarding the truth of the allegations in paragraph 91 with respect to the other

23  Defendants and therefore denies those allegations.

24     92.    One Technologies denies the allegations in paragraph 92 with respect

25  to One Technologies.  One Technologies lacks information sufficient to form a

26  belief regarding the truth of the allegations in paragraph 92 with respect to the other

27  Defendants and therefore denies those allegations.

28     93.    One Technologies admits that ConsumerInfo purports to seek damages

1    pursuant to 15 U.S.C. § 1117.  One Technologies, however, denies the merits of the

2    claims asserted against it.

3        94.    One Technologies admits that ConsumerInfo purports to seek an order

4    of forfeiture or cancellation.  One Technologies, however, denies the merits of the

5    claims asserted against it.

6        95.    One Technologies denies the allegations in paragraph 95 with respect

7    to One Technologies.  One Technologies lacks information sufficient to form a

8    belief regarding the truth of the allegations in paragraph 95 with respect to the other

9    Defendants and therefore denies those allegations.

10       96.    One Technologies denies the allegations in paragraph 96 with respect

11   to One Technologies.  One Technologies lacks information sufficient to form a

12   belief regarding the truth of the allegations in paragraph 96 with respect to the other

13   Defendants and therefore denies those allegations.

14                          **SIXTH CLAIM FOR RELIEF**

15                   **(Common Law Trademark Infringement)**

16       97.    One Technologies restates and incorporates by reference the replies set

17   forth in paragraphs 1 through 96 of this Answer.

18       98.    One Technologies admits that ConsumerInfo purports to allege a claim

19   for trademark infringement in violation of the common law of the State of

20   California.  One Technologies, however, denies the merits of the claims asserted

21   against it.

22       99.    One Technologies denies the allegations in paragraph 99 with respect

23   to One Technologies.  One Technologies lacks information sufficient to form a

24   belief regarding the truth of the allegations in paragraph 99 with respect to the other

25   Defendants and therefore denies those allegations.

26       100.   One Technologies denies the allegations in paragraph 100 with respect

27   to One Technologies.  One Technologies lacks information sufficient to form a

28   belief regarding the truth of the allegations in paragraph 100 with respect to the

1  other Defendants and therefore denies those allegations.

2      101.   One Technologies denies the allegations in paragraph 101 with respect

3  to One Technologies.  One Technologies lacks information sufficient to form a

4  belief regarding the truth of the allegations in paragraph 101 with respect to the

5  other Defendants and therefore denies those allegations.

6      102.   One Technologies denies the allegations in paragraph 102 with respect

7  to One Technologies.  One Technologies lacks information sufficient to form a

8  belief regarding the truth of the allegations in paragraph 102 with respect to the

9  other Defendants and therefore denies those allegations.

10     103.   One Technologies denies the allegations in paragraph 103 with respect

11  to One Technologies.  One Technologies lacks information sufficient to form a

12  belief regarding the truth of the allegations in paragraph 103 with respect to the

13  other Defendants and therefore denies those allegations.

14                    **SEVENTH CLAIM FOR RELIEF**

15      **(Unfair Competition Under the Lanham Act, 15 U.S.C. § 1125)**

16      104.   One Technologies restates and incorporates by reference the replies set

17  forth in paragraphs 1 through 103 of this Answer.

18     105.   One Technologies denies the allegations in paragraph 105 with respect

19  to One Technologies.  One Technologies lacks information sufficient to form a

20  belief regarding the truth of the allegations in paragraph 105 with respect to the

21  other Defendants and therefore denies those allegations.

22     106.   One Technologies denies the allegations in paragraph 106 with respect

23  to One Technologies.  One Technologies lacks information sufficient to form a

24  belief regarding the truth of the allegations in paragraph 106 with respect to the

25  other Defendants and therefore denies those allegations.

26     107.   One Technologies denies the allegations in paragraph 107 with respect

27  to One Technologies.  One Technologies lacks information sufficient to form a

28  belief regarding the truth of the allegations in paragraph 107 with respect to the

other Defendants and therefore denies those allegations.

108.    One Technologies denies the allegations in paragraph 108 with respect to One Technologies.  One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 108 with respect to the other Defendants and therefore denies those allegations.

109.    One Technologies denies the allegations in paragraph 109 with respect to One Technologies.  One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 109 with respect to the other Defendants and therefore denies those allegations.

## EIGHTH CLAIM FOR RELIEF

### (Vicarious Liability Under the Lanham Act, 15 U.S.C. §§ 1114, 1115)

110.    One Technologies restates and incorporates by reference the replies set forth in paragraphs 1 through 109 of this Answer.

111.    One Technologies further admits that it has provided marketing services to Adaptive.  One Technologies denies the remaining allegations in paragraph 111 with respect to One Technologies.  One Technologies lacks information sufficient to form a belief regarding the truth of the remaining allegations in paragraph 111 with respect to the other Defendants and therefore denies those allegations.

112.    One Technologies denies the allegations in paragraph 112 with respect to One Technologies.  One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 112 with respect to the other Defendants and therefore denies those allegations.

113.    One Technologies denies the allegations in paragraph 113 with respect to One Technologies.  One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 113 with respect to the other Defendants and therefore denies those allegations.

114.    One Technologies denies the allegations in paragraph 114 with respect

1  to One Technologies.  One Technologies lacks information sufficient to form a
2  belief regarding the truth of the allegations in paragraph 114 with respect to the
3  other Defendants and therefore denies those allegations.

4                          **NINTH CLAIM FOR RELIEF**

5     **(Contributory Liability Under the Lanham Act, 15 U.S.C. §§ 1114, 1125)**

6         115.   One Technologies restates and incorporates by reference the replies set
7  forth in paragraphs 1 through 114 of this Answer.

8         116.   One Technologies denies the allegations in paragraph 116 with respect
9  to One Technologies.  One Technologies lacks information sufficient to form a
10  belief regarding the truth of the allegations in paragraph 116 with respect to the
11  other Defendants and therefore denies those allegations.

12        117.   One Technologies denies the allegations in paragraph 117 with respect
13  to One Technologies.  One Technologies lacks information sufficient to form a
14  belief regarding the truth of the allegations in paragraph 117 with respect to the
15  other Defendants and therefore denies those allegations.

16        118.   One Technologies denies the allegations in paragraph 118 with respect
17  to One Technologies.  One Technologies lacks information sufficient to form a
18  belief regarding the truth of the allegations in paragraph 118 with respect to the so-
19  called "Secondary Infringers" and "Primary Infringers" and therefore denies those
20  allegations.

21        119.   One Technologies denies the allegations in paragraph 119 with respect
22  to One Technologies.  One Technologies lacks information sufficient to form a
23  belief regarding the truth of the allegations in paragraph 119 with respect to the
24  other Defendants and therefore denies those allegations.

25        120.   One Technologies denies the allegations in paragraph 120 with respect
26  to One Technologies.  One Technologies lacks information sufficient to form a
27  belief regarding the truth of the allegations in paragraph 120 with respect to the
28  other Defendants and therefore denies those allegations.

1       121.   One Technologies denies the allegations in paragraph 121 with respect

2   to One Technologies.  One Technologies lacks information sufficient to form a

3   belief regarding the truth of the allegations in paragraph 121 with respect to the

4   other Defendants and therefore denies those allegations.

5                          **TENTH CLAIM FOR RELIEF**

6               **(Copyright Infringement, 17 U.S.C. § 501 *et seq.*)**

7       122.   One Technologies restates and incorporates by reference the replies set

8   forth in paragraphs 1 through 121 of this Answer.

