UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 09-3783-VBF(MANx)**                                    Dated: **January 4, 2010**

Title:   Consumerinfo.com, Inc. -v- Alex Chang, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Rhonda R. Trotter                                              Valerie M. Goo
                                                                           Dimitrios Korovilas

**PROCEEDINGS:**   DEFENDANT CHANG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. PROC. 12(B)(2) (dkt. #18); DEFENDANT CHANG'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. PROC. 12(B)(6) (dkt. #85)

   Case called, and counsel make their appearance.

   As more fully reflected on the record, the Court refers to its written Tentative Rulings (dkt. #116-117) and further explains its Tentative Rulings for Defendant Chang's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. Proc. 12(b)(2) (dkt. #18) and Defendant Chang's Motion to Dismiss First Amended Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. Proc. 12(b)(6) (dkt. #85).

                                                                Initials of Deputy Clerk   rs

:8min

Defendant Chang submits on the Court's Tentative Rulings as to both Motions. Plaintiff submits to the Court's Tentative Ruling as to Defendant Chang's Motion to Dismiss for Lack of Personal Jurisdiction (dkt. #18).  Plaintiff requests that the Court find that Defendant Chang's Motion to Dismiss First Amended Complaint for Failure to State a Claim (dkt. #85) is moot and deny this Motion without prejudice.  The Court hears arguments from counsel.

The Court adopts the Tentative Ruling for Defendant Chang's Motion to Dismiss for Lack of Personal Jurisdiction (dkt. #116) as the Order of the Court.

As the Court dismisses this action against Defendant Chang for lack of personal jurisdiction, the Court finds that Defendant Chang's Motion to Dismiss First Amended Complaint for Failure to State a Claim is moot, and therefore takes this Motion off-calendar.

Initials of Deputy Clerk   rs

:8min