KENT B. GOSS (State Bar No. 131499)
kgoss@orrick.com
VALERIE M. GOO (State Bar No. 187334)
vgoo@orrick.com
SETH E. FREILICH (State Bar No. 217321)
sfreilich@orrick.com
DIMITRIOS V. KOROVILAS (State Bar No. 247230)
dkorovilas@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for Defendant & Counterclaimant
ONE TECHNOLOGIES LP

[Attorneys for Additional Parties in Signature Block]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ONE TECHNOLOGIES LP, a Delaware limited partnership; ADAPTIVE MARKETING LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV 09-3783-VBF(MANx)<br><br>**NOTICE OF JOINT MOTION AND MOTION BY DEFENDANTS ONE TECHNOLOGIES LP AND ADAPTIVE MARKETING LLC TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Discovery Cutoff: June 4, 2010<br>Pretrial Conference: Oct. 4, 2010<br>Trial date: Oct. 19, 2010<br><br>Hearing: April 13, 2010, at 10:00 am<br>Judge: Hon. Margaret A. Nagle<br><br>**[Filed Concurrently with Joint Stipulation; [Proposed] Order; Decl. of Dimitrios V. Korovilas; Decl. of James Donoian; Decl. of Oscar Ramallo]** |

OHS West:260858095.1

CV 09-3783-VBF(MANx)
NOTICE OF MOTION RE DEFENDANTS'
JOINT MOTION TO COMPEL

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 13, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Margaret A. Nagle in Courtroom 580 of the United States District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, California 90012, defendants One Technologies LP ("One Technologies") and Adaptive Marketing LLC ("Adaptive") (collectively referred to herein as "Defendants") will and hereby do jointly move this Court for an order compelling plaintiff ConsumerInfo.com, Inc. ("ConsumerInfo") to produce documents responsive to defendants' requests for production (as set forth below and in more detail in the accompanying joint stipulation and proposed order) and requiring ConsumerInfo to pay defendants' costs, including reasonable attorneys' fees, incurred in making this motion.

One Technologies and Adaptive bring this motion pursuant to Federal Rule of Civil Procedure 37 and Local Civil Rule 37 on grounds that ConsumerInfo: (1) has refused to produce any documents whatsoever in response to One Technologies' requests for production 25 and 27-32 and Adaptive's requests for production 75-83 (i.e., documents related to the lawsuit *Federal Trade Commission v. ConsumerInfo.com, Inc.* case no. SACV 05-801 AHS (MLGx) (C.D. Cal. 2005)); (2) has refused to produce sufficient documents in response to One Technologies' requests for production 48 and 86 (i.e., ConsumerInfo's marketing plans and business plans); (3) has refused to produce any documents whatsoever in response to One Technologies' requests for production 95-98, 101, 134-136, 138-142, and 144-145 and Adaptive's request for production 85 (i.e., documents related to ConsumerInfo's other litigation and enforcement efforts concerning the intellectual property rights it has asserted in this case); and (4) has refused to produce sufficient documents in response to One Technologies' requests for production 52-53, 70-72 and Adaptive's requests 46-47 (i.e., surveys conducted by or on behalf of

1  ConsumerInfo concerning the intellectual property rights it has asserted here).
2  Despite numerous meet and confer efforts, including multiple letters from both
3  defendants' counsel and numerous telephonic and in-person conferences totaling
4  tens of hours, ConsumerInfo has withheld documents responsive to these requests
5  based on a variety of meritless objections, thus necessitating the instant motion.

28  ///

1        This motion is based on this notice of motion and motion, the concurrently filed joint stipulation per Local Civil Rule 37-2, the concurrently filed declarations of Dimitrios V. Korovilas and James Donoian, the concurrently filed [proposed] order, all other pleadings and papers on file in this action, and any oral arguments the Court may decide to consider in this matter.

Respectfully submitted by:

DATED:  March 23, 2010

GREGORY A. NYLEN, Bar Number 151129
GREENBERG TRAURIG LLP
2450 Colorado Ave., Ste. 400E
Santa Monica, CA  90404
Telephone: 310-586-7700
Facsimile: 310-586-7800
nyleng@gtlaw.com

JAMES H. DONOIAN (Admitted *pro hac vice*)
donoianj@gtlaw.com
GREENBERG TRAURIG LLP
200 Park Ave.
New York, NY  10166
Telephone: 212-801-9200
Facsimile: 212-801-6400

By: _James H. Donoian (by DVK w/permission)_
    James H. Donoian

Attorneys for Defendant and Counter-Claimant
ADAPTIVE MARKETING LLC

DATED:  March 23, 2010

KENT B. GOSS, Bar Number 131499
kgoss@orrick.com
VALERIE M. GOO, Bar Number 187334
vgoo@orrick.com
SETH FREILICH, Bar Number 217321
sfreilich@orrick.com
DIMITRIOS KOROVILAS, Bar Number 247230
dkorovilas@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 Figueroa St., Suite 3200
Los Angeles, CA  90017
Telephone: 213-629-2020
Facsimile: 213-612-2429

By: _____/s/ Dimitrios V. Korovilas_____
    Dimitrios Korovilas

Attorneys for Defendant and CounterClaimant
ONE TECHNOLOGIES LP