KENT B. GOSS (State Bar No. 131499)
kgoss@orrick.com
VALERIE M. GOO (State Bar No. 187334)
vgoo@orrick.com
SETH E. FREILICH (State Bar No. 217321)
sfreilich@orrick.com
DIMITRIOS V. KOROVILAS (State Bar No. 247230)
dkorovilas@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for Defendant & Counterclaimant
ONE TECHNOLOGIES LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ONE TECHNOLOGIES LP, a Delaware limited partnership; ADAPTIVE MARKETING LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.  CV 09-3783-VBF(MANx)<br><br>**DECLARATION OF DIMITRIOS V. KOROVILAS IN SUPPORT OF DEFENDANTS' JOINT MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**<br><br>Discovery Cutoff:   June 4, 2010<br>Pretrial Conference:   Oct. 4, 2010<br>Trial date:   Oct. 19, 2010<br><br>Hearing:   April 13, 2010, at 10:00 am<br>Judge:   Hon. Margaret A. Nagle<br><br>[**Filed Concurrently with Joint Stipulation Per Local Rule 37; Notice of Joint Motion; [Proposed] Order; Decl. of James Donoian; Decl. of Oscar Ramallo**] |

OHS West:260853675.1

CV 09-3783-VBF(MANx)
KOROVILAS DECLARATION ISO MOTION TO COMPEL

I, Dimitrios V. Korovilas, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California and the Central District of California, and I am a managing associate at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for defendant and counterclaim plaintiff One Technologies LP ("One Technologies"). Based on this representation, I am familiar with the events, pleadings, and discovery in this action, and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of defendants One Technologies' and Adaptive Marketing LLC's ("Adaptive") joint motion to compel production of documents by plaintiff ConsumerInfo.com ("ConsumerInfo") and for sanctions.

2. Attached hereto as Exhibit A is a true and correct copy of the order establishing the initial case schedule in this matter. Attached hereto as Exhibit B is a true and correct copy of a subsequent order amending the case schedule to extend, among other things, the fact discovery cutoff to April 30, 2010. Attached hereto as Exhibit K is a true and correct copy of a subsequent order amending the case schedule to extend, among other things, the fact discovery cutoff to June 4, 2010.

3. One Technologies served its first set of requests for production to ConsumerInfo on August 21, 2009. ConsumerInfo served its objections and responses to that first set of requests for production on September 21, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of a meet and confer letter dated October 27, 2009, from myself to counsel for ConsumerInfo, regarding ConsumerInfo's responses to this first set of requests. The letter outlined the deficiencies in ConsumerInfo's responses and requested that ConsumerInfo meet and confer, pursuant to Local Rule 37, to resolve the disputed responses without court intervention. Included in the letter were sections devoted to the categories of documents at issue in the instant motion.

5. Pursuant to my October 27, 2009 letter, I participated in a telephonic meet and confer discussion with Oscar Ramallo, counsel for ConsumerInfo, on November 6, 2009. That teleconference lasted approximately three hours. During the discussion, I discussed with Mr. Ramallo each of the issues raised in my letter. At that time, Mr. Ramallo was not able to commit to a position on many of the issues outlined in my letter and did not agree to produce documents in response to any of the requests at issue in this motion.

6. Per Mr. Ramallo's request, I participated in an additional in-person meet and confer conference at Mr. Ramallo's offices on November 11, 2009. That meeting lasted approximately seven hours. During that time, I again discussed with Mr. Ramallo, in detail, each of the issues raised in my letter, as well as various issues raised in letters from Mr. Ramallo concerning One Technologies' own discovery responses. Again, Mr. Ramallo did not agree to produce documents in response to the many of the requests at issue in this motion and did not agree to produce sufficient documents in response to other requests at issue. Specifically, he indicated that ConsumerInfo would not produce any documents related to the Federal Trade Commission's lawsuit against ConsumerInfo, that ConsumerInfo would not produce documents related to any other litigation involving ConsumerInfo's intellectual property rights asserted in this case, that it would not produce ConsumerInfo's marketing and business plans, and that he did not know the extent to which any surveys had been conducted.

7. During the next several months, counsel for ConsumerInfo and One Technologies participated in numerous telephonic meet and confer discussions to further resolve discovery disputes. Attached as Exhibit D is a true and correct copy of a letter dated January 15, 2010 from myself to ConsumerInfo's counsel following up on these discussions and our meet and confer sessions of November 6 and November 11.

8. Many of these discussions were conducted jointly with

Adaptive's counsel due to mutual areas of interest and overlapping requests for production. In particular, during these discussions, the parties attempted to negotiate keywords to be used in the parties' electronic discovery, in the hope that these keywords would facilitate discovery and resolve many of the disputed discovery items. Counsel for all parties reached substantial agreement on many keywords in or about the beginning of February, but that agreement has not resolved all discovery disputes.

