GREGORY A. NYLEN (SBN: 151129)
GREENBERG TRAURIG LLP
2450 Colorado Ave Ste 400E
Santa Monica, CA 90404
Telephone: 310-586-7700
Facsimile:  310-586-7800
E-mail: nyleng@gtlaw.com

JAMES H. DONOIAN (Admitted *Pro Hac Vice*)
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile:  212-801-6400
E-mail: donoianj@gtlaw.com

Attorneys for Defendant,
ADAPTIVE MARKETING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ONE TECHNOLOGIES LP, a Delaware limited partnership; ADAPTIVE MARKETING LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.  CV 09-3783-VBF(MANx)<br><br>**DECLARATION OF JAMES DONOIAN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Discovery Cutoff: June 4, 2010<br>Pretrial Conference: Oct. 4, 2010<br>Trial date: Oct. 19, 2010<br><br>Hearing: April 13, 2010, at 10:00 am<br>Judge: Hon. Margaret A. Nagle<br><br>**[Filed Concurrently with Notice of Motion; [Proposed] Order; Joint Stipulation; Decl. of Dimitrios V. Korovilas; Decl. of Oscar Ramallo]** |

## DECLARATION OF JAMES DONOIAN

I, James Donoian, declare as follows:

1. I am an attorney licensed to practice law in the State of New York, and I am a shareholder with the law of Greenberg Traurig, LLP ("Greenberg Traurig"), attorneys for Defendant Adaptive Marketing LLC ("Adaptive"). I am admitted pro hac vice to the Central District of California for this matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently thereto.

2. Adaptive served its First Set of Requests for the Production of Documents ("Adaptive's Requests") on August 27, 2009.

3. ConsumerInfo served its Objections and Responses to Adaptive's Requests on September 28, 2009.

4. Attached hereto as **Exhibit A** is a true and correct copy of a letter from Greenberg Traurig to Plaintiff ConsumerInfo.com, Inc.'s ("ConsumerInfo") counsel on October 26, 2009, requesting a meet and confer on ConsumerInfo's responses and objections to Adaptive's First Set of Requests for the Production of Documents ("Adaptive's Requests").

5. Greenberg Traurig participated in a three-plus hour telephonic meet and confer with ConsumerInfo's counsel Oscar Ramallo on November 4, 2009 concerning Adaptive's Requests. In that call, the parties discussed ConsumerInfo's wholesale objection to the production of documents concerning the action *Federal Trade Commission v. ConsumerInfo.com, Inc.*, Case No. SACV 05-801 AHS (MLGx) (C.D. Cal.) ("FTC Action"). The parties also discussed ConsumerInfo's objection to the production of documents concerning ConsumerInfo's enforcement efforts and other litigation concerning its trademarks and trade dress at issue in the present litigation; and ConsumerInfo's objection to requests for surveys.

6. Attached hereto as **Exhibit B** is a true and correct copy of a letter Greenberg Traurig sent to Oscar Ramallo on November 23, 2009, memorializing

1  the substance of the November 4, 2009 meet and confer on ConsumerInfo's
2  responses to Adaptive's Requests.
3      7.    Attached hereto as **Exhibit C** is a true and correct copy of a letter
4  Greenberg Traurig received from Oscar Ramallo on January 19, 2010, concerning
5  the parties' meet and confer on ConsumerInfo's responses to Adaptive's Requests.
6      8.    On January 25, 2010, I participated in a telephonic meet and confer
7  with ConsumerInfo's counsel Oscar Ramallo and Rhonda Trotter, concerning
8  ConsumerInfo's responses to Adaptive's Requests. In that call, among other topics,
9  counsel discussed: (1) ConsumerInfo's continued refusal to produce documents
10 concerning the FTC Action; (2) ConsumerInfo's production of documents
11 evidencing ConsumerInfo's enforcement efforts and other litigation concerning its
12 trademarks and trade dress at issue in the present litigation, wherein ConsumerInfo
13 agreed to produce cease and desist letters; and (3) ConsumerInfo's willingness to
14 produce surveys in response to Adaptive's Requests. ConsumerInfo's counsel
15 represented that ConsumerInfo would produce a single survey concerning
16 secondary meaning and that other surveys were privileged.

    I declare under penalty of perjury under the laws of the State of New York and of the United States that the foregoing is true and correct.

    Executed March 22, 2010, in New York, New York.

_____
James Donoian