Rhonda R. Trotter, Bar Number 169241
rtrotter@kayescholer.com
Theodore W. Maya, Bar Number 223242
tmaya@kayescholer.com
Oscar Ramallo, Bar Number 241487
oramallo@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Plaintiff
CONSUMERINFO.COM, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEX CHANG, an individual, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | **Case No.  CV 09-3783-VBF(MANx)**<br><br>**DECLARATION OF OSCAR RAMALLO IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**<br><br>Discovery Cutoff:    June 4, 2010<br>Pretrial Conference:  Oct. 4, 2010<br>Trial date:          Oct. 19, 2010<br><br>**Hearing:    April 13, 2010, at 10:00 am**<br>Judge:    Hon. Margaret A. Nagle<br><br>[Filed Concurrently with Joint Stipulation Per Local Rule 37; Notice of Joint Motion; [Proposed] Order; Decl. of James Donoian; Decl. of Dimitrios V. Korovilas] |

# DECLARATION OF OSCAR RAMALLO

I, Oscar Ramallo, declare:

1.    I am an attorney licensed to practice law in the State of California, and I am an associate in the law firm of Kaye Scholer LLP, attorneys for Plaintiff ConsumerInfo.com, Inc. ("ConsumerInfo") in this action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently thereto.

## Surveys Materials

2.    During the meet and confer process, I explained to counsel for both Adaptive Marketing, LLC ("Adaptive") and One Technologies LP ("One Tech.") that ConsumerInfo had commissioned only one non-work product consumer survey for any of the marks at issue in this case. I explained to them that this survey addressed secondary meaning of ConsumerInfo's trademark FREECREDITREPORT.COM and that ConsumerInfo would produce that survey.

3.    Defendants also asked ConsumerInfo to produce surveys regarding its TRIPLE ADVANTAGE trademark, its trade dress alleged in this case, and surveys concerning Defendants' trademarks. I explained that after making an inquiry with ConsumerInfo, ConsumerInfo was not aware of any responsive survey. Nevertheless, ConsumerInfo agreed to run keyword searches on its electronic documents and produce responsive surveys uncovered by those searches. Those keywords include:

    a. "One Tech!"
    b. !FreeCreditReportsInstantly!
    c. !FreeCreditReportPlusScore!
    d. !FreeCreditReportWebsite!
    e. !ProtectMyId.Us
    f. !FreeCreditReport.co.uk
    g. !FreeCreditReports360!
    h. !FCR360!

      i. confus! /p (freecreditreportsinstantly! or FCRI! or 2009freecreditreport! or 2010freecreditreport! or 2009fcr! or 2010fcr! or freecreditreportplusscore! or FCRPS or freecreditreportwebsite! or fcrw! or protectmyid! or pmi! or fcrw or freecreditreportwebsite.com or freecreditreport.co.uk or fcr.co.uk)

      j. MyCreditHealth

      k. "My Credit Health"

      l. My /10 credit /10 Health

      m. "Spend On Life"

      n. Spend /10 On /10 life

      o. Spendonlife

      p. "trade dress" /s (distinct! or "secondary meaning" or "non functional" or function! or nonfunctional or non-functional)

      q. (bandguy or "band guy") and survey

      r. "triple advantage" and survey

      s. freecreditreport! And survey

      t. fcr! And survey

4. In total, ConsumerInfo agreed to review more than 70,000 documents culled from Defendants' keywords. This review is ongoing, and ConsumerInfo will produce any responsive non-privileged and non-protected documents found in that search.

5. In several meet and confer sessions, I also informed Defendants' counsel that ConsumerInfo had retained a non-testifying expert to conduct a survey in other litigation. I told Defendants' counsel ConsumerInfo would not produce this survey because it is work product.

**Prior Litigation**

6. Throughout the meet and confer process, counsel for One Tech

23284873.DOC.docx    DECLARATION OF OSCAR RAMALLOS IN OPP. TO MOT. TO COMPEL

demanded that ConsumerInfo produce every document related to the separate lawsuits *ConsumerInfo.com, Inc. v. Mighty Net, Inc.*, Case No. SACV-06-0322 ODW (ANx) ("Mighty Net") and *ConsumerInfo.com, Inc. v. Jesee Willms, et al.*, Case No. SACV 09-0055 DOC (MLGx).

