1  KENT B. GOSS (State Bar No. 131499)
   kgoss@orrick.com
2  VALERIE M. GOO (State Bar No. 187334)
   vgoo@orrick.com
3  SETH E. FREILICH (State Bar No. 217321)
   sfreilich@orrick.com
4  DIMITRIOS V. KOROVILAS (State Bar No. 247230)
   dkorovilas@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 S. Figueroa Street, Suite 3200
6  Los Angeles, CA  90017
   Telephone:  +1-213-629-2020
7  Facsimile:   +1-213-612-2499

8  Attorneys for Defendant & Counterclaimant
   ONE TECHNOLOGIES LP

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                           WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ONE TECHNOLOGIES LP, a Delaware limited partnership; ADAPTIVE MARKETING LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.  CV 09-3783-VBF(MANx)<br><br>**DECLARATION OF DIMITRIOS V. KOROVILAS IN SUPPORT OF ONE TECHNOLOGIES LP'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR ADMISSIONS AND SANCTIONS**<br><br>Discovery Cutoff:   June 4, 2010<br>Pretrial Conference: Oct. 4, 2010<br>Trial date:         Oct. 19, 2010<br><br>Hearing: April 20, 2010, at 10:00 am<br>Judge:   Hon. Margaret A. Nagle<br><br>**[Filed Concurrently with Joint Stipulation Per Local Rule 37; Notice of Motion; [Proposed] Order; Decl. of Oscar Ramallo]** |

I, Dimitrios V. Korovilas, declare and state as follows:

1.  I am an attorney at law duly licensed to practice before all courts in the State of California and the Central District of California, and I am a managing associate at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for defendant and counterclaim plaintiff One Technologies LP ("One Technologies"). Based on this representation, I am familiar with the events, pleadings, and discovery in this action, and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of One Technologies' motion to compel plaintiff ConsumerInfo.com ("ConsumerInfo") to respond to requests for admission and for sanctions.

2.  Attached hereto as Exhibit A is a true and correct copy of the order establishing the initial case schedule in this matter. Attached hereto as Exhibit B is a true and correct copy of a subsequent order amending the case schedule to extend, among other things, the fact discovery cutoff to April 30, 2010. Attached hereto as Exhibit H is a true and correct copy of a subsequent order amending the case schedule to extend, among other things, the fact discovery cutoff to June 4, 2010.

3.  One Technologies served its first set of requests for admission to ConsumerInfo on August 28, 2009. ConsumerInfo served its objections and responses to that first set of requests for production on October 2, 2009.

4.  Attached hereto as Exhibit C is a true and correct copy of a meet and confer letter dated October 27, 2009, from myself to counsel for ConsumerInfo, regarding, among other things, ConsumerInfo's responses to this first set of requests for admission. The letter outlined the deficiencies in ConsumerInfo's responses and requested that ConsumerInfo meet and confer, pursuant to Local Rule 37, to resolve the disputed responses without court intervention. Included in the letter was a section devoted to requests 1-37 and 40 — the requests at issue in

the instant motion.

5. Pursuant to my October 27, 2009 letter, I participated in a telephonic meet and confer discussion with Oscar Ramallo, counsel for ConsumerInfo, on November 6, 2009. That teleconference lasted approximately three hours. During the discussion, I discussed with Mr. Ramallo each of the issues raised in my letter. At that time, Mr. Ramallo was not able to commit to a position on many of the issues outlined in my letter and did not agree to produce any amended responses to requests 1-37 or 40 that would admit or deny each request.

6. Per Mr. Ramallo's request, I participated in an additional in-person meet and confer conference at Mr. Ramallo's offices on November 11, 2009. That meeting lasted approximately seven hours. During that time, I again discussed with Mr. Ramallo, in detail, each of the issues raised in my letter, as well as various issues raised in letters from Mr. Ramallo concerning One Technologies' own discovery responses. Again, Mr. Ramallo did not agree to produce supplemental responses to requests 1-37 or 40. He did indicate that ConsumerInfo would further look into the exact nature of representations previously made by ConsumerInfo to the U.S. Patent and Trademark Office about the subject domain names listed in the requests in connection with ConsumerInfo's application for a trademark registration in FREECREDITREPORT.COM and, based on its review of the application file, consider serving supplemental responses.

7. During the next several months, counsel for ConsumerInfo and One Technologies participated in numerous telephonic meet and confer discussions to further resolve discovery disputes. Attached as Exhibit D is a true and correct copy of a letter dated January 15, 2010 from myself to ConsumerInfo's counsel following up on these discussions and our meet and confer sessions of November 6 and November 11.

8. Notwithstanding these meet and confer efforts, as of March 18, 2010 — the date One Technologies served its portion of the joint stipulation in

support of this motion to compel — ConsumerInfo had not agreed to further respond to requests for admission 1-37 or 40 and properly admit or deny these requests without relying on meritless objections and inappropriate legal argument, thus necessitating the instant motion.[1]

9.  As I discussed with Mr. Ramallo on several occasions, the lack of merit in ConsumerInfo's original objections to requests 1-37 and 40 was evidenced by ConsumerInfo's responses to other requests for admission. In response to other requests for admission that ask ConsumerInfo to admit that it does not believe that domain names at issue in ConsumerInfo's complaint are confusingly similar to FREECREDITEREPORT.COM, ConsumerInfo did not rely on its objections but instead denied the requests. For example, request no. 38 asked ConsumerInfo to admit that freecreditreport-online.com — one of the domain names identified by ConsumerInfo — is not confusingly similar to FREECREDITREPORT.COM. Notwithstanding ConsumerInfo's objections, ConsumerInfo did not refuse to admit or deny the request but, in fact, denied it — thus showing that ConsumerInfo's objections regarding the requests at issue calling for legal conclusions and premature expert testimony do not justify ConsumerInfo's refusal to respond.

10.  Attached hereto as Exhibit E is a true and correct copy of the office action issued by the U.S. Patent and Trademark Office on ConsumerInfo's application for a trademark registration for FREECREDITREPORT.COM, dated August 12, 2006.

---

[1] On March 22, 2010 — *after* One Technologies served its portion of the joint stipulation per Local Civil Rule 37-2 in support of this motion to compel — ConsumerInfo served amended responses that admit or deny the requests at issue in this motion. However, ConsumerInfo did so only subject to its insertion of multiple pages of new, long-since waived objections and legal argument and refused to delete any of these objections and arguments despite One Technologies' request. ConsumerInfo's amended responses therefore do not resolve the issues in this motion, for reasons that will be more fully set forth in a supplemental memorandum and supplemental declaration to be filed by One Technologies per Local Civil Rule 37-2.3.

- 4 -   CV 09-3783-VBF(MANx)
KOROVILAS DECLARATION ISO
MOTION TO COMPEL RE RFAS

1        11.    Attached hereto as Exhibit F is a true and correct copy of
2  ConsumerInfo's response to the office action, dated February 12, 2007.
3        12.    Attached hereto as Exhibit G is a true and correct copy of an e-
4  mail from Mr. Ramallo to myself and others, dated February 9, 2010, along with its
5  attachment.

28  ///

        I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

        Executed this 30 day of March, 2010, as Los Angeles, California.

Dated:    March 30, 2010    KENT B. GOSS
VALERIE M. GOO
SETH E. FREILICH
DIMITRIOS V. KOROVILAS
ORRICK, HERRINGTON & SUTCLIFFE LLP

        /s/ Dimitrios V. Korovilas
        DIMITRIOS V. KOROVILAS
        Attorneys for Defendant and Counterclaimant
        ONE TECHNOLOGIES LP