UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3783-VBF (MANx) | Date | April 12, 2010 |
|---|---|---|---|
| Title | *Consumerinfo.com, Inc. v. Alex Chang, et al.* | | |

Present: The Honorable   MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE

| E. Carson | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**     (IN CHAMBERS)

For judicial economy, the Court hereby reschedules Defendants One Technologies LP and Adaptive Marketing LLC's Motion To Compel Production of Documents from Plaintiff from April 13, 2010, **to April 20, 2010, at 10:00 a.m.**, on the same date and time as Defendant One Technologies LP's Motion To Compel Responses To Requests for Admissions and for Sanctions.

cc:   All parties of record

:

Initials of Preparer   efc