UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3787-VBF (MANx) | Date | April 16, 2010 |
|----------|----------------------|------|----------------|
| Title | *Consumerinfo.com, Inc. v. Alex Chang, et al.* | | |

Present: The Honorable   MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE

| E. Carson | N/A | N/A |
|-----------|-----|-----|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---------------------------------------|----------------------------------------|
| None Present | None Present |

**Proceedings:**        (IN CHAMBERS)

The time for the April 20, 2010 hearing regarding Defendants One Technologies LP and Adaptive Marketing LLC's Motion To Compel Production of Documents from Plaintiff, and Defendants One Technologies LP's Motion To Compel Responses To Requests for Admissions and for Sanctions **is continued from 10:00 a.m. to 1:30 p.m. (PST).**

cc:     All parties of record

                                                                    _____ : _____

                                        Initials of Preparer                    efc