UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3783-VBF (MANx) | Date | April 20, 2010 |
|---|---|---|---|
| Title | *Consumerinfo.com, Inc. v. Alex Chang, et al.* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| E. Carson | CS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Oscar Ramallo | Raymond B. Kim |
| | James H. Donoian |
| | Heidi Garfield |
| | Dimitrios Vasillou Korovilas |
| | Valerie M. Goo |

**Proceedings:**   1.   Defendant One Technologies LP's Motion To Compel Responses To Requests for Admissions and for Sanctions

2.   Defendants One Technologies LP and Adaptive Marketing LLC's Motion To Compel Production of Documents from Plaintiff

The case is called.  Oscar Ramallo, of Kaye Scholer, LLP, appears on behalf of plaintiff.  Dimitrios V. Korovilas and Valerie M. Goo, of Orrick, Herrington & Sutcliffe LLP, appear on behalf of defendants Alex Chang and One Technologies Management LLC.  Raymond B. Kim, of Greenberg Traurig, appears on behalf of defendant Adaptive Marketing LLC., along with James H. Donoian and Heidi Garfield, of Greenberg Traurig LLP, who both appear telephonically also on behalf of defendant Adaptive Marketing LLC.

The Court hears argument regarding Defendant One Technologies LP's Motion To Compel Responses to Requests for Admissions and for Sanctions, and takes the motion under submission.  By no later than Friday April 23, 2010, counsel are ordered to meet and confer in a good faith effort to resolve all outstanding issues regarding defendant's motion.  Plaintiff's Second Supplemental Responses to Requests for Admissions are due to be delivered to defense counsel on Monday, April 26, 2010.  A copy of Plaintiff's Second Supplemental Responses shall be provided to the Court.

The Court also hears argument regarding Defendants One Technologies LP and Adaptive Marketing LLC's Motion To Compel Production of Documents from Plaintiff.  The Court directs counsel to meet and confer further regarding the defendant's Motion To Compel Production of Documents.  The Court also directs defense counsel to prepare a proposed Order which reflects the Court's tentative rulings for review by defense counsel.  Plaintiff's counsel is also directed to promptly prepare and serve a privilege log describing the withheld documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3783-VBF (MANx) | Date | April 20, 2010 |
|---|---|---|---|
| Title | *Consumerinfo.com, Inc. v. Alex Chang, et al.* | | |

The Court schedules a follow-up status conference for Wednesday, April 28, 2010, at 1:30 p.m.  Local counsel shall personally appear.  Out of state counsel are permitted to appear telephonically.

cc:    All parties of record

|   | 2 | : | 25 |
|---|---|---|---|
| | Initials of Preparer | | efc |