```
 1 | KENT B. GOSS (State Bar No. 131499)
   | kgoss@orrick.com
 2 | VALERIE M. GOO (State Bar No. 187334)
   | vgoo@orrick.com
 3 | SETH E. FREILICH (State Bar No. 217321)
   | sfreilich@orrick.com
 4 | DIMITRIOS V. KOROVILAS (State Bar No. 247230)
   | dkorovilas@orrick.com
 5 | DAVID P. FUAD (State Bar No. 265193)
   | dfuad@orrick.com
 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP
   | 777 S. Figueroa Street, Suite 3200
 7 | Los Angeles, CA  90017
   | Telephone:  +1-213-629-2020
 8 | Facsimile:  +1-213-612-2499
 9 | Attorneys for Defendant
   | ONE TECHNOLOGIES LP
10 |
   | [Attorneys for Additional Parties in Signature Block]
11 |
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>ONE TECHNOLOGIES LP, a Delaware limited partnership; ADAPTIVE MARKETING LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No.  CV 09-3783-VBF(MANx)<br><br>**STIPULATION TO CONTINUE TRIAL DATE DUE TO TRIAL SCHEDULE CONFLICT**<br><br>Judge:    Hon. Valerie Baker Fairbank |

Plaintiff and Counter-Defendant ConsumerInfo.Com, Inc. ("ConsumerInfo"), and Defendants and Counter-Claimants Adaptive Marketing LLC ("Adaptive") and One Technologies LP ("One Technologies"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 7, 2010, the parties filed a joint stipulation requesting that the Court continue the trial date in this action to January 25, 2011;

WHEREAS, on May 10, 2010, the Court entered a case scheduling order (Docket Item No. 150) setting the final pretrial conference in this matter for October 18, 2010 at 2:30 p.m. and trial in this matter for November 9, 2010 at 8:30 a.m.

WHEREAS, lead trial counsel for One Technologies LP, Kent B. Goss, is unavailable for trial on November 9, 2010 due to a trial in Los Angeles Superior Court that is set to begin November 1, 2010 and that is estimated to last two weeks;

WHEREAS, counsel for Adaptive has previously scheduled and paid for a vacation from November 10 through November 17;

WHEREAS, this Honorable Court consenting, all parties desire and have agreed upon an extension of approximately one month of the final pretrial conference and trial date set by the Court's May 10, 2010 Order to accommodate lead trial counsel's conflicting trial schedule;

NOW, THEREFORE, the parties hereby stipulate and agree, through their respective counsel, to entry of the attached [Proposed] Order, this Honorable Court consenting, which would modify the Court's May 10, 2010 Order to continue the final pretrial conference and trial date as follows:

| | |
|---|---|
| Final Pretrial Conference: | November 22, 2010 at 2:30 p.m. |
| Trial: | December 7, 2010 at 8:30 a.m. |

The parties do not seek a continuance of the other dates set by the Court's May 10,

1  | 2010 Order.

2  |

3  | DATED: May 12, 2010          RHONDA R. TROTTER, Bar Number 169241
4  |                              rtrotter@kayescholer.com
   |                              THEODORE W. MAYA, Bar Number 223242
5  |                              tmaya@kayescholer.com
   |                              OSCAR RAMALLO, Bar Number 241487
6  |                              oramallo@kayescholer.com
   |                              KAYE SCHOLER LLP
7  |                              1999 Avenue of the Stars, Suite 1700
   |                              Los Angeles, California 90067
8  |                              Telephone: (310) 788-1000
   |                              Facsimile: (310) 788-1200
9  |                              By: /s/ Rhonda Trotter (by D. Fuad with permission)
   |                                  Rhonda R. Trotter
10 |
11 |                              Attorneys for Plaintiff and Counter-Defendant
   |                              CONSUMERINFO.COM, INC.

12 | DATED: May 12, 2010          GREGORY A. NYLEN, Bar Number 151129
   |                              GREENBERG TRAURIG LLP
13 |                              2450 Colorado Ave., Ste. 400E
   |                              Santa Monica, CA 90404
14 |                              Telephone: 310-586-7700
   |                              Facsimile: 310-586-7800
15 |                              nyleng@gtlaw.com

16 |                              JAMES H. DONOIAN (Admitted *pro hac vice*)
   |                              donoianj@gtlaw.com
17 |                              GREENBERG TRAURIG LLP
   |                              200 Park Ave.
18 |                              New York, NY 10166
   |                              Telephone: 212-801-9200
19 |                              Facsimile: 212-801-6400
   |                              By: /s/ James Donoian (by D. Fuad with permission)
20 |                                  James H. Donoian
21 |
   |                              Attorneys for Defendant and Counter-Claimant
22 |                              ADAPTIVE MARKETING LLC

| | |
|---|---|
| 1 | |
| 2 | DATED: May 12, 2010 |
| 3 | |

DATED: May 12, 2010

KENT B. GOSS, Bar Number 131499
kgoss@orrick.com
VALERIE M. GOO, Bar Number 187334
vgoo@orrick.com
SETH FREILICH, Bar Number 217321
sfreilich@orrick.com
DIMITRIOS KOROVILAS, Bar Number 247230
dkorovilas@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 Figueroa St., Suite 3200
Los Angeles, CA  90017
Telephone: 213-629-2020
Facsimile: 213-612-2429

By: _____
    David Fuad

Attorneys for Defendant and Counter-Claimant
ONE TECHNOLOGIES LP