**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
James V. Weixel, Jr. (Bar No. 166024)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jim@KBInternetLaw.com

Attorneys for Non-Party Objectors
JESSE WILLMS, EDIRECT,
1016363 ALBERTA LTD. and 1021018 ALBERTA LTD.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **CONSUMERINFO.COM, INC.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ONE TECHNOLOGIES LP**, a Delaware limited partnership, **ADAPTIVE MARKETING LLC**, a Delaware corporation; and **DOES 1-50**, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | NO. CV-09-3783 VBF (MANx)<br><br>**NOTICE OF MOTION AND MOTION BY NON-PARTY OBJECTORS JESSE WILLMS, EDIRECT, 1016363 ALBERTA LTD., AND 1021018 ALBERTA LTD. FOR PROTECTIVE ORDER AND FOR AWARD OF MONETARY SANCTIONS**<br><br>Date: June 22, 2010<br>Time: 10:00 a.m.<br>Ctrm: 580<br>Judge: Hon. Margaret A. Nagle |

1  TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on June 22, 2010, at 10:00 a.m. or as
3  soon thereafter as the matter may be heard, before the Honorable Margaret
4  A. Nagle, United States Magistrate Judge, in Courtroom 580 of this Court,
5  located at 255 East Temple Street, Los Angeles, California, non-party
6  objectors Jesse Willms, eDirect, 1016363 Alberta Ltd., and 1021018 Alberta
7  Ltd. (jointly, "Objectors") will move, and do hereby move, this Court for a
8  protective order prohibiting or restricting the disclosure of documents from a
9  previous action involving Objectors and plaintiff ConsumerInfo.com, Inc.
10 ("ConsumerInfo"), requiring the destruction or return of any documents
11 produced by ConsumerInfo herein, and awarding monetary sanctions
12 against ConsumerInfo.

13 This Motion is made upon the grounds that ConsumerInfo has violated
14 numerous provisions of not only this Court's May 4, 2010 order on
15 Defendants' joint motion to compel, but also of the Protective Order entered
16 by Magistrate Judge Marc L. Goldman in a previous matter involving
17 ConsumerInfo and Objectors entitled *ConsumerInfo.com, Inc. v. Jesse*
18 *Willms, et al.,* No. SACV 09-0055 DMG (MLGx) ("the *Willms* Action"), and
19 that said violations have greatly prejudiced Objectors by subjecting their
20 trade secrets and other proprietary information to improper disclosure and
21 impeding Objectors from protecting themselves against such disclosure.
22 ConsumerInfo has refused to correct these errors itself, and Objectors have
23 now been forced to expend substantial attorneys' fees and costs to secure
24 the protective order requested herein.

25 This Motion is based upon this Notice as well as the accompanying
26 Memorandum of Points and Authorities, Declaration of Henry M. Burgoyne,
27 III, Request for Judicial Notice, the record in this case, the record in the case
28 styled *ConsumerInfo.com, Inc. v. Jesse Willms, et al.,* No. SACV 09-0055

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

CASE NO. CV09-3783 VBF (MANx)  1  **NOTICE OF MOTION FOR PROTECTIVE ORDER AND MONETARY SANCTIONS**

DMG (MLGx), and any other evidence and argument that may be adduced at hearing.

Respectfully submitted,

DATED: May 14, 2010
**KRONENBERGER BURGOYNE, LLP**

By: /s/ Henry M. Burgoyne, III
Karl S. Kronenberger
Henry M. Burgoyne, III
James V. Weixel, Jr.

Attorneys for Non-Party Objectors
JESSE WILLMS, EDIRECT, 1016363 ALBERTA LTD. and 1021018 ALBERTA LTD.

CASE NO. CV09-3783 VBF (MANx)  2  **NOTICE OF MOTION FOR PROTECTIVE ORDER AND MONETARY SANCTIONS**