**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
James V. Weixel, Jr. (Bar No. 166024)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jim@KBInternetLaw.com

Attorneys for Non-Party Objectors
JESSE WILLMS, EDIRECT,
1016363 ALBERTA LTD. and 1021018 ALBERTA LTD.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **CONSUMERINFO.COM, INC.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ONE TECHNOLOGIES LP**, a Delaware limited partnership, **ADAPTIVE MARKETING LLC**, a Delaware corporation; and **DOES 1-50**, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | NO. CV-09-3783 VBF (MANx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION BY NON-PARTY OBJECTORS JESSE WILLMS, EDIRECT, 1016363 ALBERTA LTD., AND 1021018 ALBERTA LTD. FOR PROTECTIVE ORDER AND FOR AWARD OF MONETARY SANCTIONS**<br><br>Date: June 22, 2010<br>Time: 10:00 a.m.<br>Ctrm: 580<br>Judge: Hon. Margaret A. Nagle |

CASE NO. CV09-3783 VBF (MANx)   REQ. FOR JUD. NOTICE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

1  Pursuant to Rule 201 of the Federal Rules of Evidence, non-party objectors Jesse Willms, eDirect, 1016363 Alberta Ltd., and 1021018 Alberta Ltd. (jointly, "Objectors") respectfully request that the Court take judicial notice of the following matters, copies of which are attached as indicated below.

Exhibit A.  Complaint in *ConsumerInfo.com, Inc. v. Jesse Willms, et al.,* No. SACV 09-0055 DMG (MLGx), filed in this Court on January 13, 2009.

Exhibit B.  Counterclaim by Objectors Jesse Willms and eDirect in *ConsumerInfo.com, Inc. v. Jesse Willms, et al.,* No. SACV 09-0055 DMG (MLGx), filed in this Court on February 19, 2009.

Exhibit C.  Stipulation and Order Concerning Discovery and Confidentiality in *ConsumerInfo.com, Inc. v. Jesse Willms, et al.,* No. SACV 09-0055 DMG (MLGx), filed in this Court on May 12, 2009.

The matters noted above are not subject to reasonable dispute in that they are (1) generally known within the territorial jurisdiction of this Court, and/or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Respectfully submitted,

DATED:  May 14, 2010                **KRONENBERGER BURGOYNE, LLP**


By:  /s/ Henry M. Burgoyne, III
  Karl S. Kronenberger
  Henry M. Burgoyne, III
  James V. Weixel, Jr.

Attorneys for Non-Party Objectors JESSE WILLMS, EDIRECT, 1016363 ALBERTA LTD. and 1021018 ALBERTA LTD.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

CASE NO. CV09-3783 VBF (MANx)          1          **REQ. FOR JUD. NOTICE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**