Kent B. Goss (SBN 131499), kgoss@orrick.com
Valerie M. Goo (SBN 187334), vgoo@orrick.com
Seth E. Freilich (SBN 217321), sfreilich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777. Figueroa St., Ste. 3200, Los Angeles, CA 90017
Tel. (213) 629-2020; Fax (213) 612-2499

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERINFO.COM, INC., | CASE NUMBER: |
| PLAINTIFF(S) | CV 09-3783 VBF (MANx) |
| v. | |
| ONE TECHNOLOGIES LP, ADPATIVE MARKETING LLC and DOES 1-10, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

SEE ATTACHMENT

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other - See Attachment

**Reason:**

☑ Under Seal

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
General Order 08-02

August 2, 2010
_____
Date

_____ /s/ Seth E. Freilich _____
Attorney Name

One Technologies LP
_____
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING

## ATTACHMENT TO NOTICE OF MANUAL FILING

| NO. | DOCUMENT |
|---|---|
| 1. | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT OF CONSUMERINFO'S CLAIMS |
| 2. | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT OF AFFIRMATIVE DEFENSES |
| 3. | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ONE TECHNOLOGIES' MOTION FOR PARTIAL SUMMARY JUDGMENT OF ITS CANCELLATION COUNTERCLAIM AND INVALIDITY AFFIRMATIVE DEFENSE |
| 4. | DECLARATION OF SETH E. FREILICH IN SUPPORT OF DEFENDANTS' JOINT MOTIONS AND ONE TECH'S MOTION FOR PARTIAL SUMMARY JUDMGENT |
| 5. | DECLARATION OF BRANDON MOORE IN SUPPORT OF DEFENDANTS' JOINT MOTIONS AND ONE TECHNOLOGIES' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 6. | SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANTS' JOINT MOTIONS AND ONE TECHNOLOGIES' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 7. | PHYSICAL EXHIBITS REFERENCED IN NOTICE OF LODGING NON-PAPER PHYSICAL EXHIBITS IN SUPPORT OF DEFENDANTS' JOINT MOTIONS AND ONE TECH'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 8. | APPLICATION TO FILE UNDER SEAL |
| 9. | PROPOSED ORDER TO FILE UNDER SEAL |