1  KENT B. GOSS (State Bar No. 131499)
   kgoss@orrick.com
2  VALERIE M. GOO (State Bar No. 187334)
   vgoo@orrick.com
3  SETH E. FREILICH (State Bar No. 217321)
   sfreilich@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 S. Figueroa Street, Suite 3200
5  Los Angeles, CA  90017
   Telephone:  +1-213-629-2020
6  Facsimile:   +1-213-612-24299

7  Attorneys for Defendant and Counterclaimant
   ONE TECHNOLOGIES LP
8
   [Additional Counsel on Signature Page]
9

10

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> ONE TECHNOLOGIES LP, a Delaware limited partnership; ADAPTIVE MARKETING LLC, a Delaware corporation; and DOES 1-50, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.  CV 09-3783-VBF(MANx) <br><br> **DEFENDANT ONE TECHNOLOGIES' NOTICE OF AND MOTION MOTION FOR PARTIAL SUMMARY JUDGMENT OF ITS CANCELLATION COUNTERCLAIM AND INVALIDITY AFFIRMATIVE DEFENSE** <br><br> Hon. Valerie Baker Fairbank <br><br> Trial Date:       December 7, 2010 <br> Action Filed:    May 28, 2009 <br><br> Hearing Date:   Sept. 27, 2010 <br> Hearing Time:  1:30 p.m. <br> Hearing Location: Courtroom 9 |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
2      PLEASE TAKE NOTICE that on September 27, 2010 at 1:30 p.m., or as
3  soon thereafter as may be heard, before the Honorable Valerie Baker Fairbank of
4  the United States District Court for the Central District of California, located in
5  Courtroom 9, 312 N. Spring Street, Los Angeles, California, 90012, defendant One
6  Technologies LP ("One Tech") shall move and hereby does move the Court,
7  pursuant to Federal Rule of Civil Procedure 56 to have summary judgment on One
8  Tech's First Counterclaim (Cancellation of Federal Trademark Registration Under
9  the Lanham Act, 15 U.S.C. § 1119) and Second Affirmative Defense (Invalidity)
10 granted in One Tech's favor such that plaintiff ConsumerInfo.com,'s ("CI") federal
11 trademark registration for the FreeCreditReport.com mark is declared invalid and
12 canceled, and for summary issue adjudication that CI's damages in this case are
13 limited by contract.
14     As set forth in the concurrently filed Memorandum of Points and Authorities
15 in support of this Motion, this Motion is made on the grounds that:

16     (i)    CI's trademark registration should be deemed invalid and canceled as
17          the FreeCreditReport.com mark not entitled to trademark protection or
18          registration because it is generic under the plain meaning of the words,
19          under CI's own use of the mark, under the widely used generic use of
20          the mark and similar terms by others and because of CI's own
21          customers understanding the mark to be a generic descriptor; and
22     (ii)   CI's trademark registration should be deemed invalid and canceled as
23          the registration for the FreeCreditReport.com mark was obtained only
24          as a result of CI intentional fraud on the PTO to stifle competition,
25          such fraud being evidenced by CT's fraudulent misrepresentations to
26          the PTO regarding its use of the mark and the goods and services
27          advertised in connection with the mark.
28     (iii)  CI's alleged damages in this case are limited pursuant to the terms of

| | |
|---|---|
| 1 | the contract entered into between One Tech and CI on or about |
| 2 | December 1, 2007. |
| 3 | This Motion is based upon this Notice of Motion and Motion, the |
| 4 | concurrently filed Memorandum of Points and Authorities, the concurrently filed |
| 5 | Proposed Order, the concurrently filed Statement of Decision, the concurrently filed |
| 6 | Declaration of Seth E. Freilich, Declaration of Valerie Goo, Declaration of Jim |
| 7 | Donoian, the concurrently filed Declaration of Alex Chang, the concurrently filed |
| 8 | Declaration of Brandon Moore, the concurrently filed Declaration of Peter Kent, the |
| 9 | concurrently filed Separate Statement of Uncontroverted Facts, the concurrently |
| 10 | filed Request for Judicial Notice, all papers and records on file with the Court |
| 11 | regarding this matter, and upon such further oral and/or documentary evidence as |
| 12 | may be presented at or prior to the hearing on this Motion. |
| 13 | This Motion is made following the conference of counsel pursuant to |
| 14 | L.R. 7-3, which took place on July 22, 2010. |

DATED: August 2, 2010

KENT B. GOSS, Bar Number 131499
kgoss@orrick.com
VALERIE M. GOO, Bar Number 187334
vgoo@orrick.com
SETH FREILICH, Bar Number 217321
sfreilich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2429

By: _____/s/ Seth E. Freilich_____
Seth E. Freilich

Attorneys for Defendant and Counterclaimant
ONE TECHNOLOGIES LP