Name & Address:
RHONDA R. TROTTER (SBN 169241)
rtrotter@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
Telephone: (310) 788-1000 Facsimile: (310) 788-1200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation<br><br>PLAINTIFF(S)<br>v.<br>ONE TEHNOLOGIES LP, a Delaware limited partnership; ADAPTIVE MARKETING LLC, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>CV-09-3783-VBF (MANx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
PLEASE SEE ATTACHED LIST

**Document Description:**

☐ Administrative Record

☑ Exhibits

☑ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
UNDER SEAL AND COURT REQUIREMENT

| | |
|---|---|
| October 25, 2010<br>Date | Oscar Ramallo /s/<br>Attorney Name<br>CONSUMERINFO.COM, INC.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    NOTICE OF MANUAL FILING

Consumerinfo.Com, Inc. v. Alex Chang, et al.
Case No. CV 09-3783

Attachment To Notice Of Manual Filing

1. NOTICE OF APPLICATION AND PLAINTIFF CONSUMERINFO.COM, INC.'S *EX PARTE* APPLICATION TO FILE DOCUMENTS IN SUPPORT OF MOTIONS IN LIMINE; DECLARATION OF OSCAR RAMALLO IN SUPPORT THEREOF

2. [PROPOSED] ORDER GRANTING PLAINTIFF CONSUMERINFO.COM, INC.'S *EX PARTE* APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS IN LIMINE

3. DECLARATION OF OSCAR RAMALLO IN SUPPORT OF CONSUMERINFO.COM, INC.'S MOTIONS IN LIMINE AND MOTION TO BIFURCATE ONE TECHNOLOGIES COUNTERCLAIM FOR ATTEMPTED MONOPOLIZATION

4. PLAINTIFF CONSUMERINFO.COM, INC.'S MOTION IN LIMINE NO. 1 TO ONE TECHNOLOGIES' UNJUST ENRICHMENT AND RESTITUTION THEORIES