GREGORY A. NYLEN (SBN: 151129)
GREENBERG TRAURIG LLP
2450 Colorado Ave Ste 400E
Santa Monica, CA 90404
Telephone: 310-586-7700
Facsimile:  310-586-7800
E-mail: nyleng@gtlaw.com

JAMES H. DONOIAN (Admitted *Pro Hac Vice*)
HEIDI GARFIELD (Admitted *Pro Hac Vice*)
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile:  212-801-6400
E-mail: donoianj@gtlaw.com;
        garfieldh@gtlaw.com

Attorneys for Defendant
ADAPTIVE MARKETING LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CONSUMERINFO.COM, INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>ONE TECHNOLOGIES LP, a Delaware limited partnership; ADAPTIVE MARKETING LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO. CV-09-3783-VBF(MANX)<br><br>**DEFENDANT ADAPTIVE MARKETING LLC'S LIST OF TRIAL WITNESSES [CORRECTED]**<br><br>Judge:  Hon. Valerie Baker Fairbank<br>Ctrm:   9<br>Trial Date:   December 7, 2010<br>Date Action Filed:  May 28, 2009<br>Pre-Trial Conference: Nov. 22, 2010, 2:30 p.m. |
| AND RELATED COUNTERCLAIM | |

NY-240,702,958v1

Pursuant to Local Rule 16-5, Defendant Adaptive Marketing LLC ("Adaptive") submits the following list of witnesses Adaptive intends to call at trial and witnesses Adaptive may call at trial.  Pursuant to Local Rule 26, witnesses called by deposition are noted below and an asterisk has been placed next to the names of those witnesses Adaptive may call only if the need arises.  Pursuant to this Court's Standing and Case Management Order and Local Rule 16-5, Adaptive has included designations for witnesses associated with Plaintiff ConsumerInfo.com, Inc. ("CI") as well as Adaptive witnesses who Adaptive intends to call by deposition.  Adaptive reserves the right to join in any deposition designations identified by Defendant One Technologies LP ("One Tech").  Adaptive expressly reserves the right to call impeachment witnesses as the need arises.  Adaptive further reserves the right to supplement this list and to call any witness listed on CI's or One Tech's trial witness lists.

1.  **Bruce Douglas** (at trial): Mr. Douglas may be contacted through counsel for Adaptive.

   a. **Summary of Testimony**: Mr. Douglas will provide testimony on the products and services offered by Adaptive and the marketing channels used by Adaptive.  Mr. Douglas will also testify about Adaptive's branding, as well as its selection and use of its trademarks and domain names in connection with its sale of credit monitoring products and services.  Mr. Douglas's testimony will also concern Adaptive's advertising and marketing programs, including costs and spending for its trademarks, as well as consumer awareness of Adaptive's marks.  Mr. Douglas will further testify concerning Adaptive's marketing affiliate relationship with One Tech.  Mr. Douglas will also provide general testimony about Adaptive's paid search marketing and display advertising for credit monitoring products and services and the competitive landscape.

   b. **Length of time for examination**: Approximately 6 hours.

ADAPTIVE MARKETING, LLC'S WITNESS LIST
NY-240,702,958v1

2. **\*Philip Sandler** (at trial or by deposition): Mr. Sandler may be contacted through counsel for Adaptive.

   a. **Summary of Testimony**: Mr. Sandler oversees Adaptive's online marketing, including creative content and research in support of online marketing.  Mr. Sandler will testify as to the branding of Adaptive's trademarks, including Adaptive's selection of trademarks and brand names; Adaptive's awareness of competitors and competition within the online credit reporting space; CI's use of Adaptive's trademarks, including copying Adaptive's creative content and using Adaptive's trademarks and search engine keywords

   b. **Deposition designations**: 5:9-10, 9:19-25, 10:8-11:7, 11:24-25, 12:6-10, 12:15-13:12, 14:1-16, 14:24-15:8, 15:24-16:8, 16:25-17:8, 18:3-7, 18:17-23, 19:15-20:7, 26:20-25, 27:21-23, 28:7-9, 34:4-13, 34:15, 34:17-35:6, 37:10-18, 41:13-42:9, 86:8-13, 142:21-24, 143:4-12, 208:4-8, 208:12-209:3, 220:11-13.

   c. **Length of time for examination**: Approximately 2 hours.

3. **Geoffrey Huntting** (at trial): Mr. Huntting may be contacted through counsel for Adaptive.

   a. **Summary of Testimony**:  Mr. Huntting will provide testimony concerning Adaptive's online marketing channels, including Adaptive's involvement in paid search marketing and display marketing for credit monitoring products and services on search engines.  Mr. Huntting will further testify concerning advertising and marketing of Adaptive's trademarks and domain names; CI's use of Adaptive's trademarks in CI's paid search marketing and copying of Adaptive's creative content; awareness of Adaptive's trademarks; Adaptive's awareness of and competition with CI in the online credit reporting space; and Adaptive's successful marketing campaigns.   Mr.

