# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 09-3783 VBF (MANx) | Date | December 9, 2010 |
|---|---|---|---|
| Title: | ConsumerInfo.com v. One Technologies, LP et al. | | |

Present: The Honorable  VALERIE BAKER FAIRBANK, U.S. District Court Judge

| Joseph Remigio | Rosalyn Adams |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Rhonda Trotter | Kent Goss |
| Joshua Stambaugh | Valerie Goo |
| Oscar Ramallo | Seth Freilich |
| | James Donoian |
| | Heidi Garfiled |
| | Justin McLean |
| | Grace Tse |

_____ Day Court Trial          2nd Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  X Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
X  Opening statements made by
X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
_____ Plaintiff(s) rest.                _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.            _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.                 _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for                                _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   Briefs to be filed by
_____ Motion to dismiss by _____ is ___ granted.  ___ denied.  ___ submitted.
_____ Motion for mistrial by _____ is ___ granted.  ___ denied.  ___ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is ___ granted.  ___ denied.  ___ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to December 10, 2010, at 8:30 a.m.     for further trial/further jury deliberation.
X  Other:  As more fully reflected on the record, Court and counsel confer regarding MILs 1 and 6, and deposition designation objections.

Initials of Deputy Clerk: jre
5 hrs : 45 min