UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 09-3783-VBF(MANx)**                    Dated: **January 6, 2011**

Title:    Consumerinfo.com, Inc. -*v*- Alex Chang, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

          Joseph Remigio                          None Present
          Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                             None Present

**PROCEEDINGS (IN CHAMBERS):**          **TENTATIVE RULING RE CONSUMERINFO.COM, INC's MOTION FOR JUDGMENT AS A MATTER OF LAW (DKT. 679)**


     The Court has received, read, and considered ConsumerInfo.com, Inc.'s Motion For Judgment As A Matter Of Law ("Motion") (dkt. 679), One Technologies' Opposition (dkt. 689), Adaptive's Notice of Non-Opposition (dkt. 692) and related papers.

     The Court's tentative ruling is to DENY the Motion as to One Technologies' counterclaim of fraud on the USPTO.  A minute order with expanded reasoning will issue tomorrow.

     The Court has removed from calendar as moot the portion of the Motion directed to Adaptive's counterclaim for infringement due to this counterclaim being heard by the Court rather than the jury.


MINUTES FORM 90                    Initials of Deputy Clerk ___jre___
CIVIL - GEN