# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | CV 09-3783 VBF (MANx) | Date February 10, 2011 |
| Title: | ConsumerInfo.com v. One Technologies, LP et al. | |

Present: The Honorable    VALERIE BAKER FAIRBANK, U.S. District Court Judge

| Joseph Remigio | Pam Batalo |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Rhonda Trotter | Kent Goss |
| Joshua Stambaugh | Valerie Goo |
| Oscar Ramallo | Seth Freilich |
| | James Donoian |

_____1st_____    Day Court Trial    _____    Day Jury Trial

- __X__ One day trial: _____ Begun (1st day); _____ Held & Continued; __X__ Completed by jury verdict/submitted to court.
- ____ The Jury is impaneled and sworn.
- ____ Opening statements made by
- ____ Witnesses called, sworn and testified. __X__ Exhibits Identified __X__ Exhibits admitted.
- ____ Plaintiff(s) rest. ____ Defendant(s) rest.
- __X__ Closing arguments made by __X__ plaintiff(s) __X__ defendant(s). ____ Court instructs jury.
- ____ Bailiff(s) sworn. ____ Jury retires to deliberate. ____ Jury resumes deliberations.
- ____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read .
- ____ Jury polled. ____ Polling waived.
- ____ Filed Witness & Exhibit Lists ____ Filed jury notes. ____ Filed jury instructions.
- ____ Judgment by Court for ____ plaintiff(s) ____ defendant(s).
- ____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
- __X__ Case submitted. ____ Briefs to be filed by _____
- ____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
- ____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
- ____ Motion for Judgment/Directed Verdict by ____ is ____ granted. ____ denied. ____ submitted.
- ____ Settlement reached and placed on the record.
- ____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ____ Trial subpoenaed documents returned to subpoenaing party.
- ____ Case continued to _____ for further trial/further jury deliberation.

Initials of Deputy Clerk:  jre

3 hrs : 00

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

Case called and counsel make their appearance. The Court hears oral argument and takes the matters under submission. Exhibit 3298 is identified and admitted. Demonstrative documents offered by One Technologies is attached hereto as Court Exhibit A. Demonstrative documents offered by Adaptive Marketing shall be marked as Court Exhibit B. No documents were offered by Adaptive Marketing. Demonstrative documents offered by Consumerinfo.com are attached hereto as Court Exhibit C.

The parties shall submit proposed orders pursuant to FRCP, Rule 65(d) within one week.

X    Other:    One Technologies' motion to dismiss its bifurcated anti-trust claim as moot , is Granted.

COURT  EXHIBIT  A

# EVIDENCE OF CONSUMERINFO'S LOST PROFITS

| CI's Damages Methodology | CI's Evidence | Evidentiary Citation |
|---|---|---|
| # of Sign-Ups | 1,523 | 12/22 p.m. Nolte Testimony at 40:22-41:6; Ex. 325 |
| *(x)* | x | |
| Revenue per Sign-Up | $100.00 | 12/22 p.m. Nolte Testimony at 49:15-50:4 |
| *(equals)* | | |
| CI's Lost Revenue | $152,300.00 | 12/22 p.m. Nolte Testimony at 50:5-10 |
| *(x)* | x | |
| CI's Profit Margin | 44.4% | 12/22 p.m. Nolte Testimony at 51:25-52:8; 58:14-21 |
| *(equals)* | | |
| CI's Lost Profits | $67,621.20 | 12/22 p.m. Nolte Testimony at 51:25-52:8; 58:14-21 |

# EVIDENCE OF ONE TECHNOLOGIES' PROFITS FROM ACCUSED DOMAINS

| CI's Methodology | CI's Evidence | Evidentiary Citation |
|---|---|---|
| # of Sign-Ups | 1,523 | 12/22 p.m. Nolte Testimony at 40:22-41:6; Ex. 325 |
| One Tech's Actual Revenues from Sign-Ups | $25,159.00 | 12/22 p.m. Nolte Testimony at 40:22-41:6 |
| (x) | x | |
| One Tech's Profit Margin | 39% | 12/22 p.m. Nolte Testimony at 60:16-25 |
| (equals) | | |
| One Tech's Profits | $10,000.00 | 12/22 p.m. Nolte Testimony at 40:22-41:6; 63:15-64:3; Ex. 325 |

# ONE TECH DOMAIN NAMES NOT ACCUSED OF CYBERSQUATTING

| One Tech Domain Names | Date | Evidentiary Cite |
|---|---|---|
| CreditReports4Free.com | 2001 | (Ex. 622) |
| 1-o-1-Free-Credit-Reports-Online.com | 2001 | (Ex. 622) |
| A-Free-Credit-Report-Online.com | 2001 | (Ex. 622) |
| FreeCreditReportsInstantly.com | 2004 | (12/14 Moore Testimony at 34:4-18, 100:11-101:5, Ex. 3827) |
| FreeCreditReport-Offer.com | 2005 | (Ex. 14) |
| OfficialFreeCreditReport.com | 2005 | (Ex. 14) |
| Free-Credit-Bureau-Report.com | 2005 | (Ex. 14) |
| FreeCreditReports360.com | 2008 | (Ex. 621) |

# Ty Taylor 2(f) Affidavit

## DECLARATION UNDER SECTION 2(f)

Ty Taylor...declares:

\* \* \*

31. ...This shows that FREECREDITREPORT.COM has the highest recognition out of these sites, and that consumers are able to and do differentiate among credit-related websites....