9       123.   One Technologies denies the allegations in paragraph 123 with respect

10  to One Technologies.  One Technologies lacks information sufficient to form a

11  belief regarding the truth of the allegations in paragraph 123 with respect to the

12  other Defendants and therefore denies those allegations.

13      124.   One Technologies denies that it copied ConsumerInfo banner

14  advertisements and television commercials.  One Technologies lacks knowledge or

15  information sufficient to form a belief regarding the truth of the remaining

16  allegations in paragraph 124 and therefore denies the allegations therein.

17      125.   One Technologies denies the allegations in paragraph 125 with respect

18  to One Technologies.  One Technologies lacks information sufficient to form a

19  belief regarding the truth of the allegations in paragraph 125 with respect to the

20  other Defendants and therefore denies those allegations.

21      126.   One Technologies lacks knowledge or information sufficient to form a

22  belief regarding the truth of the allegations in paragraph 126 and therefore denies

23  the allegations therein.

24      127.   Exhibit L to the Complaint speaks for itself.  One Technologies lacks

25  knowledge or information sufficient to form a belief regarding the truth of the

26  remaining allegations in paragraph 127 and therefore denies the allegations therein.

27      128.   One Technologies lacks knowledge or information sufficient to form a

28  belief regarding the truth of the allegations in paragraph 128 and therefore denies

1   the allegations therein.

2       129.   One Technologies lacks knowledge or information sufficient to form a

3   belief regarding the truth of the allegations in paragraph 129 and therefore denies

4   the allegations therein.

5       130.   One Technologies lacks knowledge or information sufficient to form a

6   belief regarding the truth of the allegations in paragraph 130 and therefore denies

7   the allegations therein.

8       131.   Exhibit M to the Complaint speaks for itself.  One Technologies denies

9   the remainder of the allegations in paragraph 131.

10      132.   One Technologies lacks knowledge or information sufficient to form a

11  belief regarding the truth of the allegations in paragraph 132 and therefore denies

12  the allegations therein.

13      133.   Exhibit N to the Complaint speaks for itself.  One Technologies lacks

14  knowledge or information sufficient to form a belief regarding the truth of the

15  remaining allegations in paragraph 133 and therefore denies the allegations therein.

16      134.   Exhibit O to the Complaint speaks for itself.  One Technologies lacks

17  knowledge or information sufficient to form a belief regarding the truth of the

18  remaining allegations in paragraph 134 and therefore denies the allegations therein.

19      135.   One Technologies lacks knowledge or information sufficient to form a

20  belief regarding the truth of the allegations in paragraph 135 and therefore denies

21  the allegations therein.

22      136.   One Technologies denies the allegations in paragraph 136 with respect

23  to One Technologies.  One Technologies lacks information sufficient to form a

24  belief regarding the truth of the allegations in paragraph 136 with respect to the

25  other Defendants and therefore denies those allegations.

26      137.   Exhibits P and Q to the Complaint speak for themselves.  One

27  Technologies lacks knowledge or information sufficient to form a belief regarding

28  the truth of the remaining allegations in paragraph 137 and therefore denies the

1    allegations therein.

2        138.   Exhibit R to the Complaint speaks for itself.  One Technologies lacks

3    knowledge or information sufficient to form a belief regarding the truth of the

4    remaining allegations in paragraph 138 and therefore denies the allegations therein.

5        139.   Exhibit S to the Complaint speaks for itself.  One Technologies lacks

6    knowledge or information sufficient to form a belief regarding the truth of the

7    remaining allegations in paragraph 139 and therefore denies the allegations therein.

8        140.   One Technologies denies the allegations in paragraph 140 with respect

9    to One Technologies.  One Technologies lacks information sufficient to form a

10   belief regarding the truth of the allegations in paragraph 140 with respect to the

11   other Defendants and therefore denies those allegations.

12       141.   One Technologies denies the allegations in paragraph 141 with respect

13   to One Technologies.  One Technologies lacks information sufficient to form a

14   belief regarding the truth of the allegations in paragraph 141 with respect to the

15   other Defendants and therefore denies those allegations.

16       142.   One Technologies denies the allegations in paragraph 142 with respect

17   to One Technologies.  One Technologies lacks information sufficient to form a

18   belief regarding the truth of the allegations in paragraph 142 with respect to the

19   other Defendants and therefore denies those allegations.

20       143.   One Technologies denies the allegations in paragraph 143 with respect

21   to One Technologies.  One Technologies lacks information sufficient to form a

22   belief regarding the truth of the allegations in paragraph 143 with respect to the

23   other Defendants and therefore denies those allegations.

24       144.   One Technologies denies the allegations in paragraph 144 with respect

25   to One Technologies.  One Technologies lacks information sufficient to form a

26   belief regarding the truth of the allegations in paragraph 144 with respect to the

27   other Defendants and therefore denies those allegations.

28       145.   One Technologies denies the allegations in paragraph 145 with respect

1  to One Technologies. One Technologies lacks information sufficient to form a
2  belief regarding the truth of the allegations in paragraph 145 with respect to the
3  other Defendants and therefore denies those allegations.

4  **ELEVENTH CLAIM FOR RELIEF**

5  **(Vicarious Copyright Infringement, 17 U.S.C. § 501 *et seq.*)**

6  146.  One Technologies restates and incorporates by reference the replies set
7  forth in paragraphs 1 through 145 of this Answer.

8  147.  One Technologies denies the allegations in paragraph 147 with respect
9  to One Technologies. One Technologies lacks information sufficient to form a
10  belief regarding the truth of the allegations in paragraph 147 with respect to the
11  other Defendants and therefore denies those allegations.

12  148.  One Technologies denies the allegations in paragraph 148 with respect
13  to One Technologies. One Technologies lacks information sufficient to form a
14  belief regarding the truth of the allegations in paragraph 148 with respect to the
15  other Defendants and therefore denies those allegations.

16  149.  One Technologies denies the allegations in paragraph 149 with respect
17  to One Technologies. One Technologies lacks information sufficient to form a
18  belief regarding the truth of the allegations in paragraph 149 with respect to the
19  other Defendants and therefore denies those allegations.

20  150.  One Technologies denies the allegations in paragraph 150 with respect
21  to One Technologies. One Technologies lacks information sufficient to form a
22  belief regarding the truth of the allegations in paragraph 150 with respect to the
23  other Defendants and therefore denies those allegations.

24  151.  One Technologies denies the allegations in paragraph 151 with respect
25  to One Technologies. One Technologies lacks information sufficient to form a
26  belief regarding the truth of the allegations in paragraph 151 with respect to the
27  other Defendants and therefore denies those allegations.

28  152.  One Technologies denies the allegations in paragraph 152 with respect

1    to One Technologies.  One Technologies lacks information sufficient to form a

2    belief regarding the truth of the allegations in paragraph 152 with respect to the

3    other Defendants and therefore denies those allegations.

4         153.   One Technologies denies the allegations in paragraph 153 with respect

5    to One Technologies.  One Technologies lacks information sufficient to form a

6    belief regarding the truth of the allegations in paragraph 153 with respect to the

7    other Defendants and therefore denies those allegations.

8         154.   One Technologies denies the allegations in paragraph 154 with respect

9    to One Technologies.  One Technologies lacks information sufficient to form a

10   belief regarding the truth of the allegations in paragraph 154 with respect to the

11   other Defendants and therefore denies those allegations.