9. Specifically, Consumer has refused to run any keywords related to the Federal Trade Commission's lawsuit or ConsumerInfo's marketing or business plans and it has maintained its position that it will not produce any documents related to the Federal Trade Commission action or other litigation. In an effort to resolve these disputes, I have asked ConsumerInfo's counsel on multiple occasions to identify the volume of documents responsive to each FTC-related request at issue, to determine whether any narrowing is appropriate due to overbreadth concerns. As of the date this declaration was prepared, however, ConsumerInfo has not answered that inquiry.

10. During the meet and confer process, ConsumerInfo agreed to produce redacted portions of its marketing and business plans to show any references to One Technologies or Adaptive. It has also agreed to produce portions of the plans that are relevant to defendants' defenses and counterclaims, but it has not identified what criteria it will use in determining which portions of the plans it deems relevant.

11. During the meet and confer process, ConsumerInfo also agreed to produce one consumer survey regarding the secondary meaning of the trademarks that are at issue in this lawsuit. It has yet to produce that survey. More importantly, counsel for ConsumerInfo has indicated that additional surveys exist but has asserted that they are protected from disclosure by the work-product doctrine and therefore refused to produce these other surveys.

12. During the meet and confer process, ConsumerInfo also agreed to produce prior cease-and-desist letters regarding its purported freecreditreport.com and triple advantage marks. But it has refused to produce any other documents from any other litigation or enforcement efforts concerning its marks.

13. On January 5, 2010, One Technologies served its second set of requests for production to ConsumerInfo. ConsumerInfo served its objections and responses to this second set of requests on February 4, 2010. Included in this set were requests for documents about other litigation that are at issue in this motion. The requests in this second set identified two particular lawsuits of concern in which ConsumerInfo sued other companies for trademark infringement based on the same trademarks that it has asserted here in its claims against Adaptive and One Technologies.

14. Attached hereto as Exhibit E is a true and correct copy of a meet and confer letter from myself to ConsumerInfo's counsel, dated February 26, 2010. The letter outlined the deficiencies in ConsumerInfo's responses and requested that ConsumerInfo meet and confer, pursuant to Local Rule 37, to resolve the disputed responses without court intervention. Included in the letter were sections devoted to the requests in the second set for documents about the two other particular lawsuits of interest.

15. Pursuant to my February 26, 2010 letter, I participated in a telephonic meet-and-confer discussion with ConsumerInfo's counsel on March 9, 2010, for approximately two hours. During this call, ConsumerInfo's counsel again refused to produce any documents in response to these requests for documents about other litigation. Regarding the two particular lawsuits identified in the requests, I asked ConsumerInfo's counsel to supply information concerning the volume and nature of documents produced and prepared in connection with these two other lawsuits, to determine what types of documents exist and which One

1  Technologies may actually need to prepare its defenses and prosecute it
2  counterclaims in this action.  ConsumerInfo's counsel stated that it would
3  "consider" listing the volume and nature of documents from other litigation, but has
4  yet to do so as of the date that this declaration was prepared.

5        16.     Attached hereto as Exhibit F is a true and correct copy of the
6  complaint filed by the FTC in *Federal Trade Commission v. ConsumerInfo.com,*
7  *Inc.*, dated August 15, 2005 and obtained via
8  www.ftc.gov/os/caselist/0223263/0223263.shtm.

9        17.     Attached hereto as Exhibit G is a true and correct copy of the
10  Stipulated Final Judgment and Order for Permanent Injunction in *Federal Trade*
11  *Commission v. ConsumerInfo.com, Inc.*, entered August 29, 2005 and obtained via
12  www.ftc.gov/os/caselist/0223263/0223263.shtm.

13        18.     Attached hereto as Exhibit H is a true and correct copy of the
14  press release by the FTC about the complaint in *Federal Trade Commission v.*
15  *ConsumerInfo.com, Inc.*, dated August 16, 2005 and obtained via
16  www.ftc.gov/os/caselist/0223263/0223263.shtm.

17        19.     Attached hereto as Exhibit I is a true and correct copy of the
18  Supplemental Stipulated Final Judgment and Order for Permanent Injunction,
19  entered January 8, 2007 in *Federal Trade Commission v. ConsumerInfo.com, Inc.*,
20  and obtained via www.ftc.gov/os/caselist/0223263/0223263.shtm.

21        20.     Attached hereto as Exhibit J is a true and correct copy of the
22  press release by the FTC dated February 21, 2007 about the supplemental order
23  *Federal Trade Commission v. ConsumerInfo.com, Inc.*, obtained via
24  www.ftc.gov/os/caselist/0223263/0223263.shtm.

1  I declare under penalty of perjury under the laws of the United States
2  and the State of California that the foregoing is true and correct.
3  Executed this 23rd day of March, 2010, as Los Angeles, California.

Dated: March 23, 2010

KENT B. GOSS
VALERIE M. GOO
SETH E. FREILICH
DIMITRIOS V. KOROVILAS
ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Dimitrios V. Korovilas
DIMITRIOS V. KOROVILAS
Attorneys for Defendants
ONE TECHNOLOGIES LP