7. I explained to Defendant's counsel that many of these documents were marked confidential under separate protective orders and that they were irrelevant to the issues in this case because they concerned the activities of non-parties. Further, I told Defendant's counsel that to the extent any documents produced in prior litigation were relevant to this litigation, the same documents would be produced in response to Defendant's numerous other requests concerning trademark issues.

8. Further, I explained to Defendants that *Willms* and *Mighty Net* involved, in part, intellectual property that was not at issue in this case, which would make many documents produced by ConsumerInfo irrelevant to this case.

9. Attached hereto as **Exhibit A** is a copy of the Complaint in *Mighty Net*. The *Mighty Net* complaint alleges Mighty Net infringed ConsumerInfo's "Blondie" trade dress, which is not at issue in this case. (Exh. A, at 5, 15.)

10. Attached hereto as **Exhibit B** is a copy of the First Amended Complaint in *Willms*. The *Willms* complaint alleges Willms infringed ConsumerInfo's "Blondie" trade dress, as well as several copyrights that are not at issue in this case. (Exh. B, at 32, 74-95.)

11. In the meet and confer process, ConsumerInfo offered to produce the transcript of this 30(b)(6) deposition of ConsumerInfo in the *Willms* matter as a compromise position to settle this discovery dispute, the only deposition of a ConsumerInfo witness in either case. One Tech flatly refused this compromise.

**Marketing Plans**

12. One Tech served on ConsumerInfo requests seeking all of ConsumerInfo's business plans and marketing plans. Despite the overbreadth of this request, ConsumerInfo agreed to produce portions of its business plans that referred to

the Defendants in this case that were discovered as a result of a review of more than 70,000 electronic documents culled from keyword searches that include numerous variations of Defendants' business names, such as "Adaptive," "One Tech!," "OneTech!," "spendonlife," "spend on life," and "spend /10 on /10 life." ConsumerInfo, however, refused to run the search terms "marketing plan" and "business plan!" because they would require review of nearly 8,000 additional documents, the vast majority of which, because of the breadth of those terms, were not likely to relate to the issues in this case.

13.    Further, because of the nature of One Tech's antirust allegations, ConsumerInfo agreed to produce business plans that discuss or concern the importance of the FREECREDITREPORT.COM trademark, and ConsumerInfo has also agreed to produce its exclusive advertising agreements with search engines.

**FTC Documents**

14.    In the meet and confer process, I explained to counsel for One Tech that several categories of documents that One Tech sought with respect to the FTC action, such as document productions and depositions, did not exist because the action was short-lived and did not involve any discovery

15.    ConsumerInfo will amend its discovery responses to reflect those categories of documents that do not exist.

**Pre-Litigation Enforcement Activity**

16.    In the meet and confer process, ConsumerInfo agreed to produce documents concerning its pre-litigation enforcement policies and activities.   In addition to producing documents from its regularly maintained file of cease and desist letters, ConsumerInfo agreed to run keyword searches to uncover additional documents concerning enforcement efforts and produce documents discovered as a result of those searches.  Examples of these keywords include:

   a. (infring! or violat! or copy or copie!) /s (!FreeCreditReport! or "Triple Advantage" or Bandguy or "Band guy" or "Dream Girl" or

4

      "New Job" or Smiley)

    b. (infring! or violat! or copy or copie!) /s ConsumerInfo! /s (copyright or trademark or "trade dress")

    c. cease and desist

**Stipulated Injuctions**

17. Attached hereto as **Exhibit C** is a copy of the Stipulated Final Injunction in the *Mighty Net* action

18. Attached hereto as **Exhibit D** is a copy of the Stipulated Final Injunction in the *Willms* action.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 22nd day of March, 2010

        _____/s/_____

                Oscar Ramallo

KAYE SCHOLER LLP

5

23284873.DOC.docx    DECLARATION OF OSCAR RAMALLOS IN OPP. TO MOT. TO COMPEL