Huntting will also testify about Adaptive's growth in display advertising and Adaptive's product offerings in the credit related space.

   b. **Length of time for examination**: Approximately 4 hours.

4. **Christine Verderber** (at trial or by deposition): Ms. Verderber may be contacted through counsel for Adaptive.

   a. **Summary of testimony**: Ms. Verderber's testimony will concern Adaptive's budgeting, forecasting and analysis of revenues for credit-related services via search engine companies.  Ms. Verderber will also offer testimony concerning Adaptive's exhibits in this litigation reflecting Adaptive's sales, profits and revenues associated with Adaptive's websites alleged by CI to be infringing.

   b. **Deposition designations**: 6:21, 9:5-7, 9:11-14, 10:9-13, 10:21-23, 11:6-8, 11:12-23, 12:13-22, 13:10-14:14, 15:5-12, 16:11-16, 17:2-10, 17:14-18:11, 23:6-12, 23:25-24:11, 24:16-23, 33:18-34:1, 34:6-7, 34:10-12, 34:19-35:9, 37:3-16, 41:22-42:7, 42:11-16, 43:13-44:5, 55:10-12, 44:18-23, 45:21-46:2, 46:8-11, 52:16-53:3, 53:6-13, 55:3-12, 58:7-10, 58:15-16, 58:18-19, 59:19-23, 60:15-24, 61:5-8, 62:5-11, 62:20-63:10, 63:23-64:7, 65:4-12, 71:13-16, 71:25-72:9, 83:15-20, 87:6-22, 94:7-16, 94:20-23, 98:22-99:3, 99:13-22, 144:23-145:2, 145:13-15, 148:24-149:7, 149:12-14, 149:18-20, 154:11-18, 157:17-20, 157:25-158:9, 167:4-168:8, 168:10-11, 171:11-14, 172:11-15, 173:1-15, 176:19-22. 177:6-9, 178:16-20, 178:22-24, 179:5-11, 180:7-20, 185:18-21, 188:2-11, 189:9-190:7, 195:22-196:11, 199:22-200:4.

   c. **Length of time for examination**: Approximately 4 hours.

5. **Pagna Donaldson** (by deposition): Ms. Donaldson may be contacted through counsel for Adaptive.

   a. **Summary of Testimony**: Ms. Donaldson's testimony will relate to Adaptive's affiliate relationships, including with One Tech.  Ms. Donaldson

will specifically testify about Adaptive's agreements with affiliate marketers that perform marketing activities for Adaptive in connection with Adaptive's online credit reporting services, including the scope of the relationships, the products and services provided by affiliates and the extent of Adaptive's control, oversight or policing of affiliate marketers.

b. **Deposition designations**:

   i. **Individual testimony**: 5:9-10, 11:10-15, 13:6-15, 14:14-15, 15:4-8, 15:11-12, 15:18-24, 16:16-20, 17:4-6, 17:11-17, 18:22-19:5, 118:17-19.

   ii. **Fed.R.Civ.P. 30(b)(6) testimony**: 5:9, 7:9-11, 10:11-13, 10:17-20, 11:2-6, 12:15-18, 12:25-13:10, 13:15-23, 14:15-25, 15:9-16:7, 16:20-23, 17:5-7, 19:7-12, 19:15-20, 20:25-21:8, 37:10-38:12, 48:1-8, 48:13-19, 49:21-50:3, 60:12-14, 60:19-61:14, 62:7-24, 72:3-7, 73:12-74:1, 74:7-10, 74:15-22, 74:2-6.

c. **Length of time for examination**: Approximately 2 hours.

6. **Dean Trachtenberg** (by deposition): Mr. Trachtenberg may be contacted through counsel for Adaptive.

a. **Summary of testimony**: Mr. Trachtenberg's testimony will concern Adaptive's online search marketing practices, including keyword bidding and selection of keywords. Mr. Trachtenberg's testimony also will concern Adaptive's awareness of the competitive environment, including its specific awareness of FreeCreditReport.com and Triple Advantage; CI's infringement of Adaptive's trademarks; Adaptive's search advertising costs; and the various domain names owned by Adaptive.

b. **Deposition designations**:

   i. **Individual testimony**: 5:9-10, 18:19-21, 19:5-9, 20:3-11, 20:18-21:2, 25:5-23, 27:18-25, 28:3-8, 28:23-29:5, 29:21-30:3, 31:17-21, 32:6-12,

33:13-19, 33:25-34:1, 34:5-7, 35:11-22, 37:10-18, 38:4-9, 40:24-41:2, 84:6-19, 86:16-87:14, 87:19-88:19, 89:7-90:24, 92:13-18, 93:6-10, 93:18-94:2, 109:8-10, 109:15-20, 109:25-110:25, 111:13-113:19, 118:4-7, 118:11-25, 119:12-120:21, 142:11-13.