Trial Exhibit 1030 (pages 5-6 of the declaration) (pages ECD-005334-35)

65

# ConsumerInfo's Response to Office Action

**B. The Public is Accustomed to Distinguishing Between the Same or Highly Similar Marks Using the Weak Phrase CREDIT REPORT for Various Types of Services**

\* \* \*

The Cited Mark and Applicant's Mark currently coexist without confusion with other registered marks using the phrase CREDIT REPORT for similar or related services owned by other entities.

Trial Exhibit 512 (at p. ECD 38249)

# ConsumerInfo's Response to Office Action

Not only does the Cited Mark already co-exist with other marks using CREDIT REPORT, thre phrase CREDIT REPORT also is commonly used as an unregistered mark or name for other goods and services. Applicant's mark has in no way affected the ease with which the public is currently able to distinguish between various marks incorporating the phrase CREDIT REPORT.

Trial Exhibit 512 (at p. ECD 38250)

# ConsumerInfo's Response to Office Action

In addition, a domain name search for any registered domain names including both CREDIT and REPORT matched over 500 domain names. *See* Exhibit 7.



# ConsumerInfo Told the PTO That Over 500 Domains Peacefully Coexisted



| | | |
|---|---|---|
| 92. | [WHOIS] | free---credit---report.com |
| 93. | [WHOIS] | credit---reports.com |
| 94. | [WHOIS] | credit---reports.org |
| 95. | [WHOIS] | free---credit---reports.com |
| 96. | [WHOIS] | credit---report.com |
| 97. | [WHOIS] | credit---report.net |
| 98. | [WHOIS] | credit---report.org |
| 99. | [WHOIS] | freecredit---report.com |
| 100. | [WHOIS] | free-credit--report.com |
| 101. | [WHOIS] | free--credit--report.com |
| 102. | [WHOIS] | free--credit--report.net |
| 103. | [WHOIS] | credit--report--free.com |
| 104. | [WHOIS] | credit--report--repair.com |
| 105. | [WHOIS] | credit--reports.com |
| 106. | [WHOIS] | credit--reports.net |
| 107. | [WHOIS] | free--credit--reports.com |
| 108. | [WHOIS] | free-credit--reports-online.com |
| | | * * * |
| 186. | [WHOIS] | 1-free-credit-report.com |
| | | * * * |
| 207. | [WHOIS] | 4free-credit-report.com |
| | | * * * |
| 211. | [WHOIS] | a-free-credit-report.com |
| | | * * * |
| 218. | [WHOIS] | absolutely-free-credit-report.com |

28

Trial Exhibit 512 (Exhibit 7 to the response) (pages ECD 38290-38298)

COURT  EXHIBIT B

No documents offered by Adaptive Marketing

COURT  EXHIBIT C

Case 2:09-cv-03783-VBF-MAN   Document 781   Filed 02/10/11   Page 15 of 17   Page ID
Case 2:09-cv-03783-VBF-MAN   Document 760-10   Filed 02/07/11   Page 11 of 60   Page ID
#:38441

**B.**   **The Public is Accustomed to Distinguishing Between the Same or Highly Similar Marks Using the Weak Phrase CREDIT REPORT for Various Types of Services.**

The public is already accustomed to distinguishing between marks with the phrase CREDIT REPORT used for various services, and will easily differentiate between Applicant's mark and the Cited Mark. Due to the number of other marks incorporating the phrase CREDIT REPORT, the Cited Mark is extremely weak and the scope of protection for its Supplemental Register registration is extremely narrow. Applicant's mark cannot be considered in isolation of these third party uses, and no confusion is likely with the Cited Mark.

**1.**   **The Co-Existence of Several Registrations Using the Phrase CREDIT REPORT for Various Services Proves No Likelihood of Confusion.**

The Cited Mark and Applicant's Mark currently coexist without confusion with other registered marks using the phrase CREDIT REPORT for similar or related services owned by other entities. For example, the mark ANNUALCREDITREPORT.COM is registered for "business referral and information services, namely referral of requests by consumers for legally-authorized annual consumer credit report disclosure to the various consumer credit reporting agencies" by Central Source LLC. *See* Registration No. 3,128,222 attached as Exhibit 1. Both this registration and the Cited Mark currently co-exist without confusion. Just as the public does not confuse the mark ANNUALCREDITREPORT.COM owned by Central Source LLC with CREDITREPORTS.COM in the Cited Mark, the public also will be able to differentiate between Applicant's mark and the Cited Mark.