12        155.   One Technologies denies the allegations in paragraph 155 with respect

13   to One Technologies.  One Technologies lacks information sufficient to form a

14   belief regarding the truth of the allegations in paragraph 155 with respect to the

15   other Defendants and therefore denies those allegations.

16        156.   One Technologies denies the allegations in paragraph 156 with respect

17   to One Technologies.  One Technologies lacks information sufficient to form a

18   belief regarding the truth of the allegations in paragraph 156 with respect to the

19   other Defendants and therefore denies those allegations.

20                    **TWELFTH CLAIM FOR RELIEF**

21   **(Contributory Copyright Infringement, 17 U.S.C. § 501 *et seq.*)**

22        157.   One Technologies restates and incorporates by reference the replies set

23   forth in paragraphs 1 through 156 of this Answer.

24        158.   One Technologies denies the allegations in paragraph 158 with respect

25   to One Technologies.  One Technologies lacks information sufficient to form a

26   belief regarding the truth of the allegations in paragraph 158 with respect to the

27   other Defendants and therefore denies those allegations.

28        159.   One Technologies denies the allegations in paragraph 159 with respect

1   to One Technologies.  One Technologies lacks information sufficient to form a

2   belief regarding the truth of the allegations in paragraph 159 with respect to the

3   other Defendants and therefore denies those allegations.

4       160.   One Technologies denies the allegations in paragraph 160 with respect

5   to One Technologies.  One Technologies lacks information sufficient to form a

6   belief regarding the truth of the allegations in paragraph 160 with respect to the

7   other Defendants and therefore denies those allegations.

8       161.   One Technologies denies the allegations in paragraph 161 with respect

9   to One Technologies.  One Technologies lacks information sufficient to form a

10  belief regarding the truth of the allegations in paragraph 161 with respect to the

11  other Defendants and therefore denies those allegations.

12      162.   One Technologies denies the allegations in paragraph 162 with respect

13  to One Technologies.  One Technologies lacks information sufficient to form a

14  belief regarding the truth of the allegations in paragraph 162 with respect to the

15  other Defendants and therefore denies those allegations.

16      163.   One Technologies denies the allegations in paragraph 163 with respect

17  to One Technologies.  One Technologies lacks information sufficient to form a

18  belief regarding the truth of the allegations in paragraph 163 with respect to the

19  other Defendants and therefore denies those allegations.

20      164.   One Technologies denies the allegations in paragraph 164 with respect

21  to One Technologies.  One Technologies lacks information sufficient to form a

22  belief regarding the truth of the allegations in paragraph 164 with respect to the

23  other Defendants and therefore denies those allegations.

24      165.   One Technologies denies the allegations in paragraph 165 with respect

25  to One Technologies.  One Technologies lacks information sufficient to form a

26  belief regarding the truth of the allegations in paragraph 165 with respect to the

27  other Defendants and therefore denies those allegations.

28      166.   One Technologies denies the allegations in paragraph 166 with respect

to One Technologies. One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 166 with respect to the other Defendants and therefore denies those allegations.

167.   One Technologies denies the allegations in paragraph 167 with respect to One Technologies. One Technologies lacks information sufficient to form a belief regarding the truth of the allegations in paragraph 167 with respect to the other Defendants and therefore denies those allegations.

## ONE TECHNOLOGIES' AFFIRMATIVE AND OTHER DEFENSES

168.   One Technologies alleges the affirmative and other defenses set forth below. One Technologies reserves the right to amend its Answer to assert further affirmative defenses based on future discovery in this suit.

### First Affirmative Defense

### (Noninfringement)

169.   To the extent that Plaintiff owns any valid trademarks, trade dress or copyrights, One Technologies does not infringe and has not infringed, either directly, contributorily or vicariously any of Plaintiffs' trademarks, trade dress or copyrights.

### Second Affirmative Defense

### (Invalidity)

170.   On information and belief, U.S. Patent and Trademark Office Registration Nos. 3,426,854 and 3,526,207 are invalid as they were obtained by fraud and consist of terms that are either generic or descriptive without the requisite secondary meaning. To the extent Plaintiff claims trademark rights in FREECREDITREPORT.COM, including any rights conferred by Trademark Registration Nos. 3,426,854, they are invalid.

### Third Affirmative Defense

### (Laches)

171.   On information and belief, Plaintiff is barred in whole or in part from

1 enforcing its claims against One Technologies or recovering any alleged damages

2 by the equitable doctrine of laches.

### Fourth Affirmative Defense

### (Waiver)

5     172.   On information and belief, Plaintiff is barred in whole or in part from

6 enforcing its claims against One Technologies or recovering any alleged damages

7 by the equitable doctrine of waiver.

### Fifth Affirmative Defense

### (Estoppel)

10     173.   On information and belief, Plaintiff is barred in whole or in part from

11 enforcing its claims against One Technologies or recovering any alleged damages

12 by the doctrine of estoppel.

### Sixth Affirmative Defense

### (Unclean Hands)

15     174.   On information and belief, Plaintiff is barred in whole or in part from

16 enforcing its claims against One Technologies or recovering any alleged damages

17 by the doctrine of unclean hands.

### Seventh Affirmative Defense

### (Fair Use)

20     175.   On information and belief, Plaintiff's claims are barred, in whole or in

21 part, because One Technologies' alleged actions constituted a fair use..

### Eighth Affirmative Defense

### (Preemption)

24     176.   On information and belief, Plaintiff's claims are barred, in whole or in

25 part, by the federal Copyright Act, to the extent that Plaintiffs own any valid

26 copyrights. On information and belief, Plaintiff's claims are further barred, in

27 whole or in part, to the extent that they are based on any right or obligation that is

28 inconsistent with any federal law, including but not limited to federal antitrust law.

## Ninth Affirmative Defense

### (Offset)

177.   If Plaintiff is entitled to recover damages against One Technologies as alleged in its Complaint, such recovery against One Technologies must be offset by the amount of damages suffered by One Technologies as a result of Plaintiffs' own wrongful acts.

## Tenth Affirmative Defense

### (Failure to Mitigate)

178.   If Plaintiff is entitled to recover damages against One Technologies as alleged in its Complaint, such recovery against One Technologies must be reduced as a result of Plaintiff's failure to mitigate.

## Eleventh Affirmative Defense

### (Implied License)

179.   Plaintiff's claims and recovery is barred, in whole or in part, because One Technologies had an implied license.

## Twelfth Affirmative Defense

### (Failure To State A Claim)

180.   Plaintiff has failed to state a claim against One Technologies and is entitled to no recover because, *inter alia*, the alleged wrongful conduct by One Technologies, including the use of keyword advertising is custom and practice in the industry and does not constitute an infringing use.

## Thirteenth Affirmative Defense

### (Failure To Join Necessary Parties)

181.   Plaintiff is barred from recovery in this action for failure to join necessary parties.

## PLAINTIFF'S PRAYER FOR RELIEF

182.   Wherefore One Technologies denies each and every allegation contained in the Prayer for Relief in Plaintiff's Complaint, and specifically denies

1   that Plaintiff is entitled to any judgment against One Technologies, to any of the

2   relief described therein, or to any remedy whatsoever against One Technologies.