  ii. **Fed.R.Civ.P. 30(b)(6) testimony**: 5:9-22, 7:19-24, 8:15-24, 9:9-22, 9:25-10:22, 11:19-12:1, 12:6-10, 23:7-10, 23:16-19, 23:23-24:4, 26:24-27:4, 27:8-12, 32:19-22, 33:7-17, 33:23-34:25, 35:9-14, 35:18-36:1, 36:6-15, 37:6-14, 37:18-23, 38:8-39:11, 41:16-20, 42:2-11, 46:2-21, 71:9-14, 71:25-72:4, 73:8-24, 84:19-21, 85:12-17, 85:21-86:20, 86:22-87:4, 87:6-9, 87:16-88:10, 95:24-25, 110:6-13, 111:11-22, 112:21-113:7, 113:18-20, 114:1-11, 116:8-14, 117:2-15, 124:18-19.

 c. **Length of time for examination**: Approximately 3 hours.

**7.** **\*Linda Springer** (by deposition): Ms. Springer may be contacted through counsel for Adaptive Marketing.

 a. **Summary of testimony**: Ms. Springer conducted market research on behalf of Adaptive and, if necessary, will testify as to the type and nature of marketing studies Adaptive used.

 b. **Deposition designations**: 5:9, 8:23-24, 9:2-3, 9:19-25, 12:20-22, 13:1-2, 14:4-6, 29:8-21, 30:8-10, 72:4-5.

 c. **Length of time for direct examination**: Approximately 1 hour.

**8.** **David Williams** (at trial) (c/o CI's counsel)

 a. **Summary of testimony**: Mr. Williams will provide testimony concerning CI's efforts to enforce its purported FreeCreditReport.com and Triple Advantage trademarks, as well as websites, keywords and domain names in the credit reporting market; CI's marketing affiliate policies, its keyword bidding and selection policies and strategies; its agreements concerning paid

search marketing; CI's bidding on and use of brand names and keywords owned by competitors, including Adaptive; CI's contention that Adaptive is vicariously or contributorily liable for the actions of its affiliates.

b. **Deposition designations (Fed. R. Civ. P. 30(b)(6) Deposition)**: 16:5-17:18, 58:5-7, 91:5-14, 99:22-101:5, 110:23-113:5, 119:19-121:2, 128:6-131:1, 137:1-16, 185:24-186:1, 212:13-214:18, 214:20-215:11, 234:7-9, 237:4-10, 239:8-10, 242:1-7, 244:20-245:16, 246:4-247:7, 267:10-18, 270:6-16, 272:7-273:3, 308:2-310:20, 327:6329:11

c. **Length of time for examination**: Approximately 3 hours.

9. **Michael J. Dean** (at trial) (c/o CI's counsel)

a. **Summary of testimony**: Mr. Dean will provide testimony concerning the selection, application, development, prosecution, and registration of CI's purported marks; CI's efforts to monitor and enforce its purported marks; and CI's policies regarding bidding on competitors' brands in paid search advertising. Mr. Dean will further testify about CI's efforts to monitor competition in the online credit reporting space.

b. **Deposition designations**

   i. **Individual Deposition**: 8:17-19, 9:24-10:14, 10:17-11:2, 11:6-17 11:24-12:22, 13:1-13, 13:15-15:19, 16:11-16, 28:10-29:6, 29:13-15, 29:21-30:1, 34:14-35:9, 35:15, 37:10-11, 37:14-15, 37:17-18, 37:22, 37:24-38:2, 38:5, 38:7-10, 38:14, 38:16-24, 39:3-21, 47:18-19, 47:24-25, 48:2-5, 49:5-8, 49:12-17, 49:-51:11; 105:1-2, 105:14-108:5, 130:24-131:2, 131:4-6, 133:17-23, 134:1-5, 134:8-11, 134:15-18, 135:1-136:19, 136:21-22, 136:24-137:1, 137:4-10, 137:12-22, 138:10-14, 138:23-139:10, 139:14-140:9, 140:13-141:10, 141:13-142:13, 143:13-20, 143:24-147:19, 147:24, 148:2-9, 148:13-15, 148:17-21, 148:24, 149:16-150:8, 154:6-16, 156:2-22, 157:2-162:4, 162:14-

163:10, 167:2-13, 167:17-168:6, 180:25-182:2, 183:16-185:21, 187:3-5, 187:10-188:2, 188:5-8, 188:17-189:5, 189:7-10, 189:12-13, 190:2-3, 190:6, 190:8-18, 191:25-192:12, 192:17-25, 194:10-13, 194:17, 204:14.