Based upon a search conducted in the United States Patent and Trademark Office's "TESS" database, there are currently 21 active applications and registrations incorporating the phrase CREDIT REPORT, for various goods and services. *See* Exhibit 2. Among these, the mark 123CREDITREPORTS.COM is registered for "furnishing financial information, data and

- 9 -

C-000266

**200**     **ECD 38249**

EXH. C

Case 2:09-cv-03783-VBF-MAN   Document 781   Filed 02/10/11   Page 16 of 17   Page ID
Case 2:09-cv-03783-VBF-MAN   Document #:37490   Filed 02/07/11   Page 12 of 60   Page ID
#:38442

reports by means of a global computer information network; and providing computer data bases

in the field of mortgage underwriting by means of a global computer network" owned by

TrueLink, Inc. *See* Registration No. 2,479,605 attached hereto as Exhibit 3. At the same time,

FOREIGNCREDITREPORTS.COM is registered for "providing foreign financial information

via the global information computer network" owned by Owens Online, Inc., and YOUR HOME

FOR ONLINE CREDIT REPORTS is registered for "providing members with information about

and access to credit reports and financial information on themselves and their families" owned

by Trilegient Corp. *See* Registration Nos. 2,664,734 and 2,798,983 attached hereto as Exhibits 4

and 5.

These federally registered marks are owned by different entities and currently co-exist

without confusion. In the same manner that the public is able to distinguish between all these

marks that include the phrase CREDIT REPORT, it will be able to distinguish between

Applicant's mark and the Cited Mark. Some of the marks listed above are arguably even more

similar to the Cited Mark than is Applicant's mark. The common use of the phrase CREDIT

REPORT in marks shows that consumers look to other details that differentiate the marks. Here,

the differences in the marks and the goods and services show no likelihood of confusion.

> **2.** **The Unregistered Use of So Many Other Marks Incorporating
> the Phrase CREDIT REPORT Proves that the Phrase
> CREDIT REPORT is Weak.**

Not only does the Cited Mark already co-exist with other marks using CREDIT

REPORT, the phrase CREDIT REPORT also is commonly used as an unregistered mark or

name for other goods and services. Applicant's mark has in no way affected the ease with which

the public is currently able to distinguish between various marks incorporating the phrase

CREDIT REPORT. If there is no confusion between all of the above-referenced marks,

Applicant's mark certainly will not cause a likelihood of confusion with the Cited Mark.

- 10 -

C-000267

ECD 38250

Case 2:09-cv-03783-VBF-MAN   Document 781   Filed 02/10/11   Page 17 of 17   Page ID
Case 2:09-cv-03783-VBF-MAN   Document#750495   Filed 02/07/11   Page 13 of 60   Page ID
#:38443

A Dun & Bradstreet search of company names that have both CREDIT and REPORT in them shows 112 company names using the phrase CREDIT REPORT. *See* Exhibit 6. Some examples include COMMERCIAL CREDIT REPORTS, INC., ADVANCE CREDIT REPORTS, INC., and CREDIT REPORT EXPRESS. *Id.* In addition, a domain name search for any registered domain names including both CREDIT and REPORT matched over 500 domain names. *See* Exhibit 7.

### 3.   The Cited Mark Deserves Only a Very Narrow Scope of Protection That Does Not Reach Applicant's Mark.

As the only common phrase used in the Cited Mark and Applicant's mark is weak, the Cited Mark should be afforded only a narrow scope of protection. Whether a mark is "strong" or "weak" is a critical element in evaluating likelihood of confusion. *See e.g., Sun Banks of Florida Inc. v. Sun Federal Sav. & Loan Assoc.,* 651 F.2d 311, 316 (5th Cir. 1981) (the extensive third-party use of the word "Sun" was impressive evidence that there would be no likelihood of confusion between SUN BANKS and SUN FEDERAL).

"[W]here a party chooses a trademark which is inherently weak, he will not enjoy that wide latitude of protection afforded the owners of trademarks. Where a party uses a weak mark, his competitors may come closer to his mark than would be the case with a strong mark without violating his rights." *See Sure-Fit Products Co. v. Saltzson Drapery Co.,* 254 F.2d 158, 160 (C.C.P.A. 1958) (no likelihood of confusion between marks SURE-FIT and RITE-FIT, both identifying ready-made slip covers). Such a conclusion as to the strength of a mark is based on the rationale that where marks share a common term or phrase, the public has been conditioned to distinguish between similar marks based on small differences, even where the goods are related. *See General Mills v. Kellogg Co.,* 824 F.2d 622, 626-27 (8th Cir. 1987) (no likelihood of confusion between the marks APPLE RAISIN CRISP and OATMEAL RAISIN CRISP).

- 11 -

C-000268

ECD 38251