3   ### ONE TECHNOLOGIES' COUNTERCLAIMS

4   ### Jurisdiction and Venue

5       183.   This Court has subject matter jurisdiction over One Technologies'

6   counterclaims pursuant to the Lanham Act, the Sherman Act, 15 U.S.C. § 1121 and

7   28 U.S.C. § 1338.  The Court has supplemental jurisdiction over the claims arising

8   under state law pursuant to 28 U.S.C. § 1367(a), in that the state claims are so

9   related to the claims over which the Court has original jurisdiction that they form

10  part of the same case or controversy under Article III of the United States

11  Constitution.

12      184.   This Court also has subject matter jurisdiction over One Technologies'

13  counterclaims pursuant to 28 U.S.C. § 1332, as the parties are diverse and the

14  amount in controversy exceeds $75,000.

15      185.   This Court has personal jurisdiction over these counterclaims because

16  ConsumerInfo has its principal place of business in California, has conducted and

17  does conduct business within the State of California, has entered into ongoing

18  contractual relationships with residents of California and purposefully directs

19  substantial activities at residents of California, and because of the already-pending

20  action initiated by ConsumerInfo.  The exercise of personal jurisdiction over

21  ConsumerInfo is therefore reasonable and comports with notions of fair play and

22  substantial justice.

23      186.   Venue for these counterclaims is proper in this judicial district

24  pursuant to 28 U.S.C. § 1391 because Counterdefendant resides in this district and,

25  upon information and belief, a substantial part of the events giving rise to One

26  Technologies' counterclaims occurred in this district.

27

28

OHS West:260696397.3

**General Factual Allegations**

**One Technologies and ConsumerInfo's History**

187.   One Technologies L.P. ("One Technologies") began as online advertising and marketing company.  Over the years, One Technologies has registered numerous domain names that describe or pertain to the products or services being advertised or offered.

188.   It is common knowledge in the industry that individual consumers who seek to obtain online credit reports and/or credit monitoring services utilize internet search engines to find companies that provide these services.  Such consumers most frequently search for the words "free," "credit" and "report."  Consumers are entitled, by law, to a free credit report annually.  Therefore, upon information and belief, consumers often search for the terms "free," "credit," "report," and "annually."

189.   In connection with online consumer-direct credit reporting and monitoring services, One Technologies has rights to multiple domain names which contain words such as "credit," "report," "free," "score," and "rating," including some of the domain names at issue in ConsumerInfo's Complaint.  Other companies offering or advertising credit reporting and monitoring services also use domain names that use various combinations of words such as "free," "credit," "report," "annual," "score," and similarly descriptive words.  It is common practice in the online marketing and advertising business to use domain names that are descriptive of the goods and services offered on the associated websites.

190.   Among One Technologies' domain names which it uses to promote and offer online consumer-direct credit report and monitoring services are <freecreditreportsinstantly.com> , which One Technologies has been using since at least 2004 and <freecreditreports360.com>, which One Technologies has been using since at least 2007.  Due to One Technologies' extensive advertising and marketing of these domain names and the exceptional quality of the website content

1  and performance, these domain names and One Technologies' websites associated

2  with these domain names have become well-regarded and famous to consumers and

3  providers of online consumer-direct credit reports and credit monitoring services.

4         191.   Upon information and belief, Counterdefendant ConsumerInfo.com,

5  Inc. ("ConsumerInfo") is a California corporation with its principal place of

6  business located in this Judicial District at 18500 Von Karman Ave., Suite 900,

7  Irvine, California 92612, as alleged in its Complaint.

8         192.   Upon information and belief, One Technologies alleges that

9  ConsumerInfo provides online consumer-direct credit reporting and monitoring

10  services, including providing a single, online credit report, an online instant credit

11  score, a three bureau online credit report, and online credit monitoring.  Upon

12  information and belief, One Technologies alleges that ConsumerInfo operates a

13  website using the domain name <freecreditreport.com>.  Upon information and

14  belief, One Technologies alleges that ConsumerInfo provides online credit

15  monitoring services using the mark TRIPLE ADVANTAGE and other brand

16  names.  ConsumerInfo touts itself on its website as being "the trusted leader in

17  online credit monitoring, reports and scores."

18         193.   One Technologies is informed and believes and on that basis alleges

19  that ConsumerInfo is the largest provider of online consumer-direct credit report

20  and monitoring services in the United States.  On information and belief, One

21  Technologies alleges that ConsumerInfo's market share of the online consumer-

22  direct credit reporting and monitoring services is well over 50% and over triple of

23  the share of its closest competitor.

24         194.   ConsumerInfo has been aware of One Technologies since at least

25  2001, and in fact has worked with One Technologies to promote online consumer-

26  direct credit report and monitoring services.  Despite its knowledge that One

27  Technologies has been promoting and advertising online consumer-direct credit

28  reporting and monitoring services for years using domain names that include the

1    terms "free," "credit," "report," and ".com," such as

2    <freecreditreportsinstantly.com> and <freecreditreports360.com>, ConsumerInfo

3    never complained of One Technologies' use of such domain names, until now –

4    when One Technologies started offering its own online consumer-direct credit

5    reporting and monitoring services.

6    **One Technologies' MYCREDITHEALTH Trademarks and Domain Name**

7         195.   In October 2008, One Technologies began offering its own online

8    consumer-direct credit reporting and monitoring services using the trademarks

9    MYCREDITHEALTH and MYCREDITHEALTH.COM (collectively, the

10    "MYCREDITHEALTH Trademarks"). One Technologies registered the domain

11    name <mycredithealth.com> and operates a website offering its online consumer-

12    direct credit reporting and monitoring services using the <mycredithealth.com>

13    domain name.

14         196.   One Technologies has used the MYCREDITHEALTH Trademarks

15    continuously since October 2008 in connection with its online consumer-direct

16    credit reporting and monitoring services, and has spent over $6 million advertising

17    and promoting the MYCREDITHEALTH Trademarks.

18         197.   Due to One Technologies' prolific advertising and promotion of the

19    MYCREDITHEALTH Trademarks and the quality of services provided in

20    connection with the mark, consumers have come to associate the

21    MYCREDITHEALTH Trademarks with the services provided by One

22    Technologies. The MYCREDITHEALTH Trademarks have become famous and

23    garnered goodwill among these consumers.

24    **ConsumerInfo's Use Of One Technologies' MYCREDITHEALTH Trademark**

25    **And Famous Domain Names**

26         198.   ConsumerInfo also offers online consumer-direct credit reporting and

27    monitoring services and is a competitor of One Technologies. ConsumerInfo offers

28    its competing services through a variety of websites, including the websites

1 operated under the domain names &lt;freecreditreport.com&gt;, &lt;creditchecktotal.com&gt;,

2 &lt;freecreditreporttrial.com&gt;, and &lt;protectmyid.com&gt;. Attached hereto as Exhibit A

3 is a true and correct copy of ConsumerInfo's home page for &lt;freecreditreport.com&gt;

4 as of the date of this filing. Attached hereto as Exhibit B is a true and correct copy

5 of ConsumerInfo's home page for &lt;creditchecktotal.com&gt; as of July 7, 2009.

6 Attached hereto as Exhibit C is a true and correct copy of ConsumerInfo's

7 homepage for &lt;freecreditreporttrial.com&gt; as of July 7, 2009.

8     199.  ConsumerInfo has and continues to use One Technologies'

9 MYCREDITHEALTH Trademarks, without authorization, in its internet

10 advertising in an attempt to trade on the goodwill of the MYCREDITHEALTH

11 Trademarks and One Technologies' services, trick customers into thinking that

12 ConsumerInfo's services are associated with One Technologies, and pass off

13 ConsumerInfo's services as those of One Technologies. ConsumerInfo's use of the

14 MYCREDITHEALTH Trademarks also confuses potential customers searching for

15 One Technologies' &lt;mycredithealth.com&gt; website and MYCREDITHEALTH

16 services on the internet and misdirects them to ConsumerInfo's websites and

17 services instead.