ii. **Fed. R. Civ. P. 30(b)(6) Deposition**: 7:17, 7:22, 7:24, 21:25-24:3, 24:14-25:23, 26:15-22, 27:2-21, 28:5-29:23, 30:10-31:12, 31:21-31:23, 32:4-12, 33:15-16, 33:21-25, 34:10-36:1, 37:3-38:1, 38:23-9:11, 40:4-16, 41:4-14, 42:4-9, 42:21-45:4, 46:13-17, 47:3-9, 51:13-52:5, 52:13-53:23, 54:10-55:5, 57:2-11, 57:25-58:3, 60:15-61:4, 61:23-62:6, 65:2-66:10, 69:5-71:16, 71:25-72:2, 72:14-73:8, 83:5-10, 83:17-84:6, 84:13-85:7, 86:10-14, 86:22-87:2, 88:6-88:25, 91:25-93:25, 94:4-5, 94:7-95:3, 96:4-23, 97:8-98:20, 99:13-17, 101:21-103:3, 109:20-110:8, 110:13-111:15, 116:22-117:21, 121:1-122:4, 122:8-124:17, 128:4-11, 129:8-15, 131:19-133:2, 135:4-17, 145:15-17, 145:24-146:2, 146:6-12, 149:7-9, 151:12-152:10, 193:4-194:11, 244:21-247:9, 255:2-7, 255:14-23, 256:9-13, 257:7-21, 257:25-258:1, 258:3-259:3, 260:18-261:14, 261:21-23, 261:25-262:1, 262:4-7, 262:9-263:18, 265:14-20, 268:5-12, 270:15-17, 270:21-22, 270:24-271:7, 291:18-292:10, 292:18-20, 292:24-293:7, 293:9-17, 295:12-297:5, 297:9-10, 297:13-15, 297:17, 297:20-21, 297:24-299:19, 299:22-24, 300:2-4, 300:21-24, 301:2-6, 301:8-15, 312;22, 313:2-5, 313:12-314:3, 314:7-315:3, 315:5-7, 317:16-318:5, 318:7, 318:9-319:18, 320:12-19, 320:22, 320:24-321:10, 321:17-23, 322:1-2, 323:2-5, 323:16-324:7, 324:9, 324:11-328:2, 328:6, 328:8-14, 328:17-330:1, 330:3-4, 330:6-14, 330:25-331:5, 331:7-332:12, 332:15-333:9, 333:20-21, 334:4-7, 334:18-21, 334:25-335:9, 335:11-19, 335:22,

335:24, 336:1, 336:3-23, 336:25-337:1, 337:3-5, 337:9, 337:17-22, 338:1, 338:3-16, 338:25, 339:2-340:17, 354:11.

    c. **Length of time for examination**: Approximately 4 hours.

**10.** **Jennifer Tan** (at trial) (c/o CI's counsel)

    a. **Summary of testimony**: Ms. Tan will testify as to CI's search marketing practices and policies, including testing of search engine keyword strategy. Ms. Tan will further testify concerning CI's search engine keyword bidding policies and strategies, including CI's historical keyword bidding practices, successful keywords and bidding on competitors' trademarks and brands. Ms. Tan will further testify concerning CI's relationships with search engines.

    b. **Deposition designations**: 7:12, 8:4-11:22, 13:3-15:3, 15:9-21:5, 22:1-24:3, 26:3-11, 26:23-27:4, 27:13-20, 31:22-33:17, 33:22-34:8, 34:18-21, 35:13-39:10, 39:12-40:13, 40:16-41:11, 41:15-43:9, 43:16-46:20, 46:25-49:7, 49:10-51:7, 51:15-54:9, 54:16-56:8, 57:6-59:4, 59:18-21, 60:1-5, 60:7-61:18, 62:3-63:11, 63:22-64:4, 64:8-13, 64:21-66:5, 67:9-20, 67:22-71:7, 71:11-18, 71:20-72:12, 72:19-73:1, 73:3-6, 73:18-19, 74:1-7, 75:6-76:17, 76:21-77:4, 80:3-4, 80:16-84:16, 85:6-86:13, 86:19-22, 87:9-21, 90:6-92:24, 97:6-12, 100:13-25, 101:14-105:5, 105:10-11, 105:13-107:11, 107:15-16, 107:24-108:19, 108:24-109:20, 112:7-21, 118:15-119:25, 123:5-7, 123:13-125:18, 131:25-132:2, 132:7-134:12, 134:17-135:10, 135:15-136:12, 136:19-137:14, 137:24-140:11, 140:7-11, 140:25-141:5, 141:12-14, 141:23-142:15, 142:22-143:14, 143:17-144:12, 145:24-148:16, 152:6-7, 152:13-18, 152:23-24, 153:5-13, 153:17-156:5, 156:8-160:14, 160:19-162:7, 163:7-9, 163:14-164:1, 170:8-9, 170:14-23, 175:2-19, 172:22-173:1, 173:9-10, 173:14-175:24, 176:7-8, 176:13-21, 182:10-11, 182:16-25, 184:1-3, 184:8-24, 186:6-7, 186:12-187:7, 187:11-188:3, 188:6-190:21, 191:8-9, 191:19-

192:21, 192:24-193:6, 193:8-23, 194:3-12, 197:22-198:25, 206:9-10, 206:15-207:16, 207:18-20, 207:25-211:23, 218:24-219:25, 220:21-224:11, 224:14-225:6, 225:9-227:21, 228:25-230:10, 230:13.

    c. **Length of time for examination**: Approximately 3 hours.