18     200.  ConsumerInfo intentionally, willfully, purposefully and maliciously

19 uses One Technologies' MYCREDITHEALTH Trademarks and famous

20 &lt;mycredithealth.com&gt; domain name as a "headline" in its internet advertisements.

21 For instance, attached hereto as Exhibit D is a true and correct copy of a Google

22 search for "mycredithealth.com" run on July 7, 2009 that generated a sponsored

23 link for ConsumerInfo's &lt;creditchecktotal.com&gt; website, which uses

24 "Mycredithealth.com" as a headline. The "Mycredithealth.com" headline in the

25 advertisement for ConsumerInfo's website is also a hyperlink which when

26 "clicked" by the consumer directs the consumer's browser to the

27 ConsumerInfo.com website. ConsumerInfo's unauthorized use of One

28 Technologies' MYCREDITHEALTH Trademarks as hyperlinked headlines that

1  resolve to ConsumerInfo websites is further evidence of ConsumerInfo's

2  intentional, willful, purposeful and malicious attempt to infringe on One

3  Technologies' marks, pass of its services as those of One Technologies, cause

4  confusion in the marketplace, divert business from One Technologies, obstruct,

5  restrain and eliminate competition, and trade off of One Technologies' goodwill.

6      201.   As shown in Exhibit D, this same search also revealed that

7  ConsumerInfo is using One Technologies' MYCREDITHEALTH Trademarks and

8  famous <mycredithealth.com> domain name as a hyperlinked headline in an

9  advertisement for its FreeCreditReportTrial.com website which advertises

10  ConsumerInfo's services for "Credit Reports and Scores."

11     202.   Upon information and belief, One Technologies alleges that

12  ConsumerInfo also willfully, purposely and maliciously uses One Technologies'

13  famous domain names, such as <freecreditreportsinstantly.com> and

14  <freecreditreports360.com> as targeted keywords, hyperlinks and headings in

15  internet advertising campaigns in an attempt to cause consumer confusion, divert

16  potential customers to ConsumerInfo rather than One Technologies and to trade off

17  of One Technologies' goodwill.

18     203.   ConsumerInfo's website contains no disclaimers that it is not affiliated

19  or sponsored by One Technologies.  Nor does ConsumerInfo's websites discuss

20  One Technologies' services in any way.  Rather, ConsumerInfo's use of the

21  MYCREDITHEALTH Trademarks and One Technologies' domain names as

22  headlines and hyperlinks in its internet advertising is a blatant attempt to trade on

23  the goodwill of One Technologies' marks and domain names and confuse the

24  consumer.

25     204.   Upon information and belief, One Technologies alleges that

26  ConsumerInfo either directly, or through the use of affiliates, uses One

27  Technologies' MY CREDIT HEALTH Trademarks and famous domain names,

28  including <freecreditreportsinstantly.com> and <freecreditreports360.com>, as

OHS West:260696397.3                              - 34 -

1  headlines, hyperlinks and keywords in connection with the advertisement of

2  ConsumerInfo's online consumer-direct credit reporting and monitoring services

3  and websites in an attempt to cause consumer confusion, divert consumers

4  searching for One Technologies to ConsumerInfo, obstruct restrain and eliminate

5  competition, and otherwise unfairly compete with One Technologies.  Upon

6  information and belief, ConsumerInfo has contracts with its affiliates, works closely

7  with its affiliates, communicates frequently with its affiliates, controls its affiliates

8  and through these means, has knowledge of their marketing and advertising

9  activities.

10  **ConsumerInfo's Unfair Acts In An Attempt To Monopolize The Online**

11  **Consumer-Direct Credit Reporting and Credit Monitoring Market**

12      205.   In addition to the acts alleged above, ConsumerInfo has also engaged

13  in a pattern of unfair competition, deceptive marketing and trademark misuse in an

14  attempt to monopolize the online consumer-direct credit report and monitoring

15  services marketplace.

16      206.   Upon information and belief, One Technologies alleges that consumers

17  searching for credit reporting services will most commonly search for the terms

18  "free," "credit" and "report" and that approximately 90% of such consumers will

19  use at least two of those three terms in internet searches.

20      207.   Upon information and belief, ConsumerInfo has used the terms "free

21  credit report" and the domain name <freecreditreport.com> to advertise to

22  consumers that it will provide consumers with a free credit report.  Although

23  ConsumerInfo does provide its customers with a free credit report, it will only do so

24  if the customer also enrolls for other ConsumerInfo products, such as the Triple

25  Advantage credit monitoring program.

26      208.   Because ConsumerInfo knows that most consumers are, at least

27  initially, looking to receive a free credit report from at least one of the three credit

28  reporting agencies, it conspicuously and purposefully chose the domain name

1  &lt;freecreditreport.com&gt; and advertised extensively using the phrase "free credit

2  report" to advertise its credit reporting service and then "trapped" customers into

3  also enrolling in other service programs, such as its Triple Advantage credit

4  monitoring program.

5      209.   In 2005, the Federal Trade Commission sued ConsumerInfo accusing

6  it of deceptive trade practices due to its extensive advertising of a free credit report

7  using the phrase and domain name freecreditreport.com, but failing to disclose that

8  the free report was tied to a $79.95 annual membership in ConsumerInfo's Triple

9  Advantage credit monitoring service.

10     210.   Despite stipulating to a Judgment and Permanent Injunction in the

11 FTC Action, ConsumerInfo continues to prominently advertise and offer free credit

12 reports on its &lt;freecreditreport.com&gt; website and advertisements, albeit now with a

13 disclaimer that informs consumers that they must also enroll in the Triple

14 Advantage credit monitoring service to obtain the free credit report.

15     211.   The largest and most prominent text on the homepage for

16 ConsumerInfo's &lt;freecreditreport.com&gt; website states:

17           *You've seen the commercials . . . now get*

18        *America's #1 Free Online Experian Credit Report!*

19     212.   Upon information and belief, ConsumerInfo has also engaged in a

20 campaign against its competitors in an attempt to stifle competition in the online

21 consumer-direct credit report and monitoring market by attempting to prevent its

22 competitors from using the terms "free" "credit" and "report" in any manner in

23 marketing or advertising for online credit report services, including in internet

24 advertisements.

25     213.   The terms "free" "credit" and "report," in any combination, are

26 descriptive and generic of the services being offered by ConsumerInfo and its

27 competitors.

28     214.   ConsumerInfo intentionally and falsely stated to the United States

1    Patent and Trademark Office during the application process for United States

2    Trademark Registration No. 3,426,854 for the mark FREECREDITREPORT.COM,

3    including in its application on February 20, 2006, that ConsumerInfo used the mark

4    for services of "monitoring consumer credit reports and providing an alert as to any

5    changes therein . . . Financial and credit information provided by electronic means;

6    providing information in the financial and credit fields; providing on-line financial

7    calculators, credit score analyzer and credit-related articles; providing an on-line

8    computer database in the field of credit reporting, credit rating, credit scores, credit

9    disputes and data and identity theft . . . Consultation in the field of data theft and

10    identity theft, Financial identity monitoring service." Knowing that the

11    FREECREDITREPORT.COM was in fact generic for the true services that it

12    offered, provision of a free credit report, and therefore incapable of serving as a

13    protected mark, ConsumerInfo made these intentional misrepresentations in order

14    to obtain a federal trademark registration.