**11.**    **Chris Moloney** (at trial) (c/o CI's counsel)

    a. **Summary of testimony**: Mr. Moloney will testify as to CI's marketing efforts for FreeCreditReport.com, including its decision to terminate advertising for FreeCreditReport.com; CI's decision to make FreeCreditScore.com its "premium brand;" and CI's transition away from FreeCreditReport.com.

    b. **Deposition designations**: 6:10-14, 8:19-9:7, 9:12-16, 15:22-16:10, 16:14-15, 16:23-25, 17:2-17, 19:6-20:2, 20:5-6, 20:8-15, 20:18, 20:20-24, 21:2-7, 21:9-12, 21:21-22, 21:24-22:4, 22:21-23:17, 23:24-24:5, 26:12-27:14, 27:18-28:11, 28:14-16, 28:18-21, 28:23-29:8, 29:10-31:24, 32:8-33:4, 36:3-37:4, 37:6-7, 37:9-12, 37:14-20, 37:22-23, 38:1-7, 39:7-16, 39:18, 39:20-25, 40:17-24, 42:2-43:17, 43:22, 43:25-44:9, 44:12-46:15, 47:13-49:24, 50:3-4, 50:6-11, 50:13-20, 50:23-24, 51:2-12, 51:15-19, 51:21-23, 52:1-2, 52:4-8, 52:16-17, 52:19-23, 52:25-53:6, 53:9, 53:11-54:3, 54:9-25, 55:2-21, 57:5-10, 57:12-16, 57:18-58:16. 58:19-25, 59:2-5, 59:7-60:2, 60:5-6, 60:8-10, 60:13-15, 62:9-10, 62:12-14, 63:17-22, 63:24-64:2, 64:4-6, 67:24-68:9, 68:12-17, 68:24-69:5, 69:8-11, 69:13-15, 69:17, 69:19-21, 69:23-70:6, 70:9-12, 0:24-71:16, 71:18-20, 71:22-73:14, 73:17-20, 73:22-24, 74:2-12, 74:15-24, 75:2-4, 75:6-21, 78:3-80:19, 81:17-82:9, 83:16-18, 83:20-23, 83:25-84:7, 84:9-10, 84:12-85:5, 85:8-11, 85:13-15, 85:13-15, 85:17-18, 85:20-86:9, 86:11-12, 86:14-15, 86:17-22, 86:24-87:4, 87:7-9, 87:11-12, 87:14-17, 87:19-25, 88:3-7, 88:9-17, 88:19, 88:21-89:7, 89:10-16, 89:18-91:13, 91:19-92:5, 92:8-93:1, 93:3-5, 93:8-11, 93:13-15, 93:18-21, 93:23-94:1, 94:3-4, 94:6-8, 94:10-15,

94:17-22, 94:4-25, 95:1-4, 95:6-9, 104:6-9, 104:17-20, 104:22-105:1, 105:4-11, 105:13-22, 106:11-17, 109:15-110:1, 111:4-10, 111:12-18, 111:20-112:1, 112:9-13, 112:16-17, 112:19-23, 112:25-113:2, 113:10-13, 113:16-17, 113:24-114:3, 115:4-116:13, 116:16-21, 116:23-117:2, 117:5-19, 128:2-129:8, 131:13-132:22, 133:6-12, 133:16-22, 133:24-134:9, 198:7-17, 199:21-24, 200:6-25, 208:6-9, 208:23-24, 209:2-210:6, 210:8-211:7, 226:23-227:25, 228:8-12, 234:5.

   c.  **Length of time for examination**: Approximately 2 hours.

**12.**   **Ty Taylor** (at trial) (c/o CI's counsel)

   a.  **Summary of testimony**: Mr. Taylor will testify concerning his oversight and direction with Experian Consumer Direct brands, including FreeCreditReport.com and FreeCreditScore.com; CI's trademark applications for FreeCreditReport.com and Triple Advantage, including CI's written submissions to the U.S. Patent & Trademark Office; CI's decision to seek trademark registrations; CI's purported secondary meaning for FreeCreditReport.com; and CI's awareness of the competitive environment in the online credit reporting marketing and of Adaptive's brands, domain names and products.

   b.  **Deposition designations**: 6:12-7:11, 14:21-15:4, 15:7-11, 16:14-17:4, 17:6, 17:8-23, 18:23-24, 19:2, 19:4-12, 19:15, 19:17-18, 19:20-21, 19:23-20:7, 20:10, 20:19-21, 20:23-21:1, 30:20-25, 33:10-17, 33:21-25, 37:15-18, 51:20-52:2, 53:6-10, 59:24-60:4, 60:7, 60:21-61:9, 61:12-13, 61:15, 61:17-19, 61:21, 61:23, 62:4-5, 62:7-13, 62:15-16, 62:18-21, 62:24-25, 63:2-4, 63:7, 63:9-10, 63:15-16, 63:18-21, 64:1-2, 64:4-10, 64:20-65:6, 65:8, 65:17-24, 66:3, 66:19-21, 67:1-2, 67:10-12, 67:15-16, 85:12-19, 85:20, 86:16-18, 86:23-24, 87:12-15, 87:17, 92:9-14, 98:25, 99:1-4, 99:10, 99:12-100:4, 100:14-16, 100:18-20, 101:9-19, 102:4-8, 102:14-17, 104:1-5, 10:11-14,