15         215.   ConsumerInfo also intentionally and falsely stated to the United States

16    Patent and Trademark Office on February 12, 2007 that the mark

17    FREECREDITREPORT.COM was used in connection with a website membership,

18    again falsely representing the nature of the service provided in connection with the

19    FREECREDITREPORT.COM mark.

20         216.   Upon information and belief, ConsumerInfo intentionally made these

21    false statements with the intent to deceive the United States Patent and Trademark

22    Office in order to obtain a federal trademark registration for the generic terms

23    FREECREDITREPORT.COM and in order to further obstruct, restrain, prohibit or

24    otherwise destroy competition in the online consumer-direct credit report and

25    monitoring market in the United States.

26         217.   ConsumerInfo knows that it has little or no rights to the mark

27    FREECREDITREPORT.COM and that the mark should be entitled to, at most,

28    very narrow protection. ConsumerInfo knows that there are hundreds, if not

1    thousands of domain names that utilize the terms "free," 'credit" and "report" in

2    various combinations and that consumers can readily distinguish between such

3    domain names such that there is no likelihood of confusion.

4         218.   Despite this, ConsumerInfo has engaged in a pattern of trademark

5    misuse, asserting its alleged "trademark rights" in the term

6    FREECREDITREPORT.COM against competitors in the marketplace and seeking

7    to prohibit them from using such generic and descriptive terms to advertise

8    competing services.

9         219.   Upon information and belief, ConsumerInfo has also used its dominant

10   market position to unfairly exclude competitors from certain marketing channels

11   and prevent them from advertising competing services.

12        220.   One Technologies further alleges upon information and belief that, as a

13   result of the acts alleged herein, ConsumerInfo has been growing much faster than

14   its competitors in recent years and has over three times the market share of its

15   biggest competitor.

16        221.   As a result of these acts, undertaken by ConsumerInfo with a specific

17   intent to obstruct and restrain competition and exclude One Technologies and

18   others from competing, One Technologies alleges upon information and belief that

19   ConsumerInfo has dominated online consumer-direct credit report and credit

20   monitoring market, with a market share well over 50%, such that ConsumerInfo has

21   achieved monopoly power and/or such that there is a dangerous probability that

22   ConsumerInfo will succeed in establishing a monopoly.

### FIRST COUNTERCLAIM

**(Cancellation of Federal Trademark Registration**

**Under the Lanham Act, 15 U.S.C. § 1119)**

26        222.   One Technologies restates and incorporates the allegations set forth in

27   Paragraphs 183 to 221 above as if fully set forth herein.

28        223.   ConsumerInfo obtained a federal trademark registration for

1   FREECREDITREPORT.COM, U.S. Patent and Trademark Office Registration

2   Nos. 3,426,854.

3       224.   Cancellation of ConsumerInfo's federal trademark registration for

4   FREECREDITREPORT.COM is warranted, appropriate and necessary because,

5   among other things: (i) it was obtained fraudulently as a result of ConsumerInfo's

6   misrepresentations made in connection with securing registration of the mark; (ii)

7   the terms were or have become generic for the associated goods or services, or a

8   portion thereof; and/or (iii) the terms are descriptive and lack secondary meaning.

9   As such, FREECREDITREPORT.COM is not capable of functioning as a service

10  mark.

11      225.   One Technologies has standing to petition this Court to cancel

12  ConsumerInfo's federal trademark registration because it has a real and rational

13  basis for believing that it will be damaged by the registration, stemming from an

14  actual commercial and pecuniary interest in using the generic and descriptive terms

15  in connection with the provision of its goods and services in the online credit report

16  industry.

17      226.   One Technologies has been damaged, and is likely to continue to be

18  damaged, by ConsumerInfo's federal trademark registration.  ConsumerInfo's use

19  of its improperly acquired mark is likely to cause confusion, to cause mistake, or to

20  deceive as to the origin, sponsorship or approval of products and services for credit

21  reports and monitoring.  The acts alleged herein are further likely to cause

22  confusion as to the affiliation, connection or association between ConsumerInfo and

23  its products and services and those of One Technologies and other competitors who

24  seek to use the descriptive or generic terms upon which ConsumerInfo obtained a

25  federal trademark registration.

26      227.   As alleged above, ConsumerInfo obtained its federal trademark

27  registration by fraud by, among other actions, improperly representing the

28  associated goods and services for which it intended to use the mark.

OHS West:260696397.3

- 39 -

228.   FREECREDITREPORT.COM is descriptive of the goods and services which ConsumerInfo promotes under this phrase and it lack the requisite secondary meaning.

229.   The mark FREECREDITREPORT.COM, or portions of the marks therein, were or have become generic.

230.   Pursuant to Section 1119 of the Lanham Act, this Court should order the cancellation of U.S. Patent and Trademark Office Registration Nos. 3,426,854.

## SECOND COUNTERCLAIM

### (Trademark Misuse /

### Monopolization and Attempted Monopolization

### Under the Sherman Act, 15 U.S.C. § 2)

231.   One Technologies restates and incorporates the allegations set forth in Paragraphs 183 to 221 above as if fully set forth herein.

232.   ConsumerInfo either possesses monopoly power and/or is attempting to obtain monopoly power, and there is a dangerous probability of it acquiring monopoly power in the online consumer-direct credit report and monitoring market (the "Online Credit Report Market"). The geographic scope of the Online Credit Report Market is nationwide.

233.   ConsumerInfo has engaged in the aforementioned acts which result in anticompetitive effects. For instance, ConsumerInfo has improperly obtained a federal trademark registration for the mark FREECREDITREPORT.COM by fraudulently failing to disclose that the mark is generic or descriptive without the requisite secondary meaning, as alleged herein.

234.   Despite the fact that trademark rights do not confer a legal monopoly on any idea or service, ConsumerInfo knowingly, intentionally and maliciously has engaged in an exclusionary practice and predatory attempts to monopolize by attempting to prevent competitors from using generic and descriptive terms to advertise and market competing services in the Online Credit Report Market,

1  including filing lawsuits such as the present action. ConsumerInfo seeks to prevent

2  competitors from effectively marketing and advertising competing services by

3  preventing them from informing customers that they provide "free credit report"

4  services, asserting that only ConsumerInfo has the right to advertise its services

5  using the terms "free" "credit" and "report."

6      235.  As evidenced by its exclusionary practices and predatory actions and

7  extraordinary market share and growth, ConsumerInfo had and has a specific intent

8  to obstruct, restrain, exclude and otherwise destroy competition in the Online Credit

9  Report Market, including keeping or forcing One Technologies and other

10  competitors out of the market.

11      236.  ConsumerInfo's monopolization or attempts to monopolize the Online

12  Credit Report Market have not been merely aggressive, but have been predatory

13  and anticompetitive.

14      237.  ConsumerInfo's exclusionary, predatory and anticompetitive conduct

15  has made a significant contribution to ConsumerInfo's attempts to create and/or

16  maintain its monopoly power in the Online Credit Report Market, a market that is

17  already difficult for competitors to enter, and ConsumerInfo's favorable market

18  share is not due solely to a superior product or service, business acumen or historic

19  accident.