104:18, 104:20-22, 104:25, 118:17-20, 119:4-8, 119:13-120:4, 120:9-12, 120:19-121:4, 121:9-122:5, 122:10-22, 125:11-16, 125:19-126:4, 126:6, 132:22-25, 133:3, 133:5, 133:7, 133:8-10, 134:8-10, 134:24-136:6, 136:12-137:19, 137:21, 137:23- 140:14, 140:22-25, 146:16-18, 147:2-21, 147:24

   c. **Length of time for examination**: Approximately 3 hours.

**13.** **Marcy Smith** (at trial) (c/o CI's counsel)

   a. **Summary of testimony**: Ms. Smith will testify as to CI's advertising and marketing strategies; CI's use of advertising in various media and the objectives, purposes and effect of their advertising; and the content of CI's advertisements, including its brand messaging for CI's purported brands.

   b. **Deposition designations**: 7:10-11, 10:10-13:9, 14:1-10, 14:21-17:25, 18:5-20:4, 20:22-22:6, 22:14-27:11, 28:4-29:8, 33:3-35:14, 36:14-41:6, 42:24-43;12, 47:16-52:9, 52:12-57:16, 58:14-59:2, 59:6-60:19, 61:22-62:8, 62:13-15, 62:17-67:25, 68:4-7, 68:15-16, 68:22-69:3, 69:10-70:13, 71:1-73:12, 73:20-74:5, 74:8-76:2, 76:3-9, 77:7-20, 78:9-21, 79:11-83:25, 85:12-86:25, 87:23-88:12, 91:12-94:17, 97:8-18, 106:22-108:17, 108:19-110:13, 110;24-115:18, 117:1-118:1, 129:13-14, 129:18-144:6, 144:10-151:18, 151:20-21, 151:25-152:21, 153:7-15, 154:19-157:9, 157:20-162:1, 163:22-165:22, 166:2-167:24, 182:15-183:5, 184:11-12, 184:16-185:21, 188:1-22, 197:18-198:6, 198:19-202:4, 202:25-203:11, 203:18-25, 204:6-205:10, 207:25-209:8, 209:12-211:19, 223:1-224:1, 230:1-2.

   c. **Length of time for examination**: Approximately 3 hours.

**14.** **Maria Zander** (at trial) (c/o CI's counsel)

   a. **Summary of testimony**: Ms. Zander will testify as to CI's trademark application for FreeCreditReport.com, including the selection and use of FreeCreditReport.com as a trademark, CI's decision to seek trademark registration of its purported mark and related submissions to the PTO; CI's

uses of its FreeCreditReport.com trademark registration with respect to competitors and alleged infringers in the credit reporting marketplace; and CI's enforcement of its purported trademarks.

    b. **Length of time for examination**: Approximately 2 hours.

**15.**   **Mark Henry** (at trial) (c/o One Tech's counsel)

    a. **Summary of testimony**: Mr. Henry will testify as to One Tech's relationship with Adaptive; Adaptive's and One Tech's affiliate agreement; the role of marketing affiliates in the online credit reporting market; and the control, oversight and responsibility for the conduct and marketing efforts of affiliates.

    b. **Length of time for examination**: Approximately 2 hours.

**16.**   **Erik Tarui** (by deposition)

    a. **Address**: 14969 Fair Haven Drive, Fontana, California, 92336.

    b. **Summary of testimony**: Mr. Tarui will testify as to CI's monitoring of its competitors in the online credit reporting marketplace; CI's awareness of Adaptive's search marketing strategies and use of CI-related keywords; Adaptive's competitive position in the marketplace vis-à-vis CI; and the testing of advertisements in paid search and of landing pages.

    c. **Deposition designations**: 7:12-13, 7:22-25, 12:7-13:8, 19:9-13, 19:20-20:21:5, 21:15-21, 26:7-15, 28:8-29:22, 31:22-34:5, 39:18-40:24, 42:2-8, 46:24-47:6, 47:8-48:7, 52:14-55:4, 55:11-47:14, 57:23-58:10, 62:1-6, 62:10-63:12, 64:5-18, 70:4-12, 73:11-17, 73:22-74:2, 74:13-75:2, 76:15-22, 77:20-23, 78:1-16, 78:19-23, 80:1-11, 84:13-85:19, 85:22-23, 85:25-86:23, 91:3-5, 92:3-95:12, 95:23-96:8, 96:13, 96:15-17, 97:2-7, 97:14-16, 97:21-99:15, 99:20-25, 100:2-9, 100:25-101:3, 110:4-6, 110:12-20, 110:24-111:12, 111:17-23, 112:17-24, 125:10-11, 12:18-127:11, 136:3-16, 215:8-10;

ADAPTIVE MARKETING, LLC'S WITNESS LIST

215:12-221:14, 222:10-12, 223:1-7, 225:17-226:20, 226:22-227:1, 227:22-228:2, 228:8-18, 231:12-15, 233:22-234:10, 238:5-241:17, 253:14-15.

   d. **Length of time for examination**: Approximately 2 hours.