20      238.  ConsumerInfo's actions have caused antitrust injury, as

21  ConsumerInfo's actions have harmed competition.

22      239.  ConsumerInfo's actions have damaged One Technologies when it filed

23  suit against One Technologies alleging trademark infringement, unfair competition,

24  and assorted related claims. ConsumerInfo's lawsuit has caused One Technologies

25  to incur legal fees and has distracted One Technologies from the marketplace,

26  rendering it less competitive, and causing it to suffer lost profits. ConsumerInfo's

27  conduct has also deprived One Technologies of the benefits of innovation in the

28  Online Credit Report Market.

240.   One Technologies has standing to complain of ConsumerInfo's anticompetitive conduct because One Technologies is a participant in the Online Credit Report Market and a seller and provider of competing services that help consumers obtain credit reports and otherwise monitor the status of their credit. One Technologies' injuries flow from the anticompetitive aspects of ConsumerInfo's conduct, which include foreclosure of competition in the Online Credit Report Market and raising rivals' costs.

241.   As a result of ConsumerInfo's wrongful conduct set forth above, ConsumerInfo has engaged in trademark misuse and violated Section 2 of the Sherman Act, 15 U.S.C. § 2.

242.   ConsumerInfo's anticompetitive conduct has caused One Technologies to suffer injury to its business and property, caused it to incur costs that it otherwise would not have occurred and to suffer lost profits and a slower growth rate.

**THIRD COUNTERCLAIM**

**(Trademark Infringement Under the Lanham Act, 15 U.S.C. § 1125)**

243.   One Technologies restates and incorporates the allegations set forth in Paragraphs 183 to 221 above as if fully set forth herein.

244.   One Technologies is the sole owner of the MYCREDITHEALTH Trademarks, which marks One Technologies has been using in interstate commerce to describe its business and services exclusively and continuously since as early as 2008.

245.   As a result of One Technologies' extensive promotion, use and advertisement of the MYCREDITHEALTH Trademarks, One Technologies has built up and now owns valuable goodwill that is symbolized by these trademarks.

246.   The MYCREDITHEALTH Trademarks have become famous and acquired secondary meaning within the Online Credit Report Market in that customers and consumers of credit score and monitoring products and services identify One Technologies as the source of the websites, products and services that

1    employ the MYCREDITHEALTH Trademarks.

2        247.  ConsumerInfo was, at all times alleged herein, aware of the

3    MYCREDITHEALTH Trademarks.

4        248.  ConsumerInfo has used reproductions, copies and/or colorable

5    imitations of MYCREDITHEALTH Trademarks in interstate commerce to market

6    ConsumerInfo's competing products and services.

7        249.  Upon information and belief, ConsumerInfo has purposefully copied

8    the MYCREDITHEALTH Trademarks, purchasing infringing keywords, or having

9    its affiliates, subsidiaries or agents purchase infringing keywords, in search engines

10    and online advertising programs such as the Google AdWords program, with the

11    intent of causing consumer confusion and trading on the goodwill associated with

12    the MYCREDITHEALTH Trademarks.

13        250.  ConsumerInfo's acts alleged herein are likely to cause confusion, to

14    cause mistake, divert consumers, or to deceive as to the origin, sponsorship or

15    approval of products and services for credit scores and monitoring.  The acts

16    alleged herein are further likely to cause confusion as to the affiliation, connection

17    or association between ConsumerInfo and its products and services and those of

18    One Technologies.

19        251.  By reason of ConsumerInfo's acts, One Technologies has suffered, and

20    will continue to suffer, damage to its business reputation and goodwill, and the loss

21    of sales and profits it would have made but for ConsumerInfo's action, in an

22    amount to be proven at trial.

23        252.  Upon information and belief, ConsumerInfo's conduct has been willful

24    and intentional, and ConsumerInfo engaged in the actions alleged herein with the

25    purpose of confusing consumers and trading on the goodwill associated with the

26    MYCREDITHEALTH Trademarks.  Accordingly, One Technologies respectfully

27    requests damages in an amount three times actual damages, and an award of

28    attorneys' fees pursuant to 15 U.S.C. § 1117.

253.   ConsumerInfo has caused and will continue to cause irreparable damage to One Technologies' business and reputation.  One Technologies has no adequate remedy at law to compensate for the injuries suffered and/or threatened.  According, One Technologies is entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

### FOURTH COUNTERCLAIM

### (False Advertising and Unfair Competition
### Under the Lanham Act, 15 U.S.C. § 1125(a))

254.   One Technologies restates and incorporates the allegations set forth in Paragraphs 183 to 221 above as if fully set forth herein.

255.   Upon information and belief, ConsumerInfo, its affiliates and/or agents have intentionally and purposefully used the MYCREDITHEALTH Trademarks, or confusingly similar marks, as headlines and hyperlinks in internet advertisements and as keywords in search engine and online advertising programs such as the Google AdWords program, with the intent of causing consumer confusion or mistake, deceiving consumers to believe that ConsumerInfo is affiliated with One Technologies, and trading on the goodwill associated with One Technologies' trademarks.

256.   Upon information and belief, ConsumerInfo, its affiliates and/or agents have intentionally and purposefully used One Technologies' domain names, such as <freecreditreports360.com> and <freecreditreportsinstantly.com> as headlines, hyperlinks and keywords in internet marketing and advertising programs with the intent of causing consumer confusion or mistake, deceiving consumers to believe that ConsumerInfo is affiliated with One Technologies, and trading on the goodwill associated with One Technologies' trademarks..

257.   On information and belief, such unauthorized use of MYCREDITHEALTH Trademarks and domain names actually deceives or has the tendency to deceive a substantial segment of One Technologies' customers and

1   prospective customers and influence purchasing decisions of customers and

2   potential customers.

3        258.   ConsumerInfo's wrongful conduct, as alleged herein, constitutes false

4   advertising and unfair competition under the Lanham Act and has caused One

5   Technologies to suffer, and it will continue to suffer, damage and harm to its

6   business, reputation and goodwill, and lost profits and sales that One Technologies

7   would have made but for ConsumerInfo's conduct.

8        259.   Upon information and belief, ConsumerInfo's conduct has been willful

9   and intentional, and ConsumerInfo engaged in the actions alleged herein with the

10  purpose of confusing consumers and trading on the goodwill associated with the

11  MYCREDITHEALTH Trademarks.  Accordingly, One Technologies respectfully

12  requests damages in an amount three times actual damages, and an award of

13  attorneys' fees pursuant to 15 U.S.C. § 1117.

14       260.   ConsumerInfo has caused and will continue to cause irreparable

15  damage to One Technologies' business and reputation.  One Technologies has no

16  adequate remedy at law to compensate for the injuries suffered and/or threatened.

17  According, One Technologies is entitled to injunctive relief pursuant to 15 U.S.C. §

18  1116.

19                          **FIFTH COUNTERCLAIM**

20                  **(Common Law Trademark Infringement)**

21       261.   One Technologies restates and incorporates the allegations set forth in

22  Paragraphs 183 to 221 above as if fully set forth herein.

23       262.   This claim is for trademark infringement in violation of the common

24  law of the State of California.

25       263.   ConsumerInfo's use of the MYCREDITHEALTH Trademarks, as

26  alleged herein, constitutes trademark infringement and passing off in violation of

27  California common law.

28       264.   ConsumerInfo's conduct has damaged, and continues to damage, One

1 Technologies' business, reputation and goodwill.

2     265.  ConsumerInfo's acts of common law trademark infringement and

3 passing off have been willful and deliberate and, by reason of ConsumerInfo's acts,

4 One Technologies has suffered, and will continue to suffer, damage to its business

5 reputation and goodwill, and the loss of sales and profits it would have made but for

6 ConsumerInfo's acts, in an amount to be proven at trial.

7     266.  ConsumerInfo's conduct will continue unless enjoined by this Court.