17.   **\*Lauren Tucker, Ph.D.** (by deposition)

   a. **Address**: The Martin Agency, One Shockoe Plaza, Richmond, VA, 23219-4132.

   b. **Telephone**: 804-698-8000.

   c. **Summary of testimony**: Ms. Tucker will testify as to CI's advertising and marketing strategies; CI's use of advertising in various media and the objectives, purposes and effect of their advertising; the content of CI's advertisements, including its brand messaging for CI's purported brands; and CI's decision to undertake national television advertising campaigns, including why CI elected to engage in such advertising, the purpose of the marketing and the messaging to consumers.

   d. **Deposition designations (Fed. R. Civ. P. 30(b)(6) Deposition)**: 7:8-10, 10:10-13:12, 13:16-18, 13:23-14:16, 15:6-17:7, 18:12-13, 19:9-22:5, 22:11-23:3, 24:20-23, 25:2-4, 25:6-10, 25:15-18, 26:13-23, 26:25-27:8, 27:10, 27:12-18, 30:14-19, 30:23-25, 31:2-7, 31:12-19, 40:17-24, 42:12-23, 44:6-45:5, 63:4-13, 66:16-67:3, 67:22-68:2, 69:15-17, 69:19-24, 93:15-95:20, 96:6-7, 96:12-97:5, 97:8, 97:11-98:11, 98:24-99:1, 99:3-4, 99:6-24, 100:4-13, 100:15-17, 100:18-101:6, 101:8, 101:10-102:23, 103:16-104:15, 105:18-21, 105:23-108:18, 111:17, 111:22-112:1, 112:5-113:20, 113:22-23, 113:25-114:13, 114:15-16, 114:18-115:1, 119:5-15, 120:4-5.

   e. **Length of time for examination**: Approximately 2 hours.

18.   **\*Michael Balducci** (at trial) (c/o CI's counsel)

   a. **Summary of testimony**:  Mr. Balducci will testify as to CI's branding of FreeCreditReport.com, including the value of domain names that describe

the product or service offered; and CI's further valuation of similar domain names, including FreeCreditScore.com.

b. **Deposition Designations**: 5:17-19, 7:9-10:25, 12:5-15, 13:11-8, 13:22-15:17, 15:24-16:1, 16:3-5, 16:9-12, 16:14-17:15, 17:18-18:7, 18:19-19:15, 19:23-20:10, 20:20-22, 21:3-5, 21:7-22:7, 22:10-11, 22:15-17, 22:19-21, 22:23, 22:25-23:2, 29:2-17, 29:21-30:9, 31:3-8, 32:3-7, 37:19-25, 38:6-21, 38:25-39:23, 40:1, 40:3-10, 40:21-25, 41:5-6, 41:8-11, 41:13-16, 41:18-20, 41:23, 41:25-42:2, 42:4-10, 42:13-15, 42:17-20, 43:1-4, 43:6-8, 43:10-11, 43:13-44:4, 44:7-45:3, 45:9-17, 45:19-25, 45:2-4, 46:7-13, 51:8-10, 51:12-17, 98:18-24, 100:-23, 101:2-9, 101:11-13, 101:15-20, 101:23-102:5, 102:7-9, 102:13-17, 102:19-21, 102:23, 102:25, 103:2-7, 103:9-19, 103:23-24, 104:2-4, 104:7-9, 129:22-25, 130:9-131:14, 134:3-4, 134:10-13, 134:24-135:16, 135:20-25, 136:6-11, 136:24-137:1, 137:9-13, 137:7-138:5, 138:19-139:18, 144:9-10, 144:16-18, 164:19-23, 165:1-5, 165:7-22, 166:6-8, 166:15-16, 166:18-21, 166:23, 166:25-167:12, 167:15-23, 168:15-20, 227:7, 227:11-19, 227:22-25, 228:2-8, 228:6-229:2, 264:21-24, 265:3-9, 265:11-12, 265:14-18, 272:10-273:1, 273:5-6, 276:20-22.

c. **Length of time for examination**: Approximately 2 hours.

19.    **\*Brandon Moore** (at trial) **(**c/o One Tech's counsel)

a. **Summary of testimony**:  Mr. Moore will testify as to One Tech's keyword bidding and paid search advertising practices, including practices with respect to its affiliate relationship with Adaptive.

b. **Length of time for examination**: Approximately 2 hours.

20.    **\*Jamie Schultz** (at trial) (c/o CI's counsel)

a. **Summary of testimony**:  Mr. Schultz will testify as to One Tech's keyword bidding and paid search advertising practices, including practices with respect to its affiliate relationship with Adaptive.

b. **Length of time for examination**: Approximately 2 hours.

21.    **\*Ed Ojdana** (at trial)

a. **Address**: 727 Esplanade, Unit 201, Redondo Beach, CA 90277-4639.

b. **Summary of testimony**: Mr. Ojdana will testify as to CI's initial selection and use of FreeCreditReport.com as a domain name and/or trademark; CI's decision to register FreeCreditReport.com as a domain name; and the historical use of FreeCreditReport.com, including as a product, a brand, a domain name, and what products or services CI intended to market via FreeCreditReport.com.

c. **Length of time for examination**: Approximately 2 hours.

22.    **\*Nick Roberts** (at trial)

a. **Address**: Mr. Roberts may be contacted at 519 8th St., Huntington Beach, CA 9648-4630; or 5781 Rogers Dr., Huntington Beach, CA 92649-4563.

b. **Summary of testimony**: Mr. Roberts will testify as to CI's policies on keyword bidding, including bidding on competitors' trademarks, brands, and domains.

c. **Length of time for examination**: Approximately 2 hours.

23.    **\*Stephen May** (at trial)

a. **Address**: 445 1st St., Avila Beach, CA 93424.

b. **Summary of testimony**:  Mr. May will testify about the background of the credit reporting industry, oversight and management of marketing affiliates; and his history working as a marketing affiliate, including for CI.

c. **Length of time for examination**: Approximately 2 hours.

24.    **\*Elizabeth Licavoli** (at trial) (c/o CI's counsel)

a. **Summary of testimony**:  Ms. Licavoli will testify as to CI's enforcement of its intellectual property, including sending cease and desist letters to competitors; and CI's compliance efforts with marketing affiliates.

b. **Length of time for examination**: Approximately 1 hour.

25. **\*Ken Serwin** (at trial) (c/o One Tech's counsel)

   a. **Summary of testimony**:  Mr. Serwin's testimony will concern the flaws in the damages analysis provided by CI's expert, David Nolte.

   b. **Length of time for examination**: Approximately 2 hours.

26. **\*Ben Kirshner** (at trial) (c/o CI's counsel)

   a. **Summary of testimony**:  Mr. Kirshner will give expert testimony relating to Internet search advertising practices; and how search engines work, including organic and pay-per-click search results.

   b. **Deposition designations**: 5:2-4, 10;14-14:6, 14:18-15:2, 15:5-18:4, 23:8-16, 23:22-24:8, 24:16-22, 26:22-27:8, 53:23-25, 93:8-94:11, 97:11-20, 97:22-98:4, 99:2-19, 102:25-103:19, 105:16-106:19, 106:22-108:6, 116:18-118:9, 119:18-22, 119:25-120:20, 145:21-147:13.

   c. **Length of time for examination**: Approximately 2 hours.

27. **Erich Joachimsthaler** (at trial): Mr. Joachimsthaler may be contacted through counsel for Adaptive.

   a. **Summary of testimony**:  Mr. Joachimsthaler will testify concerning CI's branding efforts for FreeCreditReport.com, including that CI has not built FreeCreditReport.com into a brand, there is no evidence of brand strength or equity in FreeCreditReport.com and that CI's emphasis on direct response marketing through television advertising is insufficient to develop a brand around the FreeCreditReport.com domain name.

   b. **Length of time for examination**: Approximately 3 hours.

28. **Blake Inglish** (at trial): Mr. Inglish may be contacted through counsel for Adaptive.

   a. **Summary of testimony**:  Mr. Inglish's testimony will rebut David Nolte's damages analysis for CI, including Nolte's failure to address causation,

willfulness or consumer confusion, the overstatement of CI's claimed actual damages, the overstatement of CI's claim for damages due to a theory of unjust enrichment and Nolte's failure to properly apportion damages based on CI's unjust enrichment theory.

b. **Length of time for examination**: Approximately 4 hours.

29. **Peter Kent** (at trial) (c/o One Tech's counsel)

a. **Summary of testimony**:  Mr. Kent will give expert testimony concerning Internet search advertising practices; search engine trademark policies for paid search advertising; how Internet users conduct online searches; tools used to monitor domain names and keywords used in paid search advertising; and the utility and value of domain names.

b. **Length of time for examination**: Approximately 2 hours.

DATED:  November 4, 2010

GREGORY A. NYLEN, Bar Number 151129
GREENBERG TRAURIG LLP
2450 Colorado Ave., Ste. 400E
Santa Monica, CA  90404
Telephone: 310-586-7700
Facsimile: 310-586-7800
nyleng@gtlaw.com

JAMES H. DONOIAN (Admitted *pro hac vice*)
HEIDI GARFIELD (Admitted *pro hac vice*)
donoianj@gtlaw.com
GREENBERG TRAURIG LLP
200 Park Ave.
New York, NY  10166
Telephone: 212-801-9200
Facsimile: 212-801-6400

By:   */s/ James H. Donoian*
         James. H. Donoian

Attorneys for Defendant and Counterclaimant
ADAPTIVE MARKETING LLC