8     267.  ConsumerInfo has cause and will continue to cause irreparable damage

9 to One Technologies' business and reputation. One Technologies has no adequate

10 remedy at law to compensate for the injuries suffered herein and/or threatened.

11 Accordingly, One Technologies is entitled to injunctive and equitable relief.

12 <div align="center">

**SIXTH COUNTERCLAIM**

</div>

13 <div align="center">

**(Unfair Competition, California Business & Professions Code § 17200, *et seq.*)**

</div>

14     268.  One Technologies restates and incorporates the allegations set forth in

15 Paragraphs 183 to 221 above as if fully set forth herein.

16     269.  ConsumerInfo's actions and conduct, as described and alleged above

17 and herein, are likely to cause injury to One Technologies' reputation and result in

18 ConsumerInfo unfairly competing with One Technologies in violation of California

19 Business and Professions Code § 172000 *et seq.* (the "UCL").

20     270.  ConsumerInfo's actions and conduct, as described and alleged above

21 and herein, violate the "unfair" prong of the UCL because (i) the utility of such

22 actions is outweighed by the gravity of harm they cause to One Technologies and

23 (ii) such actions are immoral, unethical, oppressive, unscrupulous and substantially

24 injurious to consumers.

25     271.  ConsumerInfo's actions and conduct, as described and alleged above

26 and herein, violate the "unlawful" prong of the UCL because those same actions

27 also constitute violations of the state and federal statutes set forth above.

28     272.  ConsumerInfo's actions and conduct have injured One Technologies

1    and, unless enjoined, will continue to cause great, immediate and irreparable injury

2    to One Technologies.

3         273.   One Technologies has no adequate remedy at law to compensate for

4    the injuries suffered and/or threatened.  Accordingly, One Technologies is entitled

5    to injunctive relief and an order for restitutionary disgorgement of all of

6    ConsumerInfo's ill-gotten gains pursuant to California Business and Professions

7    Code § 17203.

8                          **SEVENTH COUNTERCLAIM**

9                  **(Declaratory Judgment of Non-Infringement)**

10        274.   One Technologies restates and incorporates the allegations set forth in

11   Paragraphs 183 to 221 above as if fully set forth herein.

12        275.   One Technologies is not infringing and has not infringed (either

13   directly, vicariously or contributorily), as ConsumerInfo alleges in its Complaint,

14   the FREECREDITREPORT.COM and TRIPLE ADVANTAGE trademarks, to the

15   extent those trademarks are valid and enforceable.

16        276.   One Technologies is not infringing and has not infringed (either

17   directly, vicariously or contributorily), as ConsumerInfo alleges in its Complaint,

18   any purported trade dress owned by ConsumerInfo.

19        277.   One Technologies is not infringing and has not infringed (either

20   directly, vicariously or contributorily), as ConsumerInfo alleges in its Complaint,

21   any purported copyright owned by ConsumerInfo.

22        278.   ConsumerInfo, by way of its Complaint, has raised legal and factual

23   questions as to One Technologies' alleged infringement of these purported

24   trademarks, trade dress and copyrights.  To resolve these questions and to afford

25   One Technologies relief from the uncertainty and controversy raised by

26   ConsumerInfo's allegations and Complaint, One Technologies is entitled to a

27   declaratory judgment that it does not infringe any valid and asserted trademark

28   alleged by ConsumerInfo, including U.S. Patent and Trademark Office Registration

1  Nos. 3,426,854 and 3,526,207. One Technologies is further entitled to a

2  declaratory judgment that it does not infringe any valid and asserted trade dress

3  alleged by ConsumerInfo. One Technologies is further entitled to a declaratory

4  judgment that it does not infringe any valid and asserted copyright alleged by

5  Consumer Info.

## EIGHTH COUNTERCLAIM

### (Declaratory Judgment of Unenforceability)

8  279.   One Technologies restates and incorporates the allegations set forth in

9  Paragraphs 183 to 221 above as if fully set forth herein.

10  280.   To the extent valid, ConsumerInfo's rights in marks

11  FREECREDITREPORT.COM and TRIPLE ADVANTAGE, including any rights

12  conferred by U.S. Patent and Trademark Office Registration Nos. 3,426,854 and

13  3,526,207, are unenforceable against One Technologies.

14  281.   Upon information and belief, to the extent that One Technologies has

15  used the generic terms comprising ConsumerInfo's federally registered trademarks,

16  or descriptive terms comprising those marks, ConsumerInfo has known of such use

17  since at least 2004. Upon further information and belief, ConsumerInfo acquiesced

18  in any such use by One Technologies.

19  282.   Given the generic or descriptive nature of the terms and the fact that

20  ConsumerInfo inexcusably delayed in taking any steps in seeking to enforce its

21  purported rights, ConsumerInfo should be prohibited from enforcing its purported

22  rights as to One Technologies.

23  283.   ConsumerInfo, by way of its Complaint, has raised legal and factual

24  questions as to One Technologies' alleged infringement of its purported federally

25  registered trademarks. In light of ConsumerInfo's acquiescence to the complained-

26  upon conduct, and to resolve these questions and afford One Technologies relief

27  from the uncertainty and controversy raised by ConsumerInfo's allegations and

28  Complaint, One Technologies is entitled to a declaratory judgment that

OHS West:260696397.3                                          - 48 -

1  ConsumerInfo cannot enforce any rights in the marks

2  FREECREDITREPORT.COM or TRIPLE ADVANTAGE, including any rights

3  conferred by U.S. Patent and Trademark Office Registration Nos. 3,426,854 and

4  3,526,207, against One Technologies.

5  ## NINTH COUNTERCLAIM

6  **(Contributory Liability Under the Lanham Act, 15 U.S.C. § 1125)**

7  284.   One Technologies restates and incorporates the allegations set forth in

8  Paragraphs 183 to 221 above as if fully set forth herein.

9  285.   Upon information and belief, ConsumerInfo has intentionally induced

10  the ConsumerInfo Affiliates to infringe the MYCREDITHEALTH Trademarks and

11  use One Technologies' registered domain names in a confusing and misleading

12  manner in internet marketing and advertising.

13  286.   Upon information and belief, ConsumerInfo directly controls and

14  monitors the conduct of the ConsumerInfo Affiliates with actual or constructive

15  knowledge that they are infringing the MYCREDITHEALTH Trademarks and

16  using One Technologies' registered domain names in a confusing and misleading

17  manner.

18  287.   Upon information and belief, ConsumerInfo's conduct has been willful

19  and intentional, and ConsumerInfo engaged in the actions alleged herein with the

20  purpose of confusing consumers and trading on the goodwill associated with the

21  MYCREDITHEALTH Trademarks and One Technologies.  Accordingly, One

22  Technologies respectfully requests damages in an amount three times actual

23  damages, and an award of attorneys' fees pursuant to 15 U.S.C. § 1117.

24  288.   ConsumerInfo's conduct will continue unless enjoined by this Court.

25  289.   ConsumerInfo has caused and will continue to cause irreparable

26  damage to One Technologies' business and reputation, and to the

27  MYCREDITHEALTH Trademarks and One Technologies.  One Technologies has

28  no adequate remedy at law to compensate for the injuries suffered and/or

OHS West:260